| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cooper-Standard Holdings Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**CSA Acquistion Corp.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**20-1945088** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**39550 Orchard Hill Place Drive**<br>**Novi, Michigan**     ZIP CODE **48375** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**     ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors *

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☑<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets *

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☑<br>$500,000,001 to $1 billion | ☑<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities *

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☑<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

\* On a consolidated basis for the Debtor and its affiliated debtors.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Cooper-Standard Holdings Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Schedule 1 | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Cooper-Standard Holdings Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _Michael Crul_____
  Signature of Attorney for Debtor(s)
  Michael J. Merchant, Mark D. Collins
  Printed Name of Attorney for Debtor(s)
  Richards Layton & Finger, P.A.
  Firm Name
  One Rodney Square, 920 N. King St.
  Address
  Wilmington, DE 19801

  (302) 651-7700
  Telephone Number
  8/3/2009
  Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Allen J. Campbell_____
  Signature of Authorized Individual
  Allen J. Campbell
  Printed Name of Authorized Individual
  Chief Financial Officer
  Title of Authorized Individual
  8/3/2009
  Date

**Schedule 1**

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors"), including the debtor in this chapter 11 case, filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the court jointly administer their chapter 11 cases for procedural purposes only.

The Debtors are the following entities:

**Cooper-Standard Holdings Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Cooper-Standard Automotive Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Cooper-Standard Automotive Fluid Systems Mexico Holding LLC**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Cooper-Standard Automotive OH, LLC**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Cooper-Standard Automotive NC L.L.C.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**CSA Services Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**NISCO Holding Company**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**North American Rubber, Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**StanTech, Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Sterling Investments Company**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Westborn Service Center, Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**Cooper-Standard Automotive FHS Inc.**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

**CS Automotive LLC**
39550 Orchard Hill Place Drive
Novi, Michigan 48375

# RESOLUTION OF THE BOARD OF DIRECTORS
## OF
### COOPER-STANDARD HOLDINGS INC.

August 2, 2009

The undersigned, Timothy W. Hefferon, Secretary of Cooper-Standard Holdings Inc., (the "Company"), does hereby certify that at a meeting of the Board of Directors of the Company duly called and held on August 2, 2009, the following resolutions were duly adopted and recorded in the minute book of the Company, and that such resolutions have not been modified or rescinded, and remain in full force and effect on the date hereof:

WHEREAS, after careful review and consideration, the Board of Directors of Cooper-Standard Holdings Inc. and Cooper-Standard Automotive Inc. (collectively, the "Company") has determined that it is in the best interests of the Company and certain of its subsidiaries (collectively, the "Debtors") its stockholders, creditors, and other interested parties to file a voluntary petition seeking relief under chapter 11 of title 11 of the United States Code ("Chapter 11") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

NOW THEREFORE, in recognition of the benefits that will inure directly to the Company, its shareholders, and its creditors by virtue of the foregoing, the Board of Directors of the Company hereby adopts and approves the following resolutions:

### Approval of the Bankruptcy Filing and Related Matters

RESOLVED, that, in the judgment of the Board of Directors of the Company, it is necessary and in the best interests of the Company, its shareholders, its creditors, and other interested parties, that a voluntary petition be filed by the Company seeking relief under Chapter 11; and it is further

RESOLVED, that the Chief Executive Officer, Vice Chairman, Chief Financial Officer, General Counsel or Treasurer of the Company, or any other duly elected officer of the Company which any of the above officers may designate (the "Authorized Officers") is authorized and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under Chapter 11 for the Company and to cause the same to be filed with the Bankruptcy Court at such time as the officer executing the same shall determine; and it is further

RESOLVED, that any Authorized Officer be, and they hereby are, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that he or she may deem necessary or proper in connection with the Company's Chapter 11 case, and in connection therewith to retain and employ all assistance by attorneys, financial advisors, accountants and other professionals that such Authorized Officer may deem

necessary or proper with a view to the successful administration of the Chapter 11 case of the Company; and it is further

RESOLVED, that the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, which maintains an office at One New York Plaza, New York, New York 10004, be employed as attorneys for the Company in connection with the Debtor's Chapter 11 cases (the "Chapter 11 Cases"), subject to approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. which maintains an office at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 be employed as attorneys for the Company in connection with the Chapter 11 Cases, subject to approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Alvarez & Marsal, which maintains an office at 600 Lexington Avenue, New York, New York, 10022, be engaged by the Company as financial advisor in connection with the Chapter 11 Cases, subject to approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Lazard Frères & Co., which maintains an office at 30 Rockefeller Place, New York, New York 10020, be engaged by the Company as investment banker in connection with the Chapter 11 Cases, subject to approval of the Bankruptcy Court; and it is further

### Miscellaneous Resolutions

RESOLVED, that the Authorized Officers of the Company are and each of them hereby is, severally authorized and empowered (any one of them acting alone) to take any and all actions, to execute or file any and all documents, agreements, and instruments, or to cause to be executed and delivered or filed all such documents, agreements, instruments and certificates in the name and on behalf of the Company or otherwise, as such Authorized Officers may deem necessary, advisable or appropriate to effectuate or carry out the purpose and intent of the foregoing resolutions and to perform the obligations of the Company under the agreements and instruments referred to above, and any such documents executed or acts taken by them shall be conclusive evidence of their authority in so doing; and it is further

RESOLVED, that the Authorized Officers of the Company are, and each of them hereby is, severally authorized and empowered (any one of them acting alone) to cause to be paid or to obligate the Company to pay any and all costs and expenses as may be necessary, incident or convenient to the implementation or execution of the purposes of any of the resolutions adopted hereby, and any such payment or obligation to pay caused to be made by them shall be conclusive evidence of their authority in so doing; and it is further

RESOLVED, that any Authorized Officer is authorized, empowered and directed to do all things and to take all actions which such officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and it is further

RESOLVED, that the Chief Executive Officer, Chief Financial Officer or Secretary of the Company are hereby authorized to attest the signature of other Authorized

Officers of the Company on any and all agreements, certificates, instruments, and documents authorized by these resolutions, and to affix the corporate seal of the Company thereto.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

IN WITNESS WHEREOF, the undersigned has executed this written certificate as of the 2nd day of August 2, 2009.

COOPER-STANDARD HOLDINGS INC.

By: Timothy W. Hefferon
Title: Secretary

4

7370244

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., | ) | Case No. 09-_____ (___) |
| | ) | (Joint Administration Requested) |
| | ) | |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THIRTY (30) LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases"). Attached to the petition, pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is the consolidated list of creditors (the "Consolidated Top 30 List") of the Debtors, which is based on the Debtors' books and records as of August 3, 2009.

The Consolidated Top 30 List has been prepared in accordance with Bankruptcy Rule 1007(d) for filing in the Chapter 11 Cases. The Debtors will update the Consolidated Top 30 List as more information becomes available. The Consolidated Top 30 List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Consolidated Top 30 List shall not constitute an admission by the Debtors, nor is it binding on the Debtors. The Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Consolidated Top 30 List. Therefore, the Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

Consolidated List of Top 30 Unsecured Creditors for All Debtors*

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 1 | Wilmington Trust Company as Indenture Trustee<br>Rodney Square North<br>100 N Market St<br>Wilmington, DE 19890<br>Attention: Michael G. Oller, Jr. CCTS<br>(302) 636-4145 - fax<br>(302) 636-6410 - phone | 8.375 % Senior Subordinated Notes due December 15, 2014 (CUSIP 216762AD6) | | $313,350,000 |
| 2 | Wilmington Trust Company as Indenture Trustee<br>Rodney Square North<br>100 N Market St<br>Wilmington, DE 19890<br>Attention: Michael G. Oller, Jr. CCTS<br>(302) 636-4145 - fax<br>(302) 636-6410 - phone | 7.000 % Senior Notes due December 15, 2012 (CUSIP 216762AB0) | | $200,000,000 |
| 3 | State of Ohio Environmental Protection Agency<br>1800 WaterMark Drive<br>Columbus, Ohio 43266-0149<br>Attention: Catherine A. Stroup<br>(614) 644-2329 -fax<br>(614 ) 644-3020- phone | Consent order for Bowling Green, Ohio clean up | Contingent, Unliquidated, Disputed | $2,700,000 |
| 4 | Robert Bosch LLC<br>38000 Hills Tech Drive<br>Farmington Hills, MI 48331<br>Attention: Peter Marks, Chairman & CEO<br>(248)-876-1116 -fax<br>(248)-876-1000 - phone | Trade Vendor | | $713,782 |
| 5 | Gil-Mar Manufacturing<br>7925 Ronda Dr<br>Canton, MI 48187<br>Attention: Joseph Ruicci, Vice-President<br>(734) 459-5969 - fax<br>(734) 459-4803 - phone | Trade Vendor | | $477,815 |
| 6 | Summit Metals Services, Inc.<br>2030 Riverview Industrial Dr SE<br>Mableton, GA 30126-2942<br>Attention: Jim Kosla, VP Sales & Marketing<br>(216) 581-1507 - fax<br>(216) 403-8555 - phone | Trade Vendor | | $449,326 |
| 7 | EMS-Chemie Na Inc.<br>Industrial Park & Corp<br>2060 Corporate Way<br>PO Box 1717<br>Sumter, SC 19151-1717<br>Attention: R. Martin, Vice President<br>(803) 481 3820 - fax<br>(803) 481 9173 - phone | Trade Vendor | | $448,778 |
| 8 | Evonik Degussa Corporation<br>379 Interpace Pkwy, Bldg C<br>Parsippany, NJ 07054-0677<br>Attention: John Rolando<br>(973) 541-8013 - fax<br>(973) 541-8000 - phone | Trade Vendor | | $437,456 |

*The information in this list was based on information available at the time the list was compiled and the Debtors reserve all rights to modify this list.

**Consolidated List of Top 30 Unsecured Creditors for All Debtors**

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 9 | TSM Corporation<br>1175 Opdyke Rd<br>Auburn Hills, MI 48326<br>Attention: Thomas Prior<br>(248) 373-6386 - fax<br>(248) 276-3278 - phone | Trade Vendor | | $395,688 |
| 10 | Premier Tool & Die Cast Corp.<br>9886 North Tudor Road / PO Box 210<br>Berrien Springs, MI 49103<br>Attention: Paul Brancaleon<br>(269) 471-7715 - fax<br>(269) 471-4462 - phone | Trade Vendor | | $375,451 |
| 11 | Kongsberg<br>23065 Commerce Dr<br>Farmington Hills, MI 48335-2721<br>Attention: Raymond Bomus, President<br>(248) 615-3090 - phone | Trade Vendor | | $306,805 |
| 12 | TI GROUP AUTOMOTIVE SYSTEMS<br>12345 E. Nine Mile Rd.<br>Warren, MI 48090<br>Attention: Jim Young<br>(586) 755-8346 - fax<br>(586) 948-6004 - phone | Trade Vendor | | $259,315 |
| 13 | Vitrica SA de CV<br>482 Dunston Court<br>Bloomfield Hills, MI 48304<br>Attention: Robert Angell<br>(248) 352-7183 - fax<br>(248) 352-7180 - phone | Trade Vendor | | $259,312 |
| 14 | Calvary Automation Systems<br>45 Hendrix Road<br>West Henrietta, NY 14586<br>Attention: Kenneth Strittmatter, Managing Director<br>(585) 321-5054 - fax<br>(585) 321-5055 x 124 - phone | Trade Vendor | | $248,191 |
| 15 | Signature Aluminum Inc<br>93 Werner Rd<br>Greenville, PA 16125-9434<br>Attention: Frank Papa, CEO<br>(724) 588-1230 - fax<br>(724) 589-5888 - phone | Trade Vendor | | $247,428 |
| 16 | Precix<br>744 Belleville Ave<br>PO Box 6916<br>New Bedford, MA 02742-6916<br>Attention: Dave Slutz<br>(508)-998-4100 - fax<br>(508)-998-4000 - phone | Trade Vendor | | $211,226 |
| 17 | H&L TOOL CO INC<br>32701 Dequindre Road<br>Madison Heights, MI 48071<br>Attention: Michael Bourg, President<br>(248)-585-5774 - fax<br>(248)-585-7474 - phone | Trade Vendor | | $202,485 |

**Consolidated List of Top 30 Unsecured Creditors for All Debtors**

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 18 | THUNDER TOOLING & MFG. LTD.<br>975 Martin Grove Road<br>Etobicoke, Ontario M9W 4V6 Canada<br>Attention: Gary Maas, Sales Manager<br>(416) 742-6056 - fax<br>(416) 742-1936 - phone | Trade Vendor | | $201,791 |
| 19 | Vacuum Instrument Corporation (VIC)<br>2099 Ninth Ave<br>Ronkonkoma, NY 11779<br>Attention: Rick Yanez, Corporate Sales Director<br>(631) 737-1541 - fax<br>(631) 737-0900 - phone | Trade Vendor | | $192,780 |
| 20 | USI, Inc.<br>98 Fort Path Rd<br>Madison, CT 06443<br>Attention:  Deborah Anderson, Chairman<br>(203) 245-8619 - fax<br>(800) 282-9290 - phone | Trade Vendor | | $183,096 |
| 21 | GHSP<br>1250 S Beechtree St<br>Grand Haven, MI 49417<br>Attention: Paul Doyle, President and CEO<br>(616) 850-7270 - fax<br>(616) 847-4296 - phone | Trade Vendor | | $183,010 |
| 22 | Tubos Samuel De Mexico<br>Calle 17, No 3698<br>Parque Industrial Amistad<br>Col. Ampliacion Morelos<br>Saltillo, Coahuila, CP 25017<br>Mexico<br>Attention: Lic. Blanca Herrera<br>+011 52 (844) 438-6406 - fax<br>+011 52 (844) 482-2200 - phone | Trade Vendor | | $182,220 |
| 23 | Papp Plastics<br>3780 Tecumseh Rd E<br>Windsor, ON N8W 1H9<br>Attention: Michael Papp, Owner<br>(519) 944-0200 - fax<br>(519) 944-1101 - phone | Trade Vendor | | $179,316 |
| 24 | GONZALEZ GROUP LLC<br>935 Anderson Road<br>Litchfield, MI 49252-9600<br>Attention: Feliz Gonzalez, CFO<br>(517)-542-3850 - fax<br>(517)-542-2928 - phone | Trade Vendor | | $178,209 |
| 25 | TITEFLEX CORPORATION<br>603 Hendee Street<br>Springfield, MA 01139-0054<br>Attention: Hank Ziomek<br>(413) 271-8233 - fax<br>(413) 271-8381 - phone | Trade Vendor | | $176,633 |

**Consolidated List of Top 30 Unsecured Creditors for All Debtors**

| Count | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|
| 26 | Hi-Vol Products<br>12955 Inkster Rd.<br>Livonia, MI 48150<br>Attention: Elijah Crotzer, General Manager<br>(734) 266-6927 -fax<br>(734-266-6900 - phone | Trade Vendor | | $173,481 |
| 27 | Apollo Metals (Corus Special Strip)<br>1001 Fourteenth Ave<br>Bethlehem, PA 18018<br>Attention: Remco Blaauw, President<br>(610) 867-7594 - fax<br>(610) 867-5826 - phone | Trade Vendor | | $166,390 |
| 28 | Pension Benefit Guaranty Corporation (PBGC)<br>Office of the General Counsel<br>1200 K Street, N.W.<br>(202) 326-4400 | Underfunded Pension Liability | Contingent, Unliquidated | Unknown |
| 29 | Cooper Tire & Rubber<br>701 Lima Ave<br>Findlay, OH 48540<br>Attention: James E. Kline, VP & General Counsel<br>(419) 420-6052 - fax<br>(419) 427-4757 - phone | Stock Purchase Agreement | Contingent, Unliquidated, Disputed | Unknown |
| 30 | Michigan Department of Environmental Quality<br>120 W. Chapin St<br>Cadillac, MI 49601-2158<br>Attention: David Lindsay, Geologist<br>(989) 731-6181 - fax<br>(989) 731-4920 x 3447 - phone | Gaylord groundwater contanimation remediation | Contingent, Unliquidated, Disputed | Unknown |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )<br>) |
|  | )    Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., | )    Case No. 09-_____(____) |
|  | )    (Joint Administration Requested) |
|  | ) |
| Debtor. | ) |

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS

I, Allen J. Campbell, Vice President and Chief Financial Officer of Cooper-Standard Holdings Inc., the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the Consolidated Top 30 List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 3, 2009

Signature: _____

Allen J. Campbell
Vice President and Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., | )   Case No. 09-_____ (___) |
|  | )   (Joint Administration Requested) |
|  | ) |
|              Debtor. | ) |

## LIST OF CREDITORS

The debtor (the "Debtor") filed a petition in this court on August 3, 2009 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtor filed a list of creditors (the "Creditor List"). Due to its voluminous nature, the Creditor List is being submitted to the Court electronically under separate notice in this case.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

COOPER-STANDARD HOLDINGS INC.,

Debtors.

)
)
)
)
)
)
)

Chapter 11
Case No. 09-_____(____)
(Joint Administration Requested)

## DECLARATION REGARDING CREDITOR LIST

I, Allen J. Campbell, Vice President and Chief Financial Officer of Cooper-Standard Holdings Inc., am authorized to sign on behalf of Cooper-Standard Holdings Inc., named as the debtor in this case, and I declare under penalty of perjury that I have reviewed the list of creditors submitted to the Court electronically in this case and that it is true and correct to the best of my information and belief.

Dated: August 3, 2009

Signature: _____
Allen J. Campbell
Vice President and Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )<br>) |
| | ) Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., | ) Case No. 09-_____ ( ___ ) |
| | ) (Joint Administration Requested) |
| | ) |
| Debtor. | ) |

### LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders for Cooper-Standard Holdings Inc., the debtor in the above-captioned case, are:

| NAME | ADDRESS | EQUITY HOLDINGS |
|---|---|---|
| The Goldman Sachs Group, Inc. | 85 Broad St, New York, New York 10004 | 1,715,000 shares |
| The Cypress Group L.L.C. | 65 E. 55th St, New York, New York 10022 | 1,715,000 shares |
| James S. McElya | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 20,000 shares |
| S.A. Johnson | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 5,000 shares |
| Kenneth L. Way | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 2,500 shares |
| Leo F. Mullin | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 1,000 shares |
| Larry J. Beard | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 5,000 shares |
| Allen J. Campbell | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 3,150 shares |
| Edward A. Hasler | 39550 Orchard Hill Pl., Novi, Michigan 48375 | 2,700 shares |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| COOPER-STANDARD HOLDINGS INC., | ) Chapter 11 |
| | ) Case No. 09-_____ (___) |
| | ) (Joint Administration Requested) |
| | ) |
| Debtor. | ) |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Allen J. Campbell, Vice President and Chief Financial Officer, of Cooper-Standard Holdings Inc., the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief.

Date: August 3, 2009

Signature: _____
Allen J. Campbell
Vice President and Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COOPER STANDARD HOLDINGS INC., *et al.*[1] | ) | Case No. 09-_____ (____) |
| | ) | |
| Debtors. | ) | Jointly Administration Requested |
| | ) | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Certain of the Debtors' securities are registered under Section 12 of the Securities Exchange Act of 1934. The SEC file number is 333-123708.

2.  The following financial data is the latest available information and is current as of March 31, 2009.[2]

   a.  Total assets (on a consolidated basis)     $     1,733,017,000

   b.  Total debts (on a consolidated basis)     $     1,785,039,000

   c.  Debt securities held by more than 500 holders     N/A[3]

   d.  Number of shares of preferred stock     N/A

---

[1]  The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Cooper-Standard Holdings Inc. (5088); Cooper-Standard Automotive Inc. (9970); Cooper-Standard Automotive FHS Inc. (2953); Cooper-Standard Automotive Fluid Systems Mexico Holding LLC (0442); Cooper-Standard Automotive, OH LLC (2845); StanTech, Inc. (4014); Westborn Service Center, Inc. (7448); North American Rubber, Incorporated (9926); Sterling Investments Company (1393); Cooper-Standard Automotive NC L.L.C. (2839); CS Automotive LLC (4267); CSA Services Inc. (9510); NISCO Holding Company (1697).

[2]  The Debtor is the parent of a number of direct and indirect subsidiaries (collectively, with the Debtors, the "Company"). The Company files periodic consolidated reports under the Securities Exchange Act of 1934. The total assets and debts identified herein are derived from Company's most recent quarterly filing with the Securities and Exchange Commission. The actual value of the assets and debts of the Debtor will be more fully defined in the Statement of Financial Affairs, Schedules of Assets and Liabilities and the claims resolution process. Accordingly, final numbers may differ significantly from the numbers identified herein.

[3]  The Debtor is not aware of more than 500 holders of any of its debt securities. The Debtor, however, does not have complete information about the beneficial holders of its debt securities.

e. Number of shares of common stock       3,479,100

3. Brief description of Debtor's business:

Cooper-Standard is a leading manufacturer of fluid handling, body sealing, and noise, vibration and harshness control ("NVH") components, systems, subsystems, and modules, primarily for use in passenger vehicles and light trucks for global original equipment manufacturers ("OEMs") and replacement markets.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| The Goldman Sachs Group, Inc. | 49.24% |
|---|---|
| The Cypress Group L.L.C. | 49.24% |