IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter |
| | ) | |
| COOPER-STANDARD HOLDINGS INC., | ) | Case No. 09-12743 (PJW) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## DECLARATION OF PACIFIC INVESTMENT MANAGEMENT COMPANY LLC IN SUPPORT OF CERTAIN SENIOR UNSECURED NOTEHOLDERS' PROPOSAL TO PROVIDE POSTPETITION FINANCING

I, Chris P. Dialynas, state under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director at Pacific Investment Management Company LLC ("**PIMCO**"). As investment manager on behalf of certain funds and accounts, PIMCO hereby submits this declaration in support of PIMCO and Capital Research Management Company's ("**Cap Re**", and collectively with PIMCO, the "**Participating Senior Noteholders**") joint proposal to provide postpetition financing to the above captioned debtors and debtors in possession.

2. I am authorized to make the following representations on behalf of PIMCO.

3. Subject to final documentation reasonably acceptable to PIMCO, PIMCO, acting as investment manager on behalf of certain funds and accounts, is prepared and willing to provide a commitment to fund an amount under the a debtor in possession credit facility (the "**Alternative DIP Facility**") that, when aggregated with the amount it has been informed would be funded by Cap Re, will total $175,000,000. The Alternative DIP Facility would be on materially superior economic terms from the standpoint of the Debtors and otherwise equivalent

1

753612

in substance to the credit agreement attached as Exhibit A to Exhibit 1 of the *Certification of Counsel Re: Motion Pursuant to Sections 361, 362, 363, 364, 507 and 105 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Incur Postpetition Financing; (B) Use Cash Collateral, and (C) Provide Certain Protections to the Prepetition Secured Lenders and (II) Scheduling a Final Hearing* [Docket # 25]. A summary of the material economic terms of the Alternative DIP Facility are attached hereto as Exhibit A.

4. PIMCO has discretion and authority to support such a commitment under the Alternative DIP Facility.

753612

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I would completely testify thereto.

Executed at Newport Beach, California this 5th day of August, 2009.



Chris P. Dialynas, Managing Director