# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COOPER-STANDARD HOLDINGS INC., *et al.*,[1] | ) |
| | ) Case No. 09-12743 (PJW) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

### DECLARATION OF ERIC MENDELSOHN IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(a), 328 AND 1107 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-2 FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR NUNC PRO TUNC TO THE FILING DATE AND WAIVING CERTAIN LOCAL RULE 2016-2 INFORMATION REQUIREMENTS

Eric Mendelsohn, being duly sworn according to law, upon his oath, deposes and says:

1.     I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard") or the ("Firm"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020. I am authorized to execute this declaration (the "Declaration") on behalf of Lazard. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[2]

---

[1]     The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Cooper-Standard Holdings Inc. (5088); Cooper-Standard Automotive Inc. (9970); Cooper-Standard Automotive FHS Inc. (2953); Cooper-Standard Automotive Fluid Systems Mexico Holding LLC (0442); Cooper-Standard Automotive OH, LLC (2845); StanTech, Inc. (4014); Westborn Service Center, Inc. (7448); North American Rubber, Incorporated (9926); Sterling Investments Company (1393); Cooper-Standard Automotive NC L.L.C. (2839); CS Automotive LLC (4267); CSA Services, Inc. (9510); NISCO Holding Company (1697). The corporate address of the Debtors is 39550 Orchard Hill Place Drive, Novi, Michigan 48375.

[2]     Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

2.      This Declaration is being submitted in connection with the proposed retention of Lazard as investment banker and financial advisor to Cooper-Standard Holdings Inc. and the other above-captioned debtors and debtors in possession (together, the "Debtors") to perform services as set forth in the application seeking to retain Lazard (the "Application").

3.      Lazard is the US operating subsidiary of a preeminent international financial advisory and asset management firm. Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 150 years. Lazard has dedicated professionals who provide restructuring services to its clients.

4.      The current managing directors, directors, vice presidents and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in Chapter 11 proceedings. Lazard and its principals have been involved as advisor to debtor, creditor and equity constituencies, and government agencies in many reorganization cases. Since 1990, Lazard's professionals have been involved in over 250 restructurings, representing over $1 trillion in debtor assets.

5.      In connection with its proposed retention by the Debtors in these Cases, Lazard undertook to determine whether Lazard had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these Cases (the "Potential Parties-in-Interest") and such parties are listed on <u>Schedule 1</u> annexed hereto. Lazard has researched its electronic client files and records to determine its connections with the Potential Parties-in-Interest. Pursuant to our engagement letter with Cooper-Standard Holdings Inc., et al., Lazard may continue to provide services to affiliates of the Debtors. To the extent that I have been able to ascertain that

-2-

Lazard has been retained within the last three years to represent any of the other Potential

Parties-in-Interest (or their apparent affiliates, as the case may be) in matters unrelated to these

Cases, such parties are listed on Schedule 2 annexed hereto.  Lazard's representation of each

entity listed on Schedule 2 (or its apparent affiliate, as the case may be), however, was or is only

on matters that are unrelated to the Debtors and these Cases.  Other than as listed on Schedule 2,

I am unaware of any engagements of Lazard by the Potential Parties-in-Interest within the last

three years.  Given the size of the Firm and the breadth of Lazard's client base, it is possible that

Lazard may now or in the future be retained by one or more of the Potential Parties-in-Interest in

unrelated matters without my knowledge.  To the extent that Lazard discovers any, or enters into

any new, material relationship with Potential Parties-in-Interest, it will supplement this

disclosure to the Court promptly.

      6.     In addition to the parties listed on Schedule 2, Lazard may also have represented

certain Potential Parties-in-Interest in the past and Lazard may have worked with, continue to

work with, and/or have mutual clients with, certain accounting and law firms who appear on the

Potential Parties-in-Interest list.  Lazard may also represent, or may have represented in the past,

committees or groups of lenders or creditors in connection with certain restructuring or

refinancing engagements, which committees or groups include, or included, entities that appear

on the Potential Parties-in-Interest list.

      7.     Although we have researched the Potential Parties-in-Interest List, the Debtors

may have customers, creditors, competitors and other parties with whom they maintain business

relationships that are not included as Potential Parties-in-Interest and with whom we may

maintain business relationships.  Additionally, as noted above, Lazard is the US operating

subsidiary of an international financial advisory and asset management firm and thus has several

-3-

legally separate and distinct affiliates. Although it is possible that employees of certain affiliates

may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being

retained by the Debtors, we have researched only the electronic client files and records of

Lazard, not of all of its affiliates, to determine connections with any Potential Parties-in-Interest.

8.    Lazard also has an asset management affiliate, Lazard Asset Management LLC

("LAM"). While Lazard receives payments from LAM generated by LAM's business

operations, LAM is operated as a separate and distinct affiliate and is separated from the Firm's

other businesses, including Lazard's financial advisory services group and its managing directors

and employees advising the Debtors, by an ethical wall. As part of its regular business

operations, LAM, may act as investment advisor for or trade securities (including in

discretionary client accounts, and through LAM's operation of hedge funds and mutual funds, in

which cases investment decisions are made by LAM), including on behalf of creditors, equity

holders or other parties in interest in these Cases, and Lazard or its affiliates, managing directors

and employees. Some of these LAM accounts and funds may now or in the future hold debt or

equity securities of the Debtors. Lazard has in place compliance procedures to ensure that no

confidential or non-public information concerning the Debtors has been or will be available to

employees of LAM. [2]

---

[2]    Effective May 10, 2005, Lazard transferred its alternative investments business (which includes fund
management and investment) and capital markets business (which includes equity research, syndicate, sales and
trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and Lazard Capital Markets
LLC ("LCM"), respectively, which are neither owned nor controlled by Lazard.  LAI and LCM are owned and
operated by LFCM Holdings LLC ("LFCM"), which is owned in large part by Lazard managing directors.  LFCM is
separate from Lazard and its businesses, including its financial advisory services group and its managing directors
and employees advising the Debtors.  LFCM does not hold any proprietary interest in any of the Debtors' debt or
equity securities. Potential Parties-in-Interest may be customers of LFCM or investors in funds managed by
subsidiaries of LFCM and LCM may have acted as underwriter in connection with offerings by Potential Parties-in-
Interest (to the extent LCM has so acted as underwriter in the last three years such parties have been listed on
Schedule 2).

9.      Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

10.     Lazard has provided and agrees to continue to provide assistance to the Debtors in accordance with the terms and conditions set forth in the application, the Lazard engagement letter and related indemnification letter, which are annexed to the application as Exhibit C. Accordingly, I make this Declaration in support of an order authorizing such retention.

11.     It is the intention of Lazard to seek compensation for its services as described in the Application and the Engagement Letter in accordance with the Bankruptcy Code, the Bankruptcy Rules, the United States Trustees' Guidelines and any and all rules of this Court.

12.     Lazard charges its clients for reasonably incurred, out-of-pocket expenses associated with an assignment. Except as necessary to comply with an applicable Administrative Order, all such expense billings are in accordance with the Firm's customary practices.

13.     Based upon the foregoing, I believe Lazard is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated:        August 12, 2009

LAZARD FRÈRES & CO. LLC

By

        Name:  Eric Mendelsohn
        Title:  Managing Director

# Schedule 1



CONFLICTS LIST

## U.S. Debtors, Subsidiaries and Affiliates

| | |
|---|---|
| Cooper-Standard Holdings Inc. | Delaware |
| Cooper-Standard Automotive Inc. | Ohio |
| Cooper-Standard Automotive FHS Inc. | Delaware |
| Stantech, Inc. | Delaware |
| Westborn Service Center, Inc. | Michigan |
| North American Rubber, Incorporated | Texas |
| Sterling Investments Company | Delaware |
| Cooper-Standard Automotive NC L.L.C. | North Carolina |
| Cooper-Standard Automotive OH, LLC | Ohio |
| CSA Services Inc. | Ohio |
| NISCO Holding Co. | Delaware |
| Nishikawa Standard Company LLC | Delaware |
| Cooper-Standard Automotive Fluid Systems Mexico Holding LLC | Delaware |
| CS Automotive LLC | Delaware |

## Foreign Subsidiaries and Affiliates

| | |
|---|---|
| Cooper-Standard Automotive (Australia) Pty. Ltd. | Australia |
| Cooper-Standard Automotive FHS (Australia) Pty. Ltd. | Australia |
| CSA (Barbados) Investment Co. Ltd. | Barbados |
| Metzeler Automotive Profile Baranovichi GmbH | Belarus |
| Metzeler Automotive Profile Systems Benelux NV | Belgium |
| Cooper-Standard Automotive Brasil Fluid Systems Ltda. | Brazil |
| Cooper-Standard Automotive Brasil Sealing Ltda. | Brazil |
| Itatiaia Standard Industrial Ltda. | Brazil |
| SPB Comercio e Participacoes Ltda. | Brazil |
| Cooper-Standard Automotive Canada Limited | Canada |
| Cooper Saiyang Wuhu Automotive Co., Ltd. | China |
| Cooper-Standard (Suzhou) Automotive Co., Ltd. | China |
| Cooper-Standard Automotive (Kunshan) Co. Ltd. | China |
| Cooper-Standard Chongqing Automotive Co., Ltd. | China |
| Cooper-Standard Jingda (Jingzhou) Automotive Co., Ltd. | China |
| Cooper-Standard Jingda Changchun Automotive Co., Ltd. | China |
| Shanghai SAIC-Metzeler Sealing Systems Co. Ltd. | China |
| Cooper-Standard Automotive Ceská republika s.r.o. | Czech Republic |
| Cooper-Standard Automotive FHS Ceska republika s.r.o. | Czech Republic |
| Cooper-Standard Automotive France SAS | France |
| Cooper-Standard Automotive (Deutschland) GmbH | Germany |
| CSA Beteiligungen (Deutschland) GmbH | Germany |
| CSA Germany GmbH & Co. KG | Germany |
| CSA Germany Verwaltungs GmbH | Germany |
| CSA Holding (Deutschland) GmbH | Germany |



**CONFLICTS LIST**

| | |
|---|---|
| Diorama Grundstucksver-waltungsgesellschaft  mbH & Co Vermietungs KG | Germany |
| Metzeler Automotive Profile Systems GmbH | Germany |
| Metzeler Kautschuk Unterstuetzungskasse GmbH | Germany |
| Metzeler Technical Rubber Systems GmbH | Germany |
| Cooper-Standard Automotive India Private Limited | India |
| Metzeler Automotive Profiles India Private Ltd. | India |
| Cooper-Standard Automotive Italy S.r.L. | Italy |
| Metzeler Automotive Profile Systems Italy SpA | Italy |
| Cooper-Standard Automotive Japan KK | Japan |
| Cooper-Standard Automotive Korea Inc. | Korea |
| Cooper-Standard Services Korea, Inc. | Korea |
| GuYoung Technology Co. Ltd. | Korea |
| Coopermex, S.A. de C.V. | Mexico |
| Cooper-Standard Automotive de Mexico Fluid Services, S. de R.L. de C.V. | Mexico |
| Cooper-Standard Automotive de Mexico, S.A. de C.V. | Mexico |
| Cooper-Standard Automotive FHS, S.A. de C.V. | Mexico |
| Cooper-Standard Automotive Fluid Systems de Mexico, S. de R.L. de C.V. | Mexico |
| Cooper-Standard Automotive Sealing de Mexico, S.A. de C.V. | Mexico |
| Cooper-Standard Automotive Services,  S.A. de C.V. | Mexico |
| Manufacturera El Jarudo, S. de R.L. de C.V. | Mexico |
| Cooper-Standard Automotive International Holdings BV | Netherlands |
| CSA International Holdings Coöperatief U.A. | Netherlands |
| CSA International Holdings CV | Netherlands |
| Cooper-Standard Automotive Polska Sp. z o.o. | Poland |
| Metzeler Automotive Profile Systems Piotrkow sp zoo | Poland |
| Metzeler Automotive Profile Systems Polska sp zoo | Poland |
| Cooper-Standard Automotive España, S.L. | Spain |
| Cooper-Standard Automotive UK Fluid Systems Limited | U.K. |
| Cooper-Standard Automotive UK Limited | U.K. |
| Cooper-Standard Automotive UK Pension Trust Ltd. | U.K. |
| Cooper-Standard Automotive UK Sealing Limited | U.K. |

**<u>Current Officers and Directors</u>**

James S. McElya - Chairman, Director, and Chief Executive Officer
Edward A. Hasler - Vice Chairman, Director, and President, North America
Allen J. Campbell - Chief Financial Officer
Keith D. Stephenson - President, International
Gerald J. Cardinale - Director
Gary L. Convis - Director
Jack Daly - Director
S.A. (Tony) Johnson - Director
Leo F. Mullin - Director



James A. Stern - Director
Stephen A. Van Oss - Director
Kenneth L. Way - Director

**Significant Equity Investors**

The Cypress Group L.L.C.
The Goldman Sachs Group, Inc

**Lenders**

Aladdin Capital Management (and certain related entities)
Angelo, Gordon & Co. (and certain related entities)
Babson Capital Management LLC (and certain related entities)
Baltic Funding LLC
Bank of America (and certain related entities)
Bank of Nova Scotia
Black Diamond Capital Management, L.L.C. (and certain related entities)
BlackRock, Inc. (and certain related entities)
Blackstone Group (and certain related entities)
Blue Square Funding
Bluebay Stich Bedrijfstak
BNP Paribas
Capital One
CF Blackburn LLC
Chelsea Park CLO
CIT Business Credit
Citibank
Comerica Bank
Continental Casualty
DB Americas (and certain related entities)
DB Trust Americas
Deerfield Capital Management LLC (and certain related entities)
Deutsche Bank Genesis
Deutsche Bank, AG (and certain related entities)
DiMaio Ahmad Capital LLC
Eaton Vance Corp. (and certain related entities)
Employers Insurance Company of Wausau
Export Development Canada
Foothill Capital Corporation (and certain related entities)
Franklin Templeton Investments (and certain related entities)
Fraser Sullivan Investment Management (and certain related entities)
GE - Canada Finance Holding Co.
GE Antares Capital (and certain related entities)



**CONFLICTS LIST**

GE Capital
GMAC Commercial Finance LLC
Grayson & Co.
Highland Capital Management L.P. (and certain related entities)
IKB Capital Corp
ING Capital LLC
Katonah Debt Advisors, L.L.C.
Kingsland Capital Management (and certain related entities)
Lehman Commercial Paper
Liberty Mutual Insurance
Lord, Abbett & Co. (and certain related entities)
Mass Mutual Financial Group
Metropolitan West Asset Management (and certain related entities)
Morgan Stanley (and certain related entities)
Mountain Capital Advisors
National City Bank (and certain related entities)
Norinchukin Bank
Oak Hill Capital Partners (and certain related entities)
OHA Park Avenue CLO
Ore Hill Partners LLC (and certain related entities)
Pacific Investment Management Company LLC (PIMCO) (and certain related entities)
Putnam Investments (and certain related entities)
Rabobank Portfolio Management (and certain related entities)
RiverSource Investments LLC (and certain related entities)
Rockwall CDO Ltd.
Sankaty Advisors, LLC (and certain related entities)
SMBC Capital Partners LLC
SPCP Group LLC
Standard Federal Bank
TCW Advisors, Inc. (and certain related entities)
The Carlyle Group
UBS Loan Finance LLC
Wells Fargo Bank

**Banks**

Banamex
Bank Mendes Gans ("BMG")
Bank of America
Bank of Nova Scotia
Comerica Bank
Comerica Securities
HSBC



JP Morgan Chase
SantanderSerfin
Scotia Inverlat
Suntrust Bank

**Indenture Trustees**

Wilmington Trust Company

**Significant Bondholders**

AIG Global Investment Group Inc
Alliancebernstein LP
Artio Global Management LLC
Capital Research & Management Co
Lehman Brothers
Lord, Abbett & Co LLC
Oakhill Capital
Pacific Investment Management Co LLC (PIMCO)
Pershing LLC
Pioneer Investment Management Inc
T Rowe Price Associates Inc
TD Asset Management Inc

**Unions**

United Auto Workers
United Steel Workers
Canadian Auto Workers

**Litigants - excluding closed cases and bankruptcies**

All For One
American Stove
Anders, Janet
Barker, Peter
Bluewater Automotive
Butler, Jimmie
CMI
Collins & Aikman
Custom Machines Inc.
Dowlyn, Dennis
E-Z Ride
Laskowski, Karen
Middendorp, Sharon Lee
Nartron



Osoria, Carlos
Plastech
TQS
Tramotec
Williams, Darlene

**Professionals**

Alvarez & Marsal
Blackstone Group
Capstone Advisory Group
Davies Ward Phillips & Vineberg LLP
Fried, Frank, Harris, Shriver & Jacobson LLP
Hennigan Bennett & Dorman
Houlihan Lokey
Huron Consulting Group
Lazard Frères & Co. LLC
Milbank, Tweed, Hadley & Mccloy LLP
Ogilvy Renault LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
RSM Richter
Stikeman Elliott LLP

**Insurers**

Aon Risk Services (Broker)
ACE Insurance
AIG
AIG Worldsource
Allianz
Arch Insurance
Federal (Chubb)
Great American
HDI
Houston Casualty
Liberty Mutual
National Union Fire Insurance Co. of Pittsburgh
St. Paul Fire & Marine Insurance Co.
The Travelers Indemnity Company of Connecticut
Travelers Property Casualty Company of America
Validus (Lloyd's)
XL Insurance
XL Insurance America, Inc.
XL Professional



**CONFLICTS LIST**

Zurich
Zurich Insurance Company

## Significant Customers

Audi
BMW
Chrysler
Fiat
Ford
General Motors
Honda
Mercedes Benz
Porsche
PSA Peugeot Citroën
Renault/Nissan
Toyota
Volkswagen

## Letters of Credit Beneficiaries and Issuers

| | |
|---|---|
| Arkansas Workers Comp. Comm. | Beneficiary |
| Centerpoint Energy Services | Beneficiary |
| Columbia Gas Of Ohio, Inc. | Beneficiary |
| DB Frankfurt | Beneficiary |
| DB London | Beneficiary |
| DB Shanghai | Beneficiary |
| Dept Of Labor, Commonwealth KY. | Beneficiary |
| Hartford Fire Insurance Co. | Beneficiary |
| Nat'l Union Fire Insurance, et. al. | Beneficiary |
| Travelers Casualty | Beneficiary |
| Travelers Indemnity Company | Beneficiary |
| Zurich American Insurance | Beneficiary |

## Environmental Parties

Environmental Protection Agency (USEPA) (Region 5)
Environmental Protection Agency (USEPA) (Washington, DC)
MDEQ/Gaylord District
MDEQ/Main Office
Ministry of the Environment (Burlington, ON)
Ministry of the Environment (Environmental Assessment and Approvals Branch - Section 9)
Ministry of the Environment (London, ON)
Ministry of the Environment (Toronto, ON)
Ohio Environmental Protection Agency



Ohio Environmental Protection Agency (Division of Air Pollution Control)
Ohio Environmental Protection Agency (Division of Emergency and Remedial Response)
State of Michigan
Treasurer of the State of Ohio (Ohio EPA)
Treasurer of the State of Ohio/Hazardous Waste
Treasurer State of Tennessee - TN Dept of Environment & Conservation

**Lienholders**
Air Liquide Industrial U.S. LP
Banc of America Leasing and Capital, LLC
Canon Financial Services, Inc.
CBI Leasing, Inc.
CCA Financial, LLC
Chrysler Receivables SPV LLC
Crown Credit Company
Crown Lift Trucks
Deutsche Bank Trust Company Americas, as Collateral Agent
FANUC Robotics America, Inc.
General Electric Capital Corp.
GM Supplier Receivables LLC
IBM Credit LLC
Key Equipment Finance Inc.
Leaf Funding, Inc.
Mercedes-Benz U.S. International, Inc.
Motion Industries Inc.
Peterson Jig & Fixture
Relational, LLC
Steeplechase Tool & Die, Inc.
U.S. Bank National Association
Ulbrich Stainless Steels & Special Metals, Inc.
US Bancorp
Varilease Technology Finance Group, Inc.
Vesco Oil Corporation
Wachovia Bank
Wolverine Tool & Engineering Co.

**Tax Authorities**
Arizona Department of Revenue
Arkansas Department of Finance and Administration
Bagley Township
Baldwin Township - Andrea Schmidt Treasurer
Buncombe County Tax Collector



## CONFLICTS LIST

Charter Township of Au Sable
City of Auburn Hills
City of Bowling Green Income Tax Division
City of Farmington Hills
City of Laredo Tax Department
City of Novi
Comins Township Treasurer
Comptroller of Public Accounts (Austin, TX)
Corporation Income Tax (Little Rock, AR)
Delaware Secretary of State
Department of Finance & Administration (Little Rock, AR)
Department of Taxation (Richmond, VA)
Fulton County Treasurer
Georgia Department of Revenue
Hawkins County
Hidalgo County Tax Assessor/Collector
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Kentucky Department of Revenue
Louisiana Department of Revenue
Michigan Department of Treasury
Missouri Department of Revenue
Montgomery County
North Carolina Department of Revenue
Ohio Department of Taxation
Ohio Treasurer of State
PA Dept of Revenue Bureau of Corporate Taxes
Perry County Treasurer
Pima County Treasurer
Regional Income Tax Agency (Cleveland, OH)
Secretary of State - Commercial Division (Baton Rouge, LA)
Secretary of State (Montgomery, AL)
Secretary of State (Springfield, IL)
South Carolina Department of Revenue
Spalding County Tax Commissioner
Tax Assessor/Collector (El Paso, TX)
Tennessee Department of Revenue
Texas State  Controller
Township of Addison Treasurer
Treasurer of Dekalb County
Treasurer State of Ohio



Union County Tax Collector
United ISD Tax Office
United States Treasury
Village of Archbold Income Tax Division
Village of Leonard
Wayne County Tax Department (Charlotte, NC)
Wayne County Tax Department (Goldsboro, NC)
Webb County Tax Assessor/Collector
Wood County Treasurer

**Utilities**

ABC Phones - Outside Sales
Airgas Great Lakes
Alltel
American Electric Power
AMERICAS INTERNATIONAL
Americhem Inc
AMERITECH
AT&T
AT&T Internet Services
AT&T Long Distance
AT&T Mobility
ATT - SBC
Auburn Essential Services
Autophone of Laredo Inc
Avaya Inc
BELL CANADA
Bellsouth LD
BENZ OIL
BP Canada Energy Marketing Corp
BP Energy Company
BP Oil Company
Bright House Networks
Cellular One Payment Processing
Centennial Wireless
Centerpoint Energy
Centerpoint Energy Gas Trans
Centracomm Communications Ltd
Charles River Communications Inc
Charter Communications
Charter Township of Au Sable
CINGULAR



Citi Tel Communications
City of Auburn
City of Auburn Hills
City of Bowling Green
City of Church Hill
City of Goldsboro
City of Griffin
City of New Lexington
City of Novi
City of Tawas City
Columbia Gas
Constellation Newenergy Gas Division
CONSUMERS ENERGY
Consumers Energy Company
Delta Natural Gas Company Inc
DTE Energy
DTE Energy - acct # 17767-5
Duke Power Company
El Dorado Water Utilities
Embarq
Energy Control Inc
Entergy
Foraker Energy LLC
Foster Energy Services LLC
GAS IMPERIAL, SA DE CV
GAYLORD ELECTRIC
GE INTERNATIONAL
GLOBALPHONE
GTE NORTH
Hawkins County Gas Utility
HOLSTON ELECTRIC COOPERATIVE
Inman Campobello Water District
INTERCALL SINGAPORE PTE LTD
Interstate Gas Supply Inc
ISI Telemanagement Solutions
JCF Communications
Kentucky Utilities Company
Kore Wireless Group Inc
M 33 Access
Mackay Telephone Systems
MCI Communication Service
MCI WORLDCOM



METROPOLITAN TELECOMMUNICATIONS
Mount Sterling Water & Sewer
Municipal Utilities Bowling Green
MXenergy
NEXTEL
NORTHERN ELECTRIC COMPANY INC
NORTHERN ENERGY
Northern Indiana Fuel and Light
Oakland County W&S
Ohio Gas Company
PACIFIC TELEMANAGEMENT SERVICES
Pearl Gas Oil Company Inc
Pepco
Piedmont Natural Gas Company
Premiere Global Services Inc
Progress Energy
Progress Energy Carolinas Inc
Propane Energy Ltd
Propane Inc
Qwest Business Systems
Sandusky Electric Company
Skytel
SOUTHWEST MIDDLESEX UTILITIES
Spartan Sewer & Septic Tank Service
Spartanburg Sanitary Sewer District
Sprint
SUMMIT ELECTRIC
Summit Energy Services Inc
Surgoinsville Utility District
TDS Metrocom
TELE-OPTICS INC
TELEPHONE SUPPORT SYSTEMS
TelSpan
TIME WARNER CABLE  #1277620-01
Toledo Edison
UNION GAS LTD
USA Mobility Wireless Inc
Verizon
Verizon Business
Verizon North
Verizon North GTE North
Verizon Wireless



## CONFLICTS LIST

Village of Archbold
WATER SERVICES, INC

### Landlords

23300 Haggerty Road Associates LLC
845 E Ohio LLC
Avalon at Northbrook
B A Forwarding Co
BAP Partners, LLC
Billhorn South Carolina, LLC
Capmark Finance
Capmark Finance
Culver Center Partners Michigan LLC
Frear Larry dba Heritage Square
Frear Larry dba Heritage Square
Gateway Corporate Park, LLC
George Novogroder
Global Facilities & Systems Inc
Growers & Planters, Inc. dba Rogersville Tobacco Exchange
MCP Enterprises/Greenbriar, Inc.
Norman Lansdale dba S&N Contractors
ODell Industries
Orchard Hill Place LLC
Perry Corporation
ProTrans International, Inc.
TLR Properties

### Significant Vendors

3M COMPANY
ADVANCE PRECISION LTD
AGAPE PLASTICS
ALFMEIER CORP
ALPHA COATINGS
APOLLO METALS LTD
Arkema Inc
ARNOLD TOOL & DIE COMPANY
ARVIN PUROLATOR
ASAHI KASEI PLASTICS NA
ASSOCIATED TUBE INDUSTRIES
ASTLETT RUBBER INC
ATOCHEM(ARKEMA)
AVON AUTOMOTIVE & GROUP



B R C RUBBER GROUP INC
Bachman Machine
Bayloff Stamped Products
BEAVER MANUFACTURING COMPANY
BLUE CROSS BLUE SHIELD OF MI
CALICO PRECISION MOLDING LLC
CALUMET LUBRICANTS CO
Caremark
COLUMBIAN CHEMICALS CO
CONTINENTAL AUTOMOTIVE
CONTITECH
COOPER TIRE & RUBBER CO
CRAIG ASSEMBLY INC
CUMMINS FILTRATION
DAIKIN AMERICA INC
DANA CORPORATION
DEGUSSA (EVONIK) INDUSTRIES
DEGUSSA CORPORATION - MI
DELPHI CORPORATION
DOW CHEMICAL COMPANY
DSM (Royal DSM N.V. )
DUFFY TOOL & STAMPING LC
DUPONT COMPANY
DYNEON
EATON CORP.
EATON LEONARD
EMS-CHEMIE NA INC
ENTEC POLYMERS  LLC
ENTECH
ERGON OIL COMPANY
EVONIK DEGUSSA CORPORATION
EXCEL POLYMERS LLC
EXPL GLOBAL MEXICO SA DE CV
Exxon Mobil Chemical Company
FEDERAL MOGUL CORPORATION
FLEXITECH INC
FLOW POLYMERS
FLUID ROUTING SYSTEMS
FREUDENBERG-NOK
GHSP
GIL-MAR MANUFACTURING
GONZALEZ GROUP LLC



Guyoung Technology Company Ltd
H&L TOOL CO INC
HENKEL CORPORATION
Hexagon Polymers
HI-VOL PRODUCTS
Hope Global
HYDRO ALUMINUM
INDIANA MOLDING COMPANY
INNATECH  LLC
IPS Worldwide LLC
ITW ANCHOR STAMPINGS
ITW AUTOMOTIVE
JACKSON PRECISION INDUSTRIES
JACKSON TUMBLE FINISH
JAGEMANN STAMPING COMPANY
JIFFY TITE COMPANY
JL Corporation
JOSEPH T RYERSON & SON INC
JSR AMERICA
KENONA
KONGSBERG
KYOSAN DENKI AMERICA (KDMK)
LANXESS CORPORATION
LEAR CORPORATION
LEGRIS INCORPORATED
LEXINGTON MACHINING
LIBERTY STEEL PRODUCTS INC
LION COPOLYMER
LORD CORPORATION
LUVATA
LWB Steinl GMBH & Co KG
MARTINREA INTERNATIONAL INC.
METAL FLOW CORPORATION
MITSUI CHEMICAL AMERICA
Mold Tech Inc
MUBEA INC
Nedec America Corp
NEI Global Relocation Company
NELSON STEEL PRODUCTS INC
Nishikawa of Amerca Inc
PAPP PLASTICS
PARAGON METALS  INC.

 COOPER STANDARD™
AUTOMOTIVE

CONFLICTS LIST

PARKER ENGINEERED SEALS
PARKER HANNIFIN
PARKER SEALS
PATEL INTERNATIONAL
PEACHTREE TOOLING CORP
POLYNEER
Polyone Corporation
PRECIX
PREMIER TOOL & DIE CAST
PROMAX ENGINEERING LLC
Railko Ltd C/O Tenmat Ltd
RAY CONNECT INC
RAYON YARN CORPORATION
ROBERT BOSCH
SAGER ELECTRONICS
SCHAEFFLER CANADA  INC.
SENSATA TECHNOLOGIES
SEVERSTAL
SIGNATURE ALUMINUM INC
SOLVAY ADVANCED POLYMERS LLC
St Paul Travelers
STAHL USA
STANT MANUFACTURING INC.
STERLING DIE & ENGINEERING
STEWART EFI LLC
SUMMER LAKE INTERNATIONAL  INC
Summit Metals
TECHMER LEHVOSS COMPOUNDS LLC
TECSTAR MANUFACTURING COMPANY
TEKNOR APEX COMPANY
THOMAS STEEL STRIP CORP FINAN
TI AUTOMOTIVE
TICONA ENG PLASTICE DIV
TITEFLEX CORPORATION
TOYOTA TSUSHO AMERICA
TRANSMATIC
TRIDON INC.
TRW Automotive
TSM CORPORATION
TUBOS SAMUEL DE MEXICO
UBE AMERICA INC
ULBRICH STAINLESS



## CONFLICTS LIST

UNUM Life Insurance Co of America
US ZINC CO
USI Inc
VIKING TOOL & GAGE INC
VISTEON AUTOMOTIVE SYSTEMS
VITRICA SA de CV
VITRO FLEX  SA DE CV

Schedule 2

## Schedule 2

LAZARD FRERES & CO. LLC

ACE Insurance
AIG
AIG Worldsource
American Electric Power
Bank of Nova Scotia[1]
Blackstone Group
Blackstone Group (and certain related entities)
Capmark Finance
Charter Communications[2]
Chrysler[3]
Chrysler Receivables SPV LLC
Collins & Aikman
Constellation Newenergy Gas Division
Delphi Corporation[3]
Dow Chemical Company
Duke Power Company
Entergy
Fiat[3]
Ford[3]
General Electric Capital Corp.
General Motors[3]
GM Supplier Receivables LLC
Franklin Templeton Investments (and certain related entities)
GE – Canada Finance Holding Co.
GE Antares Capital (and certain related entities)
GE Capital
GE International
GMAC Commercial Finance LLC
IBM Credit LLC
ING Capital LLC
JP Morgan Chase[4]
Lehman Brothers[5]
Lehman Commercial Paper
MCI Communication Service
MCI Worldcom
Nextel
Parker Hannifin
Plastech
Progress Energy
Progress Energy Carolinas Inc.
SantanderSerfin

---

[1] Retention on behalf of The Bank of Nova Scotia, in its capacity as administrative agent for certain lenders to Masonite International and its affiliates.
[2] Lazard is advising Charter Communications and certain of its affiliates in connection with their chapter 11 cases.
[3] Lazard has also advised the United Auto Workers in connection with engagements involving apparent affiliates of this entity.
[4] Retention on behalf of JPMorgan Chase Bank, N.A. in its capacity as administrative agent for certain lenders to McLeodUSA Inc. and its affiliates.
[5] Lazard is advising Lehman Brothers and certain of its affiliates in connection with their chapter 11 cases.

Severstal
SMBC Capital Partners LLC
Sprint
St. Paul Fire & Marine Insurance Co.
St. Paul Travelers
The Travelers Indemnity Company of Connecticut
TI Automotive
Toyota Tsusho America
Travelers Property Casualty Company of America
Travelers Casualty
Travelers Indemnity Company
The Carlyle Group
UBS Loan Finance LLC
United Auto Workers
USI Inc.
Wachovia Bank
Wells Fargo Bank
Wilmington Trust Company[6]


## LAZARD CAPITAL MARKETS LLC

Blackstone Group
Centerpoint Energy
Centerpoint Energy Services
Centerpoint Energy Gas Trans
Progress Energy
Progress Energy Carolinas Inc.
XL Insurance
XL Insurance America, Inc.
XL Professional

---

[6] Retention on behalf of Wilmington Trust FSB as administrative agent for certain lenders to Eddie Bauer Holdings, Inc. and its affiliates.