UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : Chapter 11 |
| | : |
| Cooper-Standard Holdings Inc., *et al.*, | : Case No. 09-12743 (PJW) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : NOTICE OF APPOINTMENT OF |
| --------------------------------- | : COMMITTEE OF UNSECURED |
| | : CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Wilmington Trust Company, as Indenture Trustee**, Attn: Patrick Healy, Rodney Square North, 1100 N. Market Street, Wilmington, DE 19890, Phone: 302-636-6391, Fax: 302-636-4149

2. **Pioneer High Yield Fund**, Attn: Christopher J. Kelley, 60 State Street, Boston, MA 02109, Phone: 617-422-4952, Fax: 617-422-4223

3. **U.S. Bank National Association, as Successor Indenture Trustee**, Attn: Timothy Sandell, Corporate Trust Services, 60 Livingston Avenue, St. Paul, MN 55107-2292, Phone: 651-495-3959, Fax: 651-495-8100

4. **TD High Yield Income Fund**, Attn: Greg Kocik, 161 Bay Street, 33rd Floor, Toronto, ON M5J 3T2, Phone: 416-983-8898/6933, Fax: 416-982-4298

5. **United Steelworkers**, Attn: David R. Jury, Five Gaetway Center, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2546, Fax: 412-562-2429

6. **EMS-CHEMIE (North America), Inc.**, Attn: Tom Herbster, PO Box 1717, Sumter, SC 29151-1717, Phone: 803-481-6154, Fax: 803-481-3820

7. **Pension Benefit Guaranty Corporation**, Attn: Dana Cann, 1200 K Street, N.W., Washington, DC 20005-4026, Phone: 202-326-4070 x 3810, Fax: 202-842-2643

> ROBERTA A. De ANGELIS
> Acting United States Trustee, Region 3

> /s/ Joseph J. McMahon, Jr. for
> WILLIAM K. HARRINGTON
> ASSISTANT UNITED STATES TRUSTEE

DATED: August 14, 2009

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701