IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., *et al.*,[1] | ) ) ) | Case No. 09-12743 (PJW) |
| Debtors. | ) ) ) ) | (Jointly Administered)  Re: Docket No. 87 |

## CERTIFICATION OF COUNSEL

On August 12, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the **Application Pursuant To Sections 327(a), 328 and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-2 for an Order Authorizing the Debtors to Retain and Employ Lazard Frères & Co. LLC as Investment Banker and Financial Advisor Nunc Pro Tunc to the Filing Date and Waiving Certain Local Rule 2016-2 Information Requirements** [Docket No. 87] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). Attached as Exhibit A to the Application was a proposed form of order (the "Initial Proposed Order").

Upon receiving informal comments to the Initial Proposed Order from the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Debtors have made several revisions to the Initial Proposed Order. As such, the Debtors respectfully request that the Court enter the revised form

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Cooper-Standard Holdings Inc. (5088); Cooper-Standard Automotive Inc. (9970); Cooper-Standard Automotive FHS Inc. (2953); Cooper-Standard Automotive Fluid Systems Mexico Holding LLC (0442); Cooper-Standard Automotive OH, LLC (2845); StanTech, Inc. (4014); Westborn Service Center, Inc. (7448); North American Rubber, Incorporated (9926); Sterling Investments Company (1393); Cooper-Standard Automotive NC L.L.C. (2839); CS Automotive LLC (4267); CSA Services, Inc. (9510); NISCO Holding Company (1697). The corporate address of the Debtors is 39550 Orchard Hill Place Drive, Novi, Michigan 48375.

RLF1-3431484-1

of order attached hereto as <u>Exhibit 1</u> (the "Revised Proposed Order"). The Revised Proposed Order has been approved by (i) the U.S. Trustee and (ii) counsel to the Creditors' Committee. For the convenience of the Court, a blackline of the Revised Proposed Order against the Initial Proposed Order is attached hereto as <u>Exhibit 2</u>. Further, the Debtors have filed a supplemental declaration of Eric Mendelsohn in support of the Application and the Revised Proposed Order, which such supplemental declaration is attached hereto as <u>Exhibit 3</u>.

Dated:   September 9, 2009
         Wilmington, Delaware

                                        Respectfully submitted,

                                        _____
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Mark D. Collins (Bar No. 2981)
                                        Michael J. Merchant (Bar No. 3854)
                                        Chun I. Jang (Bar No. 4790)
                                        Drew G. Sloan (Bar No. 5069)
                                        One Rodney Square
                                        920 N. King Street
                                        Wilmington, DE 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                                   – and –

                                        FRIED, FRANK, HARRIS, SHRIVER &
                                        JACOBSON LLP
                                        Gary L. Kaplan, Esq.
                                        Richard Slivinski, Esq.
                                        Peter B. Siroka, Esq.
                                        One New York Plaza
                                        New York, NY 10004
                                        Telephone:  (212) 859-8000
                                        Facsimile:  (212) 859-4000

                                        *Counsel to Debtors and Debtors in Possession*

RLF1-3431484-1