# APPENDIX A

# FINANCIAL PROJECTIONS

# FINANCIAL PROJECTIONS AND ASSUMPTIONS

For purposes of developing the Plan[1] and evaluating its feasibility, the following Projections were prepared. The Projections reflect the Debtors' estimate of their expected consolidated financial position, results of operations and cash flows of the Reorganized Debtors. Accordingly, the Projections reflect management's judgment of expected future operating and business conditions, which are subject to change.

All estimates and assumptions shown within the Projections were developed by management. The Projections have not been audited or reviewed by independent accountants. The assumptions disclosed herein are those that management believes to be significant to the Projections. Although the Debtors are of the opinion that these assumptions are reasonable under the circumstances, such assumptions are subject to significant uncertainties, such as change in automotive build rates, laws and regulations, foreign currency, interest rates, inflation, commodity prices, utility rates, and other economic factors affecting the Company's businesses. Despite efforts to foresee and plan for the effects of changes in these circumstances, the impact cannot be predicted with certainty. Consequently, actual financial results could vary significantly from projected results.

**THE PROJECTIONS, INCLUDING THE UNDERLYING ASSUMPTIONS, SHOULD BE CAREFULLY REVIEWED IN EVALUATING THE PLAN. WHILE MANAGEMENT BELIEVES THE ASSUMPTIONS UNDERLYING THE PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRENT CIRCUMSTANCES AND EXPECTATIONS, NO ASSURANCE CAN BE GIVEN THAT THE PROJECTIONS WILL BE REALIZED.**

**THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS OR ANY OTHER PERSON AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED.**

The significant assumptions used in the preparation of the Projections are stated below.

The Projections assume that the Debtor will emerge from chapter 11 on May 1, 2010 (the "Assumed Effective Date"). The Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below and with the consolidated financial statements (unaudited) for the quarterly period ended September 30, 2009 contained in the Debtors' Form 10-Q for the quarterly period ended September 30, 2009, which is attached to the Disclosure Statement as Appendix E.

---

[1] All capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Debtors' disclosure statement (the "Disclosure Statement") filed with the Bankruptcy Court in connection with the Debtors' chapter 11 plan pursuant to chapter 11 of the Bankruptcy Code.

1

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA"), THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB") OR THE RULES AND REGULATIONS OF THE SEC. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE COMPANY'S INDEPENDENT PUBLIC ACCOUNTANTS, ERNST & YOUNG LLP. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, ALTHOUGH DEVELOPED AND CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTANTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE COMPANY'S MANAGEMENT. THESE UNCERTAINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME AND CONTENTS OF A CONFIRMED PLAN OF REORGANIZATION AND THE TIMING OF THE CONFIRMATION OF SUCH A PLAN. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE COMPANY, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THESE PROJECTIONS.

The Projections herein include:

a. A reconciliation of the predecessor Company's (the "Predecessor Company") projected consolidated balance sheet as of April 30, 2010, to that of the successor Company (the "Successor Company") on May 1, 2010, reflecting the estimated effect of the Plan on the capitalization, as more fully discussed below, and a simplified estimate of "fresh start" adjustments pursuant to Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code" as issued by the AICIPA. While the Company expects that it will be required to implement fresh start accounting upon emergence, it has not yet completed the work required to quantify the impact to its financial statements. When the Company does fully implement fresh start accounting, differences from the depiction that follows are anticipated and those differences could be material. Fresh start accounting requires all assets, liabilities, and equity instruments to be valued at fair value. In the attached presentation, no such adjustments have been made to individual asset, liability and equity categories. Instead, for simplicity, the difference between the overall estimated reorganization value and Predecessor Company book values has been reflected as "Goodwill" on the attached balance sheets.

b. Actual unaudited consolidated balance sheet of the Predecessor Company as of December 31, 2009, and pro forma projected consolidated balance sheets of the Succesor Company as of December 31, 2010, 2011, 2012 and 2013, reflecting the estimated effect of the Plan on the capitalization of the Company after emerging from chapter 11. The pro forma projected consolidated balance sheet of the Company as of December 31, 2010 reflects (i) the effects of projected pre-confirmation activities up to the Assumed Effective Date, (ii) the estimated effect of the discharge of pre-petition obligations pursuant to the Plan, (iii) the estimated effects of the Rights Offering, of obtaining exit financing and the payment of certain costs and obligations pursuant to or due with respect to the Plan on the Assumed Effective Date, and (iv) the simplified estimate of fresh start adjustments above.

c. Actual unaudited consolidated statement of operations of the Company for the twelve months ended December 31, 2009, and projected consolidated statements of operations of the Company for the twelve months ended December 31, 2010, 2011, 2012 and 2013 reflecting the estimated effect of the Plan on the interest costs of the Company after emerging from chapter 11.

d. Actual unaudited consolidated statements of cash flow of the Company for the twelve months ended December 31, 2009, and pro forma projected consolidated statements of cash flows of the Company for 2010, 2011, 2012 and 2013 as presented herein reflecting the cash flow effects of the aforementioned items.

e. Notes to Pro Forma Projected Balance Sheet and Notes to Projected Financial Statements.

3

## Pro Forma Balance Sheet (unaudited) [a]
*(dollars in millions)*

| ASSETS | Predecessor Estimated April 30, 2010 Balance Sheet | Pro Forma Reorganization Adjustments — Recapitalization Adjustments | Pro Forma Reorganization Adjustments — "Fresh Start" Adjustments | Successor Pro Forma May 1, 2010 Balance Sheet of Reorganized Debtors |
|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | $257.7 | ($192.1) [b] | | $65.6 |
| ACCOUNTS RECEIVABLE | 413.8 | | | 413.8 |
| INVENTORY | 125.9 | | | 125.9 |
| OTHER | 45.8 | | | 45.8 |
| TOTAL CURRENT ASSETS | $843.2 | ($192.1) | | $651.1 |
| PROPERTY, PLANT & EQUIPMENT, NET | 579.1 | | | 579.1 |
| GOODWILL, NET | 87.7 | | 124.4 | 212.1 |
| OTHER | 128.1 | 1.0 [c] | | 129.1 |
| TOTAL ASSETS | $1,638.2 | ($191.1) | $124.4 | $1,571.5 |
| **LIABILITIES & EQUITY** | | | | |
| ACCOUNTS PAYABLE | $169.3 | ($4.4) [d] | | $165.0 |
| ACCRUED LIABILITIES | 116.8 | (16.7) [e] | | 100.1 |
| SHORT-TERM BORROWINGS | 17.1 | | | 17.1 |
| TOTAL CURRENT LIABILITIES | $303.2 | ($21.1) | | $282.1 |
| DEFERRED LIABILITIES | 207.7 | 20.8 [f] | | 228.5 |
| LONG TERM DEBT: | | | | |
| DIP FACILITY | 151.2 | (151.2) [g] | | 0.0 |
| EXIT FINANCING | 0.0 | 450.0 [h] | | 450.0 |
| OTHER LONG TERM DEBT | 15.7 | | | 15.7 |
| LIABILITIES SUBJECT TO COMPROMISE | 1,272.3 | (1,272.3) [i] | | 0.0 |
| LONG-TERM DEBT | $1,439.2 | ($973.5) | | $465.7 |
| SHAREHOLDER'S EQUITY | (316.5) | 782.6 [j] | 124.4 | 590.6 |
| MINORITY INTERESTS | 4.5 | | | 4.5 |
| EQUITY | ($311.9) | $782.6 | $124.4 | $595.1 |
| TOTAL LIABILITIES & EQUITY | $1,638.2 | ($191.1) | $124.4 | $1,571.5 |

**NOTES TO PRO FORMA PROJECTED BALANCE SHEET**

a. The pro forma balance sheet adjustments contained herein account for (i) the reorganization and related transactions pursuant to the Plan and (ii) a simplified estimate of "fresh start" accounting adjustments pursuant SOP 90-7, Financial Reporting by Entities in Reorganization Under the Bankruptcy Code, as issued by the AICPA. While the Company expects that it will be required to implement fresh start accounting upon emergence, it has not yet completed the work required to quantify the impact to its financial statements. When the Company does fully implement fresh start accounting, differences from the depiction presented are anticipated and those differences could be material. Fresh start accounting requires all assets, liabilities, and equity instruments to be valued at "fair value." In the attached presentation, no such adjustments have been made to individual asset, liability and equity categories. Instead, for simplicity, the difference between overall estimated reorganization value and Predecessor Company book values has been reflected as "Goodwill" on the attached balance sheets.

b. This amount reflects (i) estimated cash sources at emergence of $819.7 million consisting of (a) the release of $12.5 million of cash securing letters of credit, (b) $2.2 million of utility and other cash deposits, (c) a funded portion of a new $450.0 million New Secured Debt Facility, and (d) cash proceeds from the $355.0 million Rights Offering, less (ii) estimated cash uses at emergence of $1,011.8 million consisting of the payment of (a) $151.2 million of the DIP Facility, (b) $658.4 million of pre-petition bank debt (including post-petition accrued interest, derivatives, and swap settlements, (c) $105.6 million of pre-petition senior notes (d) $14.8 million of estimated Priority Claims, Administrative Claims, and Miscellaneous Secured Claims, (e) $15.2 million of Subsidiary Debtor General Unsecured Claims, (f) $4.0 million paid under the management compensation plan, (g) $12.4 million of backstop commitment fees in connection with the Rights Offering, (h) $15.8 million of estimated fees and expenses associated with the New Working Capital Facility and the New Secured Debt Facility (including $3.0 million of estimated professional fees), and (i) $34.5 million of other estimated bankruptcy-related professional fees and expenses.

c. This amount reflects the return of $2.2 million of utility and other cash deposits, the release of $12.5 million of cash securing letters of credit issued during the Chapter 11 Cases, and the capitalization of $15.8 million of estimated fees and expenses associated with the New Working Capital Facility and the New Secured Debt Facility (which includes $3.0 million of estimated professional fees).

d. This amount reflects the payment of $4.4 million of Subsidiary Debtor General Unsecured Claims.

e. This amount reflects the payment of $16.7 million of other accrued professional fees.

f. This amount reflects the reinstatement of $20.8 million of pension, deferred compensation, and severance liabilities subject to compromise.

g. This amount reflects the repayment of $151.2 million outstanding under the DIP Facility.

h. This amount reflects the $450 million funded portion of the New Secured Debt Facility.

i. This amount reflects the payment of $10.9 million of Subsidiary Debtor General Unsecured Claims and the elimination of $69.7 million of liabilities subject to

5

compromise related to the Stock Purchase Agreement dated as of September 16, 2004, as amended by the First Amendment to the Stock Purchase Agreement dated December 3, 2004, $15.8 million of other liabilities subject to compromise, $21.9 million of derivative claims, swap claims, and letters of credit fees and accrued interest, and prepetition debt claims net of pre-petition deferred financing fees including (i) $629.3 million of the Prepetition Credit Facility (including interest accrued and unpaid prior to and after the Filing Date), (ii) $216.6 million of Senior Notes subject to compromise (including interest accrued and unpaid prior to and after the Filing Date), and (iii) $308.0 million of Senior Subordinated Notes subject to compromise.

j. This amount reflects (i) the $495.1 million plan equity value, plus (ii) $100.0 million new convertible preferred equity, plus (iii) estimated gain on extinguishment of debt of $236.5 million, less (iv) $48.9 million of estimated bankruptcy-related professional, financing, and other related fees.

## Projected Statement of Operations (unaudited)
*(dollars in millions)*

| | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 |
| NET SALES | $1,945.3 | $2,157.4 | $2,247.0 | $2,310.0 | $2,293.0 |
| COST OF SALES | 1,680.3 | 1,835.8 | 1,901.1 | 1,933.4 | 1,914.7 |
| GROSS PROFIT | $264.9 | $321.6 | $345.9 | $376.6 | $378.3 |
| SELLING, GENERAL & ADMINISTRATIVE EXPENSES | 213.8 | 206.9 | 214.9 | 221.6 | 226.0 |
| IMPAIRMENT CHARGES | 359.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| OPERATING INCOME / (LOSS) | ($308.5) | $114.7 | $131.0 | $155.0 | $152.3 |
| OTHER EXPENSE, NET | 11.2 | (0.6) | 4.0 | 4.0 | 4.7 |
| INTEREST EXPENSE | (72.8) | (51.8) | (44.2) | (49.1) | (51.4) |
| RESTRUCTURING ITEMS | (32.4) | (17.1) | (25.0) | (15.0) | (15.0) |
| REORGANIZATION ITEMS | (17.4) | 180.8 | 0.0 | 0.0 | 0.0 |
| PROFIT / (LOSS) BEFORE TAXES | ($419.9) | $226.0 | $65.8 | $95.0 | $90.6 |
| INCOME TAXES | 31.0 | (18.4) | (25.9) | (30.4) | (29.9) |
| CONSOLIDATED NET INCOME / (LOSS) | ($388.9) | $207.6 | $40.0 | $64.6 | $60.7 |
| MINORITY INTERESTS | 0.5 | (0.2) | (0.6) | (0.8) | 0.0 |
| NET INCOME / (LOSS) | ($389.3) | $207.8 | $40.6 | $65.4 | $60.7 |
| **NOTE** | | | | | |
| EBITDA | ($233.3) | $372.0 | $205.5 | $239.8 | $234.9 |
| RESTRUCTURING ITEMS | 32.4 | 17.1 | 25.0 | 15.0 | 15.0 |
| EBITDA ADJUSTMENTS | 376.9 | (174.2) | 0.0 | 0.0 | 0.0 |
| ADJUSTED EBITDA | $176.1 | $214.9 | $230.5 | $254.8 | $249.9 |
| **LIGHT VEHICLE PRODUCTION VOLUMES (MM UNITS)** | | | | | |
| NORTH AMERICA | 8.6 | 10.6 | 11.6 | 13.0 | 14.6 |
| EUROPE | 16.3 | 16.0 | 16.7 | 18.1 | 19.2 |

7

## Projected Statement of Cash Flows (unaudited)
*(dollars in millions)*

|  | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 | 2013 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | |
| NET INCOME | ($389.3) | $207.8 | $40.6 | $65.4 | $60.7 |
| DEPRECIATION AND AMORTIZATION | 113.8 | 94.2 | 95.5 | 95.7 | 92.8 |
| CHANGE IN WORKING CAPITAL ITEMS, NET | 12.7 | (25.6) | (16.7) | (36.4) | 9.7 |
| OTHER, NET | 316.1 | (267.8) | (20.6) | (8.0) | (1.6) |
| NET CASH PROVIDED BY OPERATING ACTIVIITES | 53.2 | 8.7 | 98.8 | 116.7 | 161.7 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | |
| ADDITIONS TO PROPERTY, PLANTS AND EQUIPMENT | (47.2) | (84.5) | (79.4) | (79.7) | (94.2) |
| OTHER, NET | 74.2 | 8.5 | 5.0 | 0.0 | 0.0 |
| NET CASH USED IN INVESTING ACTIVITIES | 27.0 | (76.0) | (74.4) | (79.7) | (94.2) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | |
| DIP FACILITY BORROWING / (REPAYMENT) | 175.0 | (176.2) | 0.0 | 0.0 | 0.0 |
| PRE-PETITION DEBT BORROWING / (REPAYMENT) | 23.3 | (764.0) | 0.0 | 0.0 | 0.0 |
| EXIT FINANCE BORROWING / (REPAYMENT) | 0.0 | 450.0 | 0.0 | 0.0 | 0.0 |
| PROCEEDS FROM RIGHTS OFFERING | 0.0 | 355.0 | 0.0 | 0.0 | 0.0 |
| DEBT ISSUANCE & RIGHTS OFFERING COSTS | 0.0 | (25.2) | 0.0 | 0.0 | 0.0 |
| OTHER, NET | (9.8) | (3.7) | (4.4) | (4.4) | (4.4) |
| NET CASH PROVIDED BY / (USED IN) FINANCING ACTIVITIES | 188.5 | (164.1) | (4.4) | (4.4) | (4.4) |
| **NET CHANGE IN CASH AND CASH EQUIVALENTS** | 268.7 | (231.5) | 20.0 | 32.6 | 63.1 |
| **CASH AND CASH EQUIVALENTS AT BEGINNING OF PERIOD** | 111.5 | 380.3 | 148.8 | 168.8 | 201.4 |
| **CASH AND CASH EQUIVALENTS AT END OF PERIOD** | $380.3 | $148.8 | $168.8 | $201.4 | $264.5 |

8

## Projected Balance Sheets (unaudited)
*(dollars in millions)*

| | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| **ASSETS:** | 2009 | 2010 | 2011 | 2012 | 2013 |
| CASH AND CASH EQUIVALENTS | $380.3 | $148.8 | $168.8 | $201.4 | $264.5 |
| ACCOUNTS RECEIVABLE | 390.0 | 372.0 | 392.6 | 429.9 | 426.7 |
| INVENTORY | 111.6 | 112.1 | 121.0 | 132.7 | 131.7 |
| OTHER CURRENT ASSETS | 39.8 | 41.6 | 40.5 | 40.6 | 40.6 |
| TOTAL CURRENT ASSETS | $921.6 | $674.5 | $722.9 | $804.5 | $863.5 |
| PROPERTY, PLANT & EQUIPMENT, NET | 590.5 | 562.8 | 541.7 | 525.6 | 527.0 |
| GOODWILL, NET | 87.7 | 212.1 | 212.1 | 212.1 | 212.1 |
| OTHER ASSETS | 139.0 | 110.4 | 82.9 | 66.1 | 49.5 |
| TOTAL ASSETS | $1,738.9 | $1,559.9 | $1,559.6 | $1,608.4 | $1,652.2 |
| **LIABILITIES & EQUITY:** | | | | | |
| ACCOUNTS PAYABLE | $166.1 | $158.6 | $175.4 | $191.5 | $190.1 |
| ACCRUED LIABILITIES | 159.9 | 88.4 | 56.4 | 37.4 | 26.9 |
| SHORT-TERM BORROWINGS | 18.2 | 17.1 | 17.1 | 17.1 | 17.1 |
| TOTAL CURRENT LIABILITIES | $344.2 | $264.0 | $248.8 | $246.0 | $234.1 |
| DEFERRED LIABILITIES | 251.7 | 228.8 | 205.8 | 194.7 | 191.5 |
| LONG TERM DEBT: | | | | | |
| DIP FACILITY | 175.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EXIT FINANCING | 0.0 | 446.6 | 442.2 | 437.7 | 433.4 |
| OTHER LONG TERM DEBT | 11.1 | 15.5 | 15.5 | 15.5 | 15.5 |
| LIABILITIES SUBJECT TO COMPROMISE | 1,261.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| LONG-TERM DEBT | $1,448.0 | $462.1 | $457.7 | $453.2 | $448.8 |
| SHAREHOLDER'S EQUITY | (309.4) | 600.6 | 643.7 | 711.6 | 774.8 |
| MINORITY INTERESTS | 4.5 | 4.3 | 3.7 | 2.9 | 2.9 |
| EQUITY | ($304.9) | $604.9 | $647.4 | $714.5 | $777.7 |
| TOTAL LIABILITIES & EQUITY | $1,738.9 | $1,559.9 | $1,559.6 | $1,608.4 | $1,652.2 |

**Notes to Projected Financial Statements**

The Projections assume that the Company's business strategy will not change as a result of its reorganization and change of ownership. The Company will continue to strive to be a leading global supplier of body sealing, fluid handling, and NVH products, and to grow its core business within those segments by continuing to satisfy its customers.

Fiscal Year 2009 reflects unaudited actual results through December 31, 2009. Projected operating performance during fiscal years 2010 through 2013 has been estimated using these 2009 actual unaudited results as a basis and incorporating certain assumptions including, but not limited to: (a) projected production volumes and resulting sales and gross margin (including targeted productivity improvements); (b) selling, general and administrative expenses (including the estimated impact of certain recent cost improvement initiatives); (c) planned and projected future operational restructuring activities; (d) estimated terms of the New Secured Debt Facility; and (e) planned and projected capital spending. The Projections were prepared on the management business entity reporting basis, which includes the Subsidiaries and non-Debtor Affiliates.

These Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. Certain assumptions which may or may not prove to be correct include global macroeconomic conditions, the cost and availability of consumer automobile finance, automotive sales and production volumes, financing, and certain projected cost improvements, among other things. The Projections should be read in conjunction with the assumptions and qualifications to the tables contained herein, the risk factors described in Article XIII of the Disclosure Statement, and the historical consolidated financial information for the quarterly period ended September 30, 2009.

**THE COMPANY DOES NOT, AS A MATTER OF COURSE, PUBLISH OR DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE COMPANY DOES NOT INTEND, AND DISCLAIMS ANY OBLIGATION TO, (A) FURNISH UPDATED PROJECTIONS TO HOLDERS OF CLAIMS OR EQUITY INTERESTS AT ANY TIME IN THE FUTURE, (B) INCLUDE UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION, OR (C) OTHERWISE MAKE UPDATED INFORMATION OR PROJECTIONS PUBLICLY AVAILABLE. THE SUMMARY FINANCIAL PROJECTIONS AND RELATED INFORMATION PROVIDED IN THE DISCLOSURE STATEMENT AND THE EXHIBITS THERETO HAVE BEEN PREPARED EXCLUSIVELY BY THE COMPANY'S MANAGEMENT. THESE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE COMPANY'S CONTROL. THE COMPANY CAUTIONS THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THESE FINANCIAL PROJECTIONS AND RELATED INFORMATION OR AS TO THE REORGANIZED COMPANY'S ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY**

**AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.**

A. General

    a. Methodology – The Financial Projections are based upon the Debtors' actual, unaudited financial results through January 2010 and a detailed operating forecast for 2010. For 2010 – 2013, the Financial Projections incorporate management's assumptions and initiatives, including the impact of the Debtors' operating restructuring initiatives.

    b. Plan Consummation – The operating assumptions assume that the Plan will be confirmed prior to and consummated on May 1, 2010.

    c. Macroeconomic and Industry Environment – The Financial Projections are based on global vehicle platform production forecasts provided by CSM Worldwide, with certain adjustments made by management in their reasonable judgement. The Financial Projections assume a relatively stable global currency environment and commodity environment.

    d. Foreign Exchange – The Company consolidates its financial results in U.S. dollars for reporting purposes. The exchange rate assumptions included in the Projections are substantially unchanged throughout the projection period and approximate prevailing exchange rates at year-end 2009.

B. Assumptions for Financial Projections

    a. Sales – Consolidated sales include the sales of automotive body sealing systems, fluid handling systems, and NVH control systems. Given the Company's dependence on the production levels of the industry's OEMs (who integrate the Company's products into their platform designs), the Company's financial performance will depend significantly on the build rate of light vehicles in North America and Europe. Because the volume of an individual platform using Company products may not follow the overall industry build rate, management has prepared its forecasts based on projections for specific automotive platforms. The Financial Projections assume North America light vehicle production of approximately 8.6 million units in 2009 growing to 14.6 million units in 2013. In Europe, light vehicle production is forecasted to be approximately 16.3 million units in 2009 and grow to 19.2 million units by 2013. During the Projection Period, sales are estimated to grow from $1.9 billion in 2009 to $2.3 billion by 2013 The Company's sales include revenue from products for which contracts have already been awarded, in addition to programs which management reasonably believes will be awarded in the future. During the Projection Period, the Company reduced assumed replacement and target business for a portion of business awards expected to be sourced during the bankruptcy process.

    b. Cost of Sales – Cost of Sales was 86.4% of sales in 2009 and is projected to improve to 83.5% of sales by 2013, driven by the improving global production

12

environment and the benefit of the Company's operational restructuring actions. The Company has included manufacturing cost reductions in the forecast period based upon targeted ongoing productivity and cost improvements, including future operational restructuring initiatives.

c. Selling, General, & Administrative Expenses – Selling, General & Administrative ("SG&A") expenses were 11.0% of sales in 2009, excluding one-time charges, are projected to improve to 9.9% of sales in 2013 as production levels are forecast to improve.

d. Interest Expense – For 2009 through April 2010, interest expense reflects the actual expense incurred through January 2010 and projected expense on existing debt through April 2010. For May 2010 through 2013, interest expense is projected based on the Company's estimated debt structure after the Restructuring Plan is complete including interest expense on the New Secured Debt Facility. Interest expense also includes certain non-interest fees and expenses associated with the Exit Finance facility, as well as ongoing expense related to approximately $30 million in existing capital leases and debt at certain foreign subsidiaries.

e. Restructuring Items – The 2009 to 2013 Restructuring Items consist of estimated operational restructuring items including plant closures, consolidation, and related severance totaling $32 million in 2009, $17 million in 2010, $25 million in 2011, $15 million in 2012, and $15 million in 2013. These items were recorded in a separate line on the projected statement of operations.

f. Reorganization Items – The 2009 and 2010 Reorganization Items consist of estimated post-petition fees for professional advisors, bank fees, and related capital restructuring charges directly attributable to the bankruptcy filing totaling $17 million in 2009 and $56 million in 2010, and estimated Cancellation of Debt Income ("COD Income") of $237 million in 2010. There are no estimated Reorganization Items in the 2011 through 2013 projection period. Reorganization Items exclude adjustments that may be approved by the bankruptcy court related to the Company's Plan of Reorganization.

g. Income Taxes – It is assumed that, in connection with emergence from Chapter 11, the existing U.S. net operating loss carryovers and other tax attributes will be eliminated or significantly reduced due to the cancellation of indebtedness income, with any remaining tax attributes subject to an annual limitation under Internal Revenue Code sections 382 and 383.

h. EBITDA – Pretax earnings before Interest, Depreciation and Amortization ("EBITDA") includes one-time Reorganization Items, Restructuring Items, and asset impairments.

    i. Adjusted EBITDA – Pretax earnings before Interest, Miscellaneous Expense, Depreciation and Amortization, Reorganization Items, Restructuring charges, and asset impairments ("Adjusted EBITDA").

    j. Light Vehicle Production Volumes – North America and Europe volumes represent "light-vehicle" automobile production forecasts in millions of units, and serves as the basis for The Company's sales forecast. North American production volumes are projected to grow from 8.6 million to 14.6 million units from 2009 to 2013, while European production is projected to grow from 16.3 million to 19.2 million units, reflecting recovery in global vehicle production from historic lows in 2009.

    k. Pension & OPEB Expense – The Projections include all pension and OPEB-related expenses throughout the projection period, and assume these expenses continue unaffected by the chapter 11 filing and emergence.

    l. Capital Expenditures – Capital Expenditures were 2.4% of sales in 2009, and are projected to increase to a more typical level of 4.1% of sales in 2013 as the production environment returns to more normalized levels.

The actual results and Projections of the Company for fiscal years ended December 31, 2009, 2010, 2011, 2012 and 2013 as set forth herein are unaudited and should be read in conjunction with the assumptions, qualifications and footnotes set forth herein, the Disclosure Statement, the historical financial information (including the notes and schedules thereto) and other information set forth in the Company's Annual Report on Form 10-K for the Fiscal Year ended December 31, 2008 and in the Quarterly Report on Form 10-Q for the Fiscal Quarter ended September 30, 2009, each as previously filed with the Securities and Exchange Commission (the "SEC") and attached as Appendices D and E, respectively, to the Disclosure Statement.

The Company expects that the effective date (the "Effective Date") of a confirmed plan of reorganization (the "Plan") will occur at the end of April 2010. For purposes of these Projections, the Effective Date is assumed to be May 1, 2010. These Projections were prepared to show the estimated consolidated financial positions, results of operations, and cash flows of the Company and take into account the estimated effects on the capitalization of the Company as defined in the Plan. The projected consolidated balance sheets reflect an estimated impact of "fresh start" accounting, which could result in a material change to the projected values of assets and liabilities.