Table of Contents

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Dollar amounts in thousands)

| | Year Ended December 31, 2006 | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|---|
| Operating Activities: | | | |
| Net loss | $ (8,420) | $ (150,993) | $ (121,451) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | |
| Depreciation | 107,408 | 104,199 | 109,109 |
| Amortization | 31,025 | 31,850 | 30,996 |
| Impairment charges | 13,247 | 146,366 | 33,369 |
| Gain on bond repurchase | (4,071) | — | (1,696) |
| Non-cash restructuring charges | 8,975 | 626 | 9,029 |
| Amortization of debt issuance cost | 5,057 | 4,883 | 4,866 |
| Deferred income taxes | (32,513) | (1,296) | 14,045 |
| Changes in operating assets and liabilities, net of effects of businesses acquired: | | | |
| Accounts receivable | 12,170 | (31,750) | 144,920 |
| Inventories | 16,897 | 14,836 | 28,062 |
| Prepaid expenses | 9,532 | 3,440 | (2,880) |
| Accounts payable | (30,629) | 39,945 | (86,316) |
| Accrued liabilities | (5,536) | (16,567) | (28,148) |
| Other | 12,740 | 39,834 | 2,588 |
| Net cash provided by operating activities | 135,882 | 185,373 | 136,493 |
| Investing activities: | | | |
| Property, plant, and equipment | (82,874) | (107,255) | (92,125) |
| Acquisition of businesses, net of cash acquired | (201,621) | (158,671) | 4,937 |
| Return on equity investments | 7,746 | — | — |
| Cost of other acquisitions and equity investments | (4,116) | — | — |
| Proceeds from sale -leaseback transaction | — | 4,806 | 8,556 |
| Proceeds from sale of fixed assets | 111 | 1,096 | 4,775 |
| Other | (1,000) | 7 | — |
| Net cash used in investing activities | (281,754) | (260,017) | (73,857) |
| Financing activities: | | | |
| Proceeds from issuance of long-term debt | 214,858 | 59,968 | — |
| Net change in short term debt | 949 | 6,189 | 37,004 |
| Repurchase of bonds | (14,929) | — | (5,306) |
| Principal payments on long-term debt | (46,786) | (37,557) | (16,528) |
| Proceeds from issuance of stock | 300 | 30,000 | — |
| Repurchase of common stock | — | — | (540) |
| Debt issuance cost | (4,317) | (3,104) | (561) |
| Other | (2,442) | (450) | — |
| Net cash provided by financing activities | 147,633 | 55,046 | 14,069 |
| Effects of exchange rate changes on cash | (7,643) | 4,153 | (6,061) |
| Changes in cash and cash equivalents | (5,882) | (15,445) | 70,644 |
| Cash and cash equivalents at beginning of year | 62,204 | 56,322 | 40,877 |
| Cash and cash equivalents at end of year | $ 56,322 | $ 40,877 | $ 111,521 |

The accompanying notes are an integral part of these consolidated financial statements.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(Dollar amounts in thousands except per share amounts)

### 1. Description of Business

*Description of business*

Cooper-Standard Holdings Inc. (the "Company"), through its wholly-owned subsidiary Cooper-Standard Automotive Inc., is a leading global manufacturer of body & chassis and fluid handling components, systems, subsystems and modules, primarily for use in passenger vehicles and light trucks for global original equipment manufacturers ("OEMs") and replacement markets. The Company conducts substantially all of its activities through its subsidiaries.

The Company is one of the largest global producers of body sealing systems, one of the two largest North American producers in the noise, vibration and harshness control ("NVH") business, and the second largest global producer of the types of fluid handling products that we manufacture. We design and manufacture our products in each major region of the world through a disciplined and consistent approach to engineering and production. The Company operates in 68 manufacturing locations and ten design, engineering, and administrative locations in 18 countries around the world.

### 2. Significant Accounting Policies

*Principles of combination and consolidation* – The consolidated financial statements include the accounts of the Company and the wholly owned and less than wholly owned subsidiaries controlled by the Company. All material intercompany accounts and transactions have been eliminated. Acquired businesses are included in the consolidated financial statements from the dates of acquisition.

The equity method of accounting is followed for investments in which the Company does not have control, but does have the ability to exercise significant influence over operating and financial policies. Generally this occurs when ownership is between 20 to 50 percent. The cost method is followed in those situations where the Company's ownership is less than 20 percent and the Company does not have the ability to exercise significant influence.

The Company's investment in Nishikawa Standard Company ("NISCO"), a 50 percent owned joint venture in the United States, is accounted for under the equity method. This investment totaled $13,472 and $11,905 at December 31, 2007 and 2008, respectively, and is included in other assets in the accompanying consolidated balance sheets.

The Company's investment in Guyoung Technology Co. Ltd ("Guyoung"), a 20 percent owned joint venture in Korea, is accounted for under the equity method. This investment totaled $5,632 and $1,179 at December 31, 2007 and 2008, respectively, and is included in other assets in the accompanying consolidated balance sheets. The fair value of Guyoung's stock has declined since the Company's 2006 acquisition and during 2008, the Company determined that the decline in fair value was other than temporary and an impairment of $2,669 was recorded in equity earnings in our consolidated statement of operations.

The Company's investment in Shanghai SAIC-Metzler Sealing Systems Co. Ltd., a 47.5 percent owned joint venture in China, is accounted for under the equity method. This investment totaled $17,240 and $20,166 at December 31, 2007 and 2008, respectively, and is included in other assets in the accompanying consolidated balance sheets.

*Foreign currency* – The financial statements of foreign subsidiaries are translated to U.S. dollars at the end-of-period exchange rates for assets and liabilities and a weighted average exchange rate for each period for revenues and expenses. Translation adjustments for those subsidiaries whose local currency is their functional currency are recorded as a component of accumulated other comprehensive income (loss) in stockholders' equity. Transaction related gains and losses arising from fluctuations in currency exchange rates on transactions denominated in currencies other that the functional currency are recognized in earnings as incurred, except for those intercompany balances which are designated as long-term.

*Cash and cash equivalents* – The Company considers highly liquid investments with an original maturity of three months or less to be cash equivalents.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

*Accounts receivable* – The Company records trade accounts receivable when revenue is recorded in accordance with its revenue recognition policy and relieves accounts receivable when payments are received from customers. Generally the Company does not require collateral for its accounts receivable.

*Allowance for doubtful accounts* – The allowance for doubtful accounts is established through charges to the provision for bad debts. The Company evaluates the adequacy of the allowance for doubtful accounts on a periodic basis. The evaluation includes historical trends in collections and write-offs, management's judgment of the probability of collecting accounts, and management's evaluation of business risk. This evaluation is inherently subjective, as it requires estimates that are susceptible to revision as more information becomes available. The allowance for doubtful accounts was $10,232 and $4,040 at December 31, 2007 and 2008, respectively.

*Advertising expense* – Expenses incurred for advertising are generally expensed when incurred. Advertising expense was $825 for 2006, $842 for 2007, and $1,080 for 2008.

*Inventories* – Inventories are valued at lower of cost or market. Cost is determined using the first-in, first-out method. Finished goods and work-in-process inventories include material, labor and manufacturing overhead costs. The Company records inventory reserves for inventory in excess of production and/or forecasted requirements and for obsolete inventory in production. As of December 31, 2007 and 2008, inventories are reflected net of reserves of $14,823 and $10,896, respectively.

*Derivative financial instruments* – Derivative financial instruments are utilized by the Company to reduce foreign currency exchange, interest rate, and commodity price risks. The Company has established policies and procedures for risk assessment and the approval, reporting, and monitoring of derivative financial instrument activities. On the date the derivative is established, the Company designates the derivative as either a fair value hedge, a cash flow hedge, or a net investment hedge in accordance with its established policy. The Company does not enter into financial instruments for trading or speculative purposes.

*Income taxes* – Income tax expense in the consolidated and combined statements of operations is calculated in accordance with SFAS No. 109, *Accounting for Income Taxes*, which requires the recognition of deferred income taxes using the liability method.

Deferred tax assets or liabilities are determined based on differences between financial reporting and tax bases of assets and liabilities and are measured using enacted tax laws and rates. A valuation allowance is provided on deferred tax assets if we determine that it is more likely than not that the asset will not be realized.

*Long-lived assets* – Property, plant, and equipment are recorded at cost and depreciated using primarily the straight-line method over their estimated useful lives. Leasehold improvements are amortized over the expected life of the asset or term of the lease, whichever is shorter. Intangibles with definite lives, which include technology, customer contracts, and customer relationships, are amortized over their estimated useful lives. The Company evaluates the recoverability of long-lived assets when events and circumstances indicate that the assets may be impaired and the undiscounted net cash flows estimated to be generated by those assets are less than their carrying value. If the net carrying value exceeds the fair value, an impairment loss exists and is calculated based on a discounted cash flow analysis or estimated salvage value. Discounted cash flows are estimated using internal budgets and assumptions regarding discount rates and other factors.

*Pre-Production Costs Related to Long Term Supply Arrangements* – Costs for molds, dies, and other tools owned by us to produce products under long-term supply arrangements are recorded at cost in property, plant, and equipment and amortized over the lesser of three years or the term of the related supply agreement. The amount capitalized was $8,796 and $10,896 at December 31, 2007 and 2008, respectively. Costs incurred during the engineering and design phase of customer-owned tooling projects are expensed as incurred unless a contractual arrangement for reimbursement by the customer exists. Reimbursable tooling costs included in other assets was $8,851 and $3,822 at December 31, 2007 and 2008, respectively. Development costs for tools owned by the customer that meet Emerging Issues Task Force (EITF) EITF 99-5

58

Table of Contents

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
(Dollar amounts in thousands except per share amounts)

requirement are recorded in accounts receivable in the accompanying combined balance sheets if considered a receivable in the next twelve months. At December 31, 2007 and 2008, $73,584 and $77,769, respectively, was included in accounts receivable for customer-owned tooling of which $38,960 and $32,768, respectively, was not yet invoiced to the customer.

*Goodwill* – Goodwill is not amortized but is tested annually for impairment by reporting unit which are determined in accordance with SFAS No. 142 "Goodwill and Other Intangible Assets". The Company utilizes an income approach to estimate the fair value of each of its reporting units. The income approach is based on projected debt-free cash flow which is discounted to the present value using discount factors that consider the timing and risk of cash flows. The Company believes that this approach is appropriate because it provides a fair value estimate based upon the reporting unit's expected long-term operating cash flow performance. This approach also mitigates the impact of cyclical trends that occur in the industry. Fair value is estimated using recent automotive industry and specific platform production volume projections, which are based on both third-party and internally-developed forecasts, as well as commercial, wage and benefit, inflation and discount rate assumptions. Other significant assumptions include the weighted average cost of capital, terminal value growth rate, terminal value margin rates, future capital expenditures and changes in future working capital requirements. While there are inherent uncertainties related to the assumptions used and to management's application of these assumptions to this analysis, the Company believes that the income approach provides a reasonable estimate of the fair value of its reporting units. The Company conducts its annual goodwill impairment analysis as of October 1st of each fiscal year.

*Revenue Recognition and Sales Commitments* – We generally enter into agreements with our customers to produce products at the beginning of a vehicle's life. Although such agreements do not generally provide for minimum quantities, once we enter into such agreements, fulfillment of our customers' purchasing requirements can be our obligation for an extended period or the entire production life of the vehicle. These agreements generally may be terminated by our customer at any time. Historically, terminations of these agreements have been minimal. In certain limited instances, we may be committed under existing agreements to supply products to our customers at selling prices which are not sufficient to cover the direct cost to produce such products. In such situations, we recognize losses as they are incurred.

We receive blanket purchase orders from many of our customers on an annual basis. Generally, such purchase orders and related documents set forth the annual terms, including pricing, related to a particular vehicle model. Such purchase orders generally do not specify quantities. We recognize revenue based on the pricing terms included in our annual purchase orders as our products are shipped to our customers. As part of certain agreements, we are asked to provide our customers with annual cost reductions. We accrue for such amounts as a reduction of revenue as our products are shipped to our customers. In addition, we generally have ongoing adjustments to our pricing arrangements with our customers based on the related content and cost of our products. Such pricing accruals are adjusted as they are settled with our customers.

Amounts billed to customers related to shipping and handling are included in net sales in our consolidated statements of operations. Shipping and handling costs are included in cost of sales in our consolidated statements of operations.

*Research and development* – Costs are charged to selling, administration and engineering expense as incurred and totaled, $74,791 for 2006, $77,183 for 2007, and $81,942 for 2008.

*Stock-based compensation* – Effective January 1, 2006, the Company adopted SFAS No. 123(R), *Share-Based Payment*, using the prospective method. The prospective method requires compensation cost to be recognized for all share-based payments granted after the effective date of SFAS No. 123 (R). All awards granted prior to the effective date are accounted for in accordance with Accounting Principles Board Opinion ("APB") No. 25, *Accounting for Stock Issued to Employees*.

*Use of estimates* – The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect reported amounts of (1) revenues and expenses during the reporting period and (2) assets and liabilities, as well as disclosure of contingent assets and liabilities, at the date of the financial statements. Actual results could differ from those estimates.

59

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

*Reclassifications* – Certain prior period amounts have been reclassified to conform to the current year presentation.

*Recent accounting pronouncements*

In March 2008, the Financial Accounting Standards Board ("FASB") issued Statement of Financial Accounting Standards ("SFAS") No. 161, "Disclosures About Derivative Instruments and Hedging Activities-an Amendment of FASB Statement No. 133". SFAS No. 161 requires entities that utilize derivative instruments to provide qualitative disclosures about their objectives and strategies for using such instruments, as well as any details of credit risk related contingent features contained within derivatives. SFAS No. 161 also requires entities to disclose additional information about the amounts and locations of derivatives located within the financial statements, how the provisions of SFAS No. 133 have been applied and the impact that hedges have on an entity's financial position, financial performance, and cash flows. SFAS No. 161 is effective for fiscal years and interim periods beginning after November 15, 2008, with early application encouraged. The Company is currently evaluating the impact this statement will have on its consolidated financial statements.

The FASB issued SFAS No. 141 (revised 2007), "Business Combinations." This statement significantly changes the financial accounting and reporting of business combination transactions. The provisions of this statement are to be applied prospectively to business combination transactions entered into by the Company on or after January 1, 2009.

The FASB issued SFAS No. 160, "Noncontrolling Interests in Consolidated Financial Statements – an amendment of ARB No. 51." SFAS No. 160 establishes accounting and reporting standards for noncontrolling interests in subsidiaries. This statement requires the reporting of all noncontrolling interests as a separate component of stockholders' equity, the reporting of consolidated net income (loss) as the amount attributable to both the parent and the noncontrolling interests and the separate disclosure of net income (loss) attributable to the parent and to the noncontrolling interests. In addition, this statement provides accounting and reporting guidance related to changes in noncontrolling ownership interests. Other than the reporting requirements described above which require retrospective application, the provisions of SFAS No. 160 are to be applied prospectively by the Company beginning January 1, 2009. The Company is currently evaluating the impact this statement will have on its consolidated financial statements.

In February 2007, the FASB issued SFAS No. 159 "The Fair Value Option for Financial Assets and Financial Liabilities, including an amendment to FASB Statement 115" This statement permits entities to choose to measure many financial instruments and certain other items at fair value that are not currently required to be measured at fair value. This statement also establishes presentation and disclosure requirements designed to facilitate comparisons between entities that choose different measurement attributes for similar types of assets and liabilities. SFAS No. 159 is effective for fiscal years beginning after November 15, 2007. The Company adopted this statement as of January 1, 2008, but it had no impact on its financial condition or results of operations as the Company did not elect to apply the fair value option.

In September 2006, the FASB issued SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106, and 132(R)". This statement requires recognition of the funded status of a company's defined benefit pension and postretirement benefit plans as an asset or liability on the balance sheet. Previously, under the provisions of SFAS No. 87, "Employers' Accounting for Pensions," and SFAS No. 106, "Employers' Accounting for Postretirement Benefits Other Than Pensions," the asset or liability recorded on the balance sheet reflected the funded status of the plan, net of certain unrecognized items that qualified for delayed income statement recognition. Under SFAS No. 158, these previously unrecognized items are to be recorded in accumulated other comprehensive income (loss) when the recognition provisions are adopted. The Company adopted the recognition provisions as of December 31, 2007, and the funded status of its defined benefit plans is reflected in its consolidated balance sheets as of December 31, 2007 and December 31, 2008.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

This statement also requires the measurement of defined benefit plan assets and liabilities as of the annual balance sheet date. Prior to adoption of this statement, the Company measured its plan assets and liabilities using an early measurement date of October 1st for the majority of its plans, as allowed by the original provisions of SFAS No. 87, "Employers' Accounting for Pensions," and SFAS No. 106 "Employers' Accounting for Postretirement Benefits Other Than Pensions," The measurement date provisions of SFAS No. 158 are effective for fiscal years ending after December 15, 2008. The Company adopted the measurement date provisions of SFAS No. 158 in 2008 using the fifteen month measurement approach, under which the Company recorded an adjustment to beginning retained earnings as of January 1, 2008 to recognize the net periodic benefit cost for the period October 1, 2007 through December 31, 2007. This adjustment represented a pro rata portion of the net periodic benefit cost determined for the period beginning October 1, 2007 and ending December 31, 2008.

In September 2006, the FASB issued SFAS No. 157, "Fair Value Measurements." SFAS No. 157 defines fair value, establishes a framework for measuring fair value in generally accepted accounting principles, and expands disclosures about fair value measurement. This statement applies under other accounting pronouncements that require or permit fair value measurements and does not require any new fair value measurements. SFAS No. 157 is effective for the fiscal year beginning after November 15, 2007. The Company adopted SFAS No. 157 as of January 1, 2008 except for non-financial assets and liabilities recognized or disclosed at fair value on a non-recurring basis, for which the effective date is fiscal years beginning after November 15, 2008. See Note 19, Fair Value of Financial Instruments for additional discussion of SFAS No. 157.

### 3. Acquisitions

On February 6, 2006, the Company completed the acquisition of the automotive fluid handling systems business of ITT Industries, Inc. ("FHS"). FHS, based in Auburn Hills, Michigan, was a leading manufacturer of steel and plastic tubing for fuel and brake lines and quick-connects, and operated 15 facilities in seven countries. FHS was acquired for $205,000, subject to an adjustment based on the difference between targeted working capital and working capital at the closing date, which was settled in September 2006. Additionally, the Company incurred direct acquisition costs, principally for investment banking, legal, and other professional services. After adjusting for working capital and additional acquisition costs, the total acquisition value under purchase accounting was $201,638. This acquisition was accounted for under the purchase method of accounting and the results of operations are included in our consolidated financial statements from the date of acquisition.

The acquisition of FHS was funded pursuant to an amendment to the Company's Senior Credit Facilities which established a Term Loan D facility, with a notional amount of $215,000. The Term Loan D facility was structured in two tranches, with $190,000 borrowed in US dollars and €20,725 borrowed in Euros, to take into consideration the value of the European assets acquired in the transaction. The Company incurred approximately $4,800 of issuance costs associated with these borrowings, primarily for loan arrangement and syndication services, which are included in other assets on the consolidated balance sheet. The amendment to the Senior Credit Facilities provides for interest on Term Loan D borrowings at a rate equal to an applicable margin plus a base rate established by reference to various market-based rates and amends the interest rate margins previously applicable to Term Loan B and Term Loan C borrowings to mirror those applicable to Term Loan D borrowings, which were market levels at the time the facility closed. The amendment also includes modifications to certain covenants under the Senior Credit Facilities, although the covenant threshold levels remain unchanged.

In November 2006, the Company increased its ownership position in Cooper-Standard Automotive Korea Inc. from 90% to 100 % for $1,516 in cash.

In December 2006, the Company acquired additional ownership interest in Cooper Saiyang Wuhu Automotive Co., Ltd., a joint venture with Saiyang Sealing in Wuhu, China, for $2,200 in cash, increasing its ownership interest from 74.2% to 88.7%.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

On August 31, 2007 the Company completed the acquisition of nine Metzeler Automotive Profile Systems sealing systems operations in Germany, Italy, Poland, Belarus, Belgium, and a joint venture interest in China ("MAPS" or the "MAPS businesses"), from Automotive Sealing Systems S.A. The MAPS businesses were acquired for $143,063 subject to an adjustment based on the difference between targeted working capital and working capital at the closing date, which was settled in June 2008. After adjusting for working capital and direct acquisition costs, the total acquisition value under purchase accounting was $144,378.

The condensed consolidated financial statements of the Company reflect the acquisition under the purchase method of accounting, in accordance with SFAS No. 141.

The acquisition of the MAPS businesses was funded in part by borrowings under the Company's Credit Agreement, which was amended to provide for such borrowings as discussed in Note 8, Debt. The Company borrowed €44,000 and combined this borrowing with EUR amounts outstanding under Term Loan D to create a new Term Loan E. In addition, the Company borrowed USD $10,000 under the primary Revolving Credit Agreement and €15,000 under the dual-currency sub limit of the Revolver, borrowed directly by Cooper-Standard International Holdings BV. The Company also received an aggregate of $30,000 in equity contributions from its principal shareholders, affiliates of GS Capital Partners 2000, L.P., which contributed a total of $15,000, and affiliates of The Cypress Group L.L.C., which also contributed a total of $15,000. The remainder of the funding necessary for the acquisition came from available cash on hand.

The acquisition of the MAPS businesses were accounted for as a purchase business combination and accordingly, the assets purchased and liabilities assumed were included in the Company's consolidated balance sheet as of December 31, 2008. The operating results of the MAPS businesses were included in the consolidated results of operations from the date of acquisition. The following summarizes the allocation of the purchase price to the estimated fair values of the assets acquired and liabilities assumed at the date of acquisition.

| | |
|---|---:|
| Cash and cash equivalents | $ 10,237 |
| Accounts receivable, net | 118,216 |
| Inventories, net | 33,415 |
| Prepaid expenses | 7,995 |
| Property, plant, and equipment, net | 126,058 |
| Investments | 16,531 |
| Other assets | 32,874 |
| Total assets acquired | 345,326 |
| Accounts payable | 66,211 |
| Short-term notes payable | 22,039 |
| Payroll liabilities | 28,806 |
| Accrued liabilities | 14,821 |
| Long-term debt | 14,556 |
| Pension benefits | 37,839 |
| Other long-term liabilities | 16,676 |
| Total liabilities assumed | 200,948 |
| Net assets acquired | $144,378 |

Cash and cash equivalents, accounts receivable, other current assets, accounts payable, and other current liabilities were stated at historical carrying values which management believes approximates fair value given the short-term nature of these assets and liabilities. Inventories were recorded at fair value which is

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

estimated for finished goods and work-in-process based upon the expected selling price less costs to complete, selling and disposal costs, and a normal profit to the buyer. Raw material inventory was recorded at carrying value as such value approximates the replacement cost. Tooling in process, which is included in other assets, was recorded at fair value which is based upon expected selling price less costs to complete. The Company's pension obligations have been recorded in the allocation of purchase price at the projected benefit obligation. Deferred income taxes have been provided in the consolidated balance sheet based on the Company's estimates of the tax versus book basis of the assets acquired and liabilities assumed, adjusted to estimated fair values. Management has estimated the fair value of property, plant, and equipment, intangibles and other long-lived assets based upon financial estimates and projections prepared in conjunction with the transaction. The value assigned to all assets and liabilities assumed exceeded the acquisition price. Accordingly, an adjustment to reduce the value of long-lived assets was recorded in accordance with SFAS No. 141 and no goodwill was recorded related to this transaction as of December 31, 2008.

The following unaudited pro forma financial data summarizes the results of operations for the year ended December 31, 2007, as if the MAPS acquisition had occurred as of January 1, 2007. Pro forma adjustments include liquidation of inventory fair value write-up as it had occurred during the reporting periods, depreciation and amortization to reflect the fair value of property, plant, and equipment and identified finite-lived intangible assets, the elimination of the amortization of unrecognized pension benefit losses, additional interest expense to reflect the Company's new capital structure, and certain corresponding adjustments to income tax expense. These unaudited pro forma amounts are not necessarily indicative of the results that would have been attained if the acquisition had occurred at January 1, 2007, or that may be attained in the future and do not include other effects of the acquisition.

|  | 2006 | 2007 |
|---|---|---|
| Sales | $2,578,636 | $2,807,972 |
| Operating profit (loss) | 80,809 | (6,709) |
| Net loss | (9,757) | (142,325) |

In March of 2007, the Company completed the acquisition of the El Jarudo fuel rail manufacturing business of Automotive Components Holdings, LLC ("El Jarudo" or the "El Jarudo business"). The business is located in Juarez, Mexico and is a producer of automotive fuel rails. This acquisition does not meet the thresholds for a significant acquisition and therefore no pro forma financial information is presented.

In December of 2007, the Company completed the acquisition of the 74% joint venture interest of Automotive Sealing Systems, S.A. (ASSSA) in Metzeler Automotive Profiles India Private Limited ("MAP India"). The remaining 26 percent in the joint venture is owned by Toyoda Gosei Co., Ltd. This acquisition does not meet the thresholds for a significant acquisition and therefore no pro forma financial information is presented.

### 4. Restructuring

*2005 Initiatives*

In 2005, the Company implemented a restructuring strategy and announced the closure of two manufacturing facilities in the United States and the decision to exit certain businesses within and outside the U.S. Both of the closures are substantially complete as of December 31, 2008, but the Company will continue to incur costs until the facilities are sold.

During the year ended December 31, 2008, the Company recorded total costs of $3,795 related to the previously announced U.S. closures and workforce reductions in Europe. These costs consisted of severance, asset impairment, and other exit costs of $295, $2,063 and $1,437, respectively. In addition the Company received $165 for assets that were previously written off. The initiative is substantially complete as of December 31, 2008 at an estimated total cost of approximately $27,000. The following table summarizes the activity for this initiative during the year ended December 31, 2008:

|  | Employee Separation Costs | Other Exit Costs | Asset Impairments | Total |
|---|---|---|---|---|
| Balance at January 1, 2008 | $ 775 | $ 542 | $ — | $ 1,317 |
| Expense incurred | 295 | 1,437 | 2,063 | 3,795 |
| Cash payments | (997) | (1,729) | 165 | (2,561) |
| Utilization of reserve | — | — | (2,228) | (2,228) |
| Balance at December 31, 2008 | $ 73 | $ 250 | $ — | $ 323 |

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

*2006 Initiatives*

In May 2006, the Company implemented a restructuring action and announced the closure of a manufacturing facility located in Canada and the transfer of related production to other facilities in North America. The closure was completed as of December 31, 2008 at a total cost of $3,809. During the year ended December 31, 2008, the Company reversed $9 of severance costs.

*European Initiatives*

In 2006, the Company implemented a European restructuring initiative, which addressed the operations of our non-strategic facilities. The initiative includes the closure of a manufacturing facility, terminations, and the transfer of production to other facilities in Europe and North America. The initiative is substantially complete as of December 31, 2008 at an estimated total cost of approximately $22,000 ($20,085 incurred in 2006 and 2007). The Company recorded severance, other exit costs and asset impairments of $1,076, $619 and $127, respectively, during the year ended December 31, 2008. The following table summarizes the activity for this initiative during the year ended December 31, 2008:

| | Employee Separation Costs | Other Exit Costs | Asset Impairments | Total |
|---|---|---|---|---|
| Balance at January 1, 2008 | $ 1,442 | $ — | $ — | $ 1,442 |
| Expense incurred | 1,076 | 619 | 127 | 1,822 |
| Cash payments | (1,776) | (619) | — | (2,395) |
| Utilization of reserve | — | — | (127) | (127) |
| Balance at December 31, 2008 | $ 742 | $ — | $ — | $ 742 |

*FHS Acquisition Initiatives*

In connection with the acquisition of the automotive fluid handling systems business of ITT Industries, Inc. ("FHS"), the Company formalized a restructuring plan to address the redundant positions created by the consolidation of the businesses. In connection with this restructuring plan, the Company announced the closure of several manufacturing facilities located in North America, Europe, and Asia and the transfer of related production to other facilities. The closures are substantially complete as of December 31, 2008 at an estimated total cost of approximately $20,200, including costs recorded through purchase accounting. As a result of this initiative, the Company recorded certain severance and other exit costs of $11,833 and $720, respectively, through purchase accounting in 2006. The Company recorded severance, other exit costs and asset impairments of $843, $2,258, and $613, respectively during the year ended December 31, 2008. The Company also reversed $2,117 of severance costs that were recorded through purchase accounting in 2006. The following table summarizes the activity for this initiative during the year ended December 31, 2008:

| | Employee Separation Costs | Other Exit Costs | Asset Impairments | Total |
|---|---|---|---|---|
| Balance at January 1, 2008 | $ 6,450 | $ 4,210 | $ — | $ 10,660 |
| Expense incurred | 843 | 2,258 | 613 | 3,714 |
| Cash payments and accrual reversals | (5,998) | (5,978) | — | (11,976) |
| Utilization of reserve | — | — | (613) | (613) |
| Balance at December 31, 2008 | $ 1,295 | $ 490 | $ — | $ 1,785 |

64

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

*2007 Initiatives*

In May 2007, the Company implemented a restructuring action and announced the closure of a manufacturing facility located in Mexico and the transfer of related production to other facilities in North America. The closure was substantially completed in 2007. The estimated total cost of this closure is approximately $3,400. The Company will continue to incur costs until the facility is sold. During the year ended December 31, 2008 the Company recognized other exit costs and asset impairments of $466 and $1,883, respectively, related to this initiative. During the year ended December 31, 2008, the Company reversed $5 of severance costs.

*2008 Initiatives*

In July 2008, the Company implemented a restructuring action and announced the closure of two manufacturing facilities, one located in Australia and the other located in Germany. Both closures are a result of changes in market demands and volume reductions and are expected to be completed in 2009. The estimated total cost of this initiative is approximately $18,500. The Company recorded severance, other exit costs and asset impairments of $14,455, $149 and $3,282, respectively, during the year ended December 31, 2008. The following table summarizes the activity for this initiative during the year ended December 31, 2008:

| | Employee Separation Costs | Other Exit Costs | Asset Impairments | Total |
|---|---|---|---|---|
| Balance at January 1, 2008 | $ — | $ — | $ — | $ — |
| Expense incurred | 14,455 | 149 | 3,282 | 17,886 |
| Cash payments | (995) | (149) | — | (1,144) |
| Utilization of reserve | — | — | (3,282) | (3,282) |
| Balance at December 31, 2008 | $ 13,460 | $ — | $ — | $13,460 |

*Initial Global Reorganization Initiative*

During 2008, the Company commenced the initial phase of a global reorganization in North America and Europe. In connection with this phase, the Company reduced its work force. The estimated total cost of this initial phase is approximately $7,670. During the year ended December 31, 2008, the Company recorded severance costs of $7,670 associated with this initiative. The following table summarizes the activity for this initiative during the year ended December 31, 2008:

| | Employee Separation Costs | Other Exit Costs | Asset Impairments | Total |
|---|---|---|---|---|
| Balance at January 1, 2008 | $ — | $ — | $ — | $ — |
| Expense incurred | 7,670 | — | — | 7,670 |
| Cash payments | (3,741) | — | — | (3,741) |
| Utilization of reserve | — | — | — | — |
| Balance at December 31, 2008 | $ 3,929 | $ — | $ — | $ 3,929 |

65

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

In 2008, the Company initiated the closing of a European facility and the idling of a Canadian facility. During the year ended December 31, 2008, the Company recorded other exit costs and asset impairments of $182 and $896, respectively.

## 5. Inventories

Inventories are comprised of the following:

|  | December 31, 2007 | December 31, 2008 |
|---|---|---|
| Finished goods | $ 50,679 | $ 35,069 |
| Work in process | 32,665 | 26,520 |
| Raw materials and supplies | 71,977 | 55,363 |
|  | $ 155,321 | $ 116,952 |

In connection with the MAPS acquisition, a $2,455 fair value write-up was recorded to inventory at the date of the acquisition. Such inventory was liquidated as of December 31, 2007 and recorded as an increase to cost of products sold.

In connection with the acquisition of FHS a $2,136 fair value write-up was recorded to inventory at the date of the acquisition. Such inventory was liquidated as of March 31, 2006 and recorded as an increase to cost of products sold.

## 6. Property, Plant, and Equipment

Property, plant, and equipment is comprised of the following:

|  | December 31, 2007 | December 31, 2008 | Estimated Useful Lives |
|---|---|---|---|
| Land and improvements | $ 93,928 | $ 78,548 |  |
| Buildings and improvements | 252,026 | 229,384 | 15 to 40 years |
| Machinery and equipment | 631,555 | 640,350 | 5 to 14 years |
| Construction in Progress | 60,279 | 48,123 |  |
|  | 1,037,788 | 996,405 |  |
| Accumulated depreciation | (315,415) | (372,418) |  |
| Property, plant and equipment, net | $ 722,373 | $ 623,987 |  |

66

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

During 2008 it was determined that fixed assets at two of the Company's locations were impaired. As a result of this impairment, Property, Plant and Equipment was reduced by $6,408 during 2008.

Depreciation expense totaled $107,408 for 2006, $104,199 for 2007, and $109,109 for 2008, respectively.

### 7. Goodwill and Intangibles

The changes in the carrying amount of goodwill by reportable operating segment for the years ended December 31, 2007 and 2008 are summarized as follows:

| | Body & Chassis | Fluid | Asia Pacific | Total |
|---|---|---|---|---|
| Balance at January 1, 2007 | $ 152,324 | $ 281,891 | $ 1,421 | $ 435,636 |
| Adjustments to the Acquisition of FHS | — | (670) | — | (670) |
| Acquisition of El Jarudo | — | 457 | — | 457 |
| Impairment charge | — | (142,925) | — | (142,925) |
| Other | 1,512 | (3,422) | — | (1,910) |
| Balance at December 31, 2007 | $ 153,836 | $ 135,331 | $ 1,421 | $ 290,588 |
| Adjustments to the Acquisition of El Jarudo | — | (379) | — | (379) |
| Purchase price adjustments pre-acquisition | (15,170) | (6,937) | — | (22,107) |
| Impairment charge | (1,251) | (21,890) | — | (23,141) |
| Balance at December 31, 2008 | $ 137,415 | $ 106,125 | $ 1,421 | $ 244,961 |

The pre-acquisition purchase price adjustments for the period ended December 31, 2008 represent adjustments related to various tax matters and were recorded in accordance with EITF Issue No. 93-7 "Uncertainties Related to Income taxes in a Purchase Business Combination" and restructuring accrual reversals related to the FHS acquisition.

During the fourth quarter of 2008, the Company recorded an impairment charge of $21,890 in our International Fluid reporting unit of our Global Fluid segment and an impairment charge of $1,251 in our Body & Chassis International reporting unit of our Global Body & Chassis segment. These charges are a result of a weakening global economy, a global decline in vehicle production volumes and changes in product mix.

During the fourth quarter of 2007, the Company recorded an impairment charge of $142,925 in our North America Fluid reporting unit of our Global Fluid segment. This charge was a result of lower production volumes in key North America platforms, changes in the production mix, higher raw material costs and customer price concessions.

67

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The following table presents intangible assets, which are amortized on a straight line basis, and accumulated amortization balances of the Company as of December 31, 2007 and 2008, respectively:

| | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Amortization Period |
|---|---|---|---|---|
| Customer contracts | $157,897 | $ (59,100) | $ 98,797 | 7 to 9 years |
| Customer relationships | 171,291 | (25,484) | 145,807 | 15 to 20 years |
| Developed technology | 14,466 | (4,603) | 9,863 | 5 to 12 years |
| Trademarks and tradenames | 1,700 | (199) | 1,501 | 12 to 20 years |
| Other | 2,755 | (2,465) | 290 | |
| Balance at December 31, 2007 | $348,109 | $ (91,851) | $256,258 | |
| Customer contracts | $156,039 | $ (78,100) | $ 77,939 | 7 to 9 years |
| Customer relationships | 169,105 | (33,669) | 135,436 | 15 to 20 years |
| Developed technology | 6,421 | (2,204) | 4,217 | 5 to 12 years |
| Trademarks and tradenames | 1,700 | (306) | 1,394 | 12 to 20 years |
| Other | 11,358 | (2,891) | 8,467 | |
| Balance at December 31, 2008 | $344,623 | $ (117,170) | $227,453 | |

During the fourth quarter of 2008 the Company recorded intangible impairment charges of $2,253 and $1,567 related to Fluid and Body & Chassis technology, respectively. Based on a discounted cash flow analysis it was determined that these intangible assets exceeded their fair value and impairment charges were recorded.

During the fourth quarter of 2007 the Company recorded intangible impairment charges of $3,441 related to Fluid Developed technology and Tradenames. Based on a discounted cash flow analysis it was determined that these intangible assets exceeded their fair value and an impairment charge was recorded.

Amortization expense totaled $31,025 for 2006, $31,850 for 2007, and $30,996 for 2008. Estimated amortization expense will total approximately $31,000 over each of the next five years.

68

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

**8. Debt**

Outstanding debt consisted of the following at December 31, 2007 and 2008:

|  | December 31, 2007 | December 31, 2008 |
|---|---|---|
| Senior Notes | $ 200,000 | $ 200,000 |
| Senior Subordinated Notes | 330,500 | 323,350 |
| Term Loan A | 40,062 | 25,036 |
| Term Loan B | 67,033 | 66,365 |
| Term Loan C | 167,531 | 165,805 |
| Term Loan D | 186,200 | 184,300 |
| Term Loan E | 93,508 | 88,458 |
| Revolving Credit Facility | — | 60,933 |
| Capital leases and other borrowings | 55,327 | 29,848 |
| Total debt | 1,140,161 | 1,144,095 |
| Less: debt payable within one year | (51,999) | (94,136) |
| Total long-term debt | $ 1,088,162 | $ 1,049,959 |

In connection with the 2004 Acquisition, Cooper-Standard Automotive Inc. issued Senior Notes and Senior Subordinated Notes in a private offering and entered into new Senior Credit Facilities. The Senior Notes and Senior Subordinated Notes bear interest at rates of 7.0% and 8.375%, respectively, and mature on December 15, 2012 and 2014, respectively. Interest is payable semi-annually on June 15 and December 15. Cooper-Standard Holdings Inc. has fully and unconditionally guaranteed the Senior Notes and Senior Subordinated Notes. The Senior Notes are guaranteed on a senior unsecured basis and the Senior Subordinated Notes are guaranteed on a senior subordinated basis, by substantially all existing and future wholly-owned domestic subsidiaries. From and after December 15, 2008, the Company has the option to redeem some or all of the Senior Notes at premiums beginning at 103.5% and declining each year to face value for redemptions taking place after December 15, 2010. Prior to December 15, 2009, the Company has the option to redeem some or all of the Senior Subordinated Notes subject to a formula as defined in the applicable agreements. After December 15, 2009, the Company has the option to redeem some or all of the Senior Subordinated Notes at premiums that begin at 104.2% and decline each year to face value for redemptions taking place after December 15, 2012.

During the first quarter of 2008, the Company purchased and retired $7,150 of its $330,500 outstanding Senior Subordinated Notes on the open market. The purchase was accounted for as an extinguishment of debt and, accordingly, $1,696 was recognized as a gain on debt extinguishment, after writing off the related unamortized debt issuance costs. The gain is included in other income (expense) in the consolidated statement of operations.

The Senior Credit Facilities consist of a revolving credit facility and various senior term loan facilities with maturities in 2010 and 2011, including Term Loan B, which is a U.S. dollar-denominated obligation of our Canadian subsidiary. The revolving credit facility provides for borrowings up to $125,000 including the availability of letters of credit, a portion of which is also available in Canadian dollars and bears interest at a rate equal to an applicable margin plus, at the Company's option, either (a) a base rate determined by reference to the higher of (1) the prime rate or (2) the federal funds rate plus 0.5% or (b) LIBOR rate determined by reference to the costs of funds for deposits in the applicable currency for the interest period relevant to such borrowing adjusted for certain additional costs. Interest is generally due quarterly in arrears and is also due upon the expiration of any particular loan. Interest rates under the Senior Credit Facilities averaged 7.5% during 2008. We are also required to pay a commitment fee in respect of the undrawn portion of the revolving commitments at a rate equal to 0.5% per annum and customary letter of credit fees.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

Lehman Commercial Paper, Inc. (LCPI) had a $10,000 commitment to the Company as part of our $125,000 revolving credit facility. LCPI recently filed for bankruptcy protection and the revolver availability was effectively reduced by their position, therefore the revolving credit facility currently provides for borrowings up to $115,000. The Company is seeking to have this commitment replaced by another financial institution.

The Company had $60,933 of outstanding borrowings and $24,003 of standby letters of credit outstanding under the Revolving Credit Facility as of December 31, 2008, leaving $30,064 of undrawn availability, the majority of which was drawn during the first quarter of 2009. If the Company is successful in replacing the LCPI commitment the undrawn availability would increase by $10,000.

The term loans amortize quarterly subject to certain formulae contained in the agreements. The Senior Credit Facilities are unconditionally guaranteed on a senior secured basis by the Company and, subject to certain exceptions, substantially all existing and future domestic subsidiaries of the Company and the Company's Canadian subsidiaries in the case of Term Loans A and B and Canadian dollar borrowings under the revolving credit facility. In addition, all obligations under the Senior Credit Facilities and the guarantees of those obligations are secured by substantially all the assets of the Company, subject to certain exceptions.

The Senior Credit Facilities and Senior Notes and Senior Subordinated Notes contain covenants that, among other things, restrict, subject to certain exceptions, the ability to sell assets, incur additional indebtedness, repay other indebtedness (including the Senior Notes and Senior Subordinated Notes), pay certain dividends and distributions or repurchase capital stock, create liens on assets, make investments, loans or advances, make certain acquisitions, engage in mergers or consolidations, enter into sale and leaseback transactions, or engage in certain transactions with affiliates. In addition, the Senior Credit Facilities contain the following financial covenants: a maximum senior secured leverage ratio, and a maximum capital expenditures limitation and require certain prepayments from excess cash flows, as defined and in connection with certain asset sales and the incurrence of debt not permitted under the Senior Credit Facilities for periods commencing December 31, 2008. As of December 31, 2007 and 2008, the Company was in compliance with all of its financial covenants.

As discussed in part 1, Item 1A "Risk Factors", there are several risks and uncertainties related to the global economy and our industry that could materially impact our liquidity. Among potential outcomes, these risks and uncertainties could result in decreased operating results, limited access to credit and failure to comply with debt covenants.

During the second half of 2008, vehicle production volumes decreased significantly resulting in a decline in sales, operating income and EBITDA. This decline in operating results reduced cushion that existed within our restrictive financial covenants and increased the risk of a future debt covenant violation. As previously noted the future compliance of debt covenants will be dependent upon, amongst other matters, future vehicle production and our ability to implement the costs savings initiatives announced during the second half of 2008 and the first quarter of 2009.

Our current revenue forecast for 2009 is determined from specific platform volume projections consistent with a North American and European light vehicle production estimate of 9,275 units and 16,700 units, respectively. Changes to the total level of light vehicle production levels could have a negative impact on our future sales, liquidity, results of operations and ability to comply with debt covenants. We have taken significant actions during the second half of 2008 and first quarter of 2009 to reduce our cost base and improve profitability. Based on our current 2009 operating forecast and the impact of our cost reductions on our 2009 forecasted debt covenant calculation, we expect to comply with all debt covenants during 2009. While we believe the vehicle production and other assumptions within our forecast are reasonable, we have also considered the possibility of even weaker demand based primarily on a further decline in North

Table of Contents

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
(Dollar amounts in thousands except per share amounts)

American light vehicle production (to approximately 8 million units). In addition to the potential impact of light vehicle production changes on our sales, achieving our EBITDA forecast and 2009 debt covenant thresholds are dependent upon a number of other external and internal factors such as changes in raw material costs, changes in foreign currency rates, our ability to execute our cost savings initiatives, and our ability to implement and achieve the savings expected by the change in operating structure.

We have also considered the potential consequences of a bankruptcy filing of one of our major North American customers and believe that a bankruptcy filing would not materially impact our 2009 forecast and our ability to meet 2009 debt covenants. In the event of a bankruptcy filing, we believe it is likely that most of our programs would be continued and any reduction in program volume of a bankrupt customer would be replaced with volume from other existing customers. As such, we expect the adverse effects of these bankruptcies would be limited principally to recovering less than the full amount of the outstanding receivables. We believe that a loss or expenses incurred as a result of a customer bankruptcy would be treated as an adjustment for our 2009 debt covenants and do not believe the trade receivable exposure would have a significant impact on our 2009 liquidity.

While we are confident of our ability to achieve the plan, there can be no assurance we will be successful. There are a number of factors that could potentially arise that could result in a violation of our debt covenants. Non-compliance with covenants would provide our lenders the ability to demand immediate repayment of all outstanding borrowings under the Term Facility and the Revolving Facility. We would not have sufficient cash on hand to satisfy this demand. Accordingly, the inability to comply with covenants, obtain waivers for non-compliance, cure a potential violation with the support of our shareholders, or obtain alternative financing would have a material adverse effect on our financial position, results of operations and cash flows. In the event we were unable to meet our debt requirements, however, we believe we would be able to cure the violation utilizing the equity cure right provision of our primary credit facility, obtain a waiver or amend the covenants. Executing the equity cure right provision is contingent upon our shareholders. Obtaining waivers or amendments would likely result in a significant incremental cost. Although we cannot provide assurance that we would be successful in obtaining the necessary waivers or in amending the covenants, we were able to do so in previous years and are confident that we would be able to do so in 2009, if necessary.

Based on our current forecast and our assessment of reasonably possible scenarios, including the more pessimistic scenarios related to production volumes described above, we do not believe that there is substantial doubt about our ability to continue as a going concern in 2009.

The Company along with its joint venture partner, Nishikawa Rubber Company, has provided a guarantee of a portion of the bank loans of its NISCO joint venture. On July 1, 2003, the joint venture entered into an additional bank loan with the joint venture partners each guaranteeing an equal portion of the amount borrowed. Proceeds from the loan were used primarily to make distributions to the joint venture partners. As of December 31, 2007 and 2008, the Company has no liability related to the guarantee of this debt. The Company's maximum exposure under the two guarantee arrangements at both December 31, 2007 and 2008 was approximately $500 and $0, respectively.

The Company uses a global cash management vehicle to pool excess cash from domestic and foreign subsidiaries and present on a net basis as cash on the balance sheets of such subsidiaries. At December 31, 2007 and 2008, the Company's net cash balances under this arrangement were $235 and $1,813, respectively. Other borrowings at December 31, 2007 and 2008 reflect borrowings under capital leases and local bank lines, including $35,513 and $11,809 of short-term notes payable, respectively, classified in debt payable within one year on the consolidated balance sheet.

On July 26, 2007, the Company entered into a Second Amendment to the Credit Agreement (the "Second Amendment"). The Second Amendment permitted the MAPS acquisition and allowed the Company to borrow up to €65,000 through an incremental term loan under the Credit Agreement (as amended) to provide a portion of the funding necessary for the MAPS acquisition and to pay related fees and expenses.

71

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The Second Amendment also expanded the dual currency borrowing sub limit under the Revolving Credit Agreement to $35,000 and added Cooper-Standard International Holdings BV as a permitted borrower under this sub limit. The Second Amendment includes other changes which increase the Company's financial and operating flexibility, including amended financial covenants, expanded debt and investment baskets, and the ability to include the results of our non-consolidated joint ventures in the covenant calculations, among other things.

To finance part of the MAPS acquisition the Company borrowed €44,000 under the Second Amendment. This borrowing was combined with the Euro tranche of the Term Loan D to create Term Loan E and as of December 31, 2008 had an outstanding balance of €63,443. The Company also borrowed $10,000 under the Primary Revolving Credit Agreement, which was repaid in its entirety by September 30, 2007. In addition the Company borrowed €15,000 under the dual-currency sub limit of the revolver, all of which was repaid in its entirety by December 31, 2007.

During the year ended December 31, 2007, the Company made voluntary prepayments totaling $15,000 on the Term Loan B facility and $7,000 on the Term Loan C facility.

On April 17, 2008, the Company finalized an amendment to a factoring agreement existing between MAPS Italy and an Italian factoring company. The amendment changed certain terms and conditions within the agreement, which allows certain factored receivables to be treated as true sales. Receivables factored under this arrangement are not included in the Company's consolidated accounts receivable and debt totals. At December 31, 2007, prior to the amendment of the factoring arrangement, MAPS Italy had outstanding factored receivables of approximately $23,500 equivalent included in capital leases and other borrowings in the table above.

The maturities of debt at December 31, 2008 are as follows and include the estimated amortization of the term loans:

| | |
|---|---:|
| 2009 | $   94,136 |
| 2010 | 32,073 |
| 2011 | 494,536 |
| 2012 | 200,000 |
| 2013 | — |
| Thereafter | 323,350 |
| | $1,144,095 |

Interest paid on third party debt was $89,694, $91,764 and $95,419 for 2006, 2007, and 2008, respectively.

On December 18, 2008, the Company entered into a Third Amendment to the Credit Agreement (the "Third Amendment"). The Third Amendment provides that the Company and/or its Canadian subsidiary may voluntarily prepay up to a maximum of $150,000 of one or more tranches of its term loan debt under the Credit Agreement held by participating lenders at a discount price to par to be determined pursuant to certain auction procedures. The prepayments may be financed with cash of the Company and its Subsidiaries if they meet, on a consolidated basis, certain conditions set forth in the Third Amendment including a $125,000 minimum liquidity requirement (which amount includes cash and cash equivalents and any amounts available to be drawn under the Credit Agreement's revolving credit facility). Such prepayments may not be made from the proceeds of loans drawn under the Credit Agreement's revolving credit facility. The prepayments may also be financed with the proceeds of certain equity contributions from holders of equity of the Company. Under the terms of the Third Amendment, any such prepayments will reduce the amount of term loans outstanding and payable in indirect order of maturity.

### 9. Pensions

The Company maintains defined benefit pension plans covering substantially all employees located in the United States. Benefits generally are based on compensation, length of service and age for salaried employees and on length of service for hourly employees. The Company's policy is to fund pension plans such that sufficient assets will be available to meet future benefit requirements. Independent actuaries are

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

engaged by the Company to assist in the determination of pension costs for each subsidiary of the Company. The Company also sponsors defined benefit pension plans for employees in some of its international locations.

The Company also sponsors defined contribution pension plans for certain salaried and hourly U.S. employees of the Company. Participation is voluntary. The Company matches contributions of participants, up to various limits based on its profitability, in substantially all plans. Matching contributions under these plans totaled $2,151 in 2006, $3,872 in 2007, and $2,549 in 2008.

The following tables disclose information related to the Company's defined benefit pension plans.

| | 2007 | | 2008 | |
|---|---|---|---|---|
| | U.S. | Non-U.S. | U.S. | Non-U.S. |
| Change in projected benefit obligation: | | | | |
| Projected benefit obligations at beginning of period | $256,945 | $100,586 | $255,959 | $142,742 |
| Measurement change service and interest cost | — | — | 6,393 | 1,046 |
| Service cost - employer | 12,029 | 5,500 | 10,131 | 3,439 |
| Participant contributions | — | 39 | — | 35 |
| Interest cost | 14,390 | 5,778 | 15,516 | 7,634 |
| Actuarial (gain) loss | (8,651) | (11,910) | 3,965 | (18,968) |
| Amendments | — | — | 66 | — |
| Benefits paid | (19,412) | (6,679) | (19,767) | (9,384) |
| Foreign currency exchange rate effect | — | 13,489 | — | (14,144) |
| Curtailment/Settlements | — | (5,209) | (20,472) | (305) |
| Acquisitions of MAPS & El Jarudo | — | 41,313 | — | 410 |
| Other | 658 | (165) | — | 979 |
| Projected benefit obligations at end of period | $255,959 | $142,742 | $251,791 | $113,484 |
| Change in plans' assets: | | | | |
| Fair value of plans' assets at beginning of period | $202,407 | $ 48,760 | $225,006 | $ 62,318 |
| Actual return on plans' assets | 25,894 | 4,669 | (59,701) | (10,552) |
| Employer contributions | 16,117 | 7,997 | 17,107 | 9,340 |
| Participant contributions | — | 39 | — | 35 |
| Benefits paid | (19,412) | (6,679) | (19,767) | (9,384) |
| Foreign currency exchange rate effect | — | 7,377 | — | (11,208) |
| Other | — | 155 | — | 573 |
| Fair value of plans' assets at end of period | $225,006 | $ 62,318 | $162,645 | $ 41,122 |
| Funded status of the plans | $(30,954) | $(80,424) | $(89,146) | $(72,362) |
| Amounts recognized in the balance sheets: | | | | |
| Accrued liabilities (current) | $ (260) | $ (5,436) | $ (210) | $ (4,897) |
| Pension benefits (long term) | (30,694) | (78,407) | (88,936) | (72,689) |
| Other assets | — | 3,419 | — | 5,224 |
| Net amount recognized at December 31 | $(30,954) | $(80,424) | $(89,146) | $(72,362) |

Included in cumulative other comprehensive loss at December 31, 2008 are the following amounts that have not yet been recognized in net periodic benefit cost: unrecognized prior service costs of $2,116 ($1,969 net of taxes), unrecognized actuarial losses of $65,489 ($63,366 net of tax) and net transition obligation of $240 ($173 net of tax). The amounts included in cumulative other comprehensive loss and expected to be recognized in net periodic benefit cost during the fiscal year-ended December 31, 2009 are $317, $3,621 and $15, respectively.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The accumulated benefit obligation for all domestic and international defined benefit pension plans was $232,773 and $137,127 at December 31, 2007 and $249,478 and $108,251 at December 31, 2008, respectively. As of December 31, 2007, the fair value of plan assets for two of the Company's defined benefit plans exceeded the projected benefit obligation of $46,882 by $3,419. As of December 31, 2008, the fair value of plan assets for two of the Company's defined benefit plans exceeded the projected benefit obligation of $27,588 by $5,224.

During 2007, the Company froze the defined benefits for two international plans which resulted in a curtailment gain that reduced the projected benefit obligation and net periodic benefit cost for 2007.

During 2008, the Company froze the defined benefits for the US Salaried Plan which resulted in a curtailment gain that reduced the projected benefit obligation for 2008.

Weighted average assumptions used to determine benefit obligations at December 31:

| | 2007 | | 2008 | |
| | U.S. | Non-U.S. | U.S. | Non-U.S. |
|---|---|---|---|---|
| Discount rate | 6.25% | 5.20% to 8.00% | 5.85% to 6.35% | 5.00% to 8.00% |
| Rate of compensation increase | 3.25% | 2.50% to 5.00% | 3.25% | 2.90% to 5.00% |

The following table provides the components of net pension expense for the plans:

| | 2006 | | 2007 | | 2008 | |
| | U.S. | Non-U.S. | U.S. | Non-U.S. | U.S. | Non-U.S. |
|---|---|---|---|---|---|---|
| Service cost | $ 11,922 | $ 4,930 | $ 12,030 | $ 5,500 | $ 10,131 | $ 3,439 |
| Interest cost | 13,469 | 4,383 | 14,390 | 5,778 | 15,516 | 7,634 |
| Expected return on plan assets | (15,951) | (3,540) | (16,940) | (3,712) | (18,151) | (4,144) |
| Amortization of prior service cost and recognized actuarial loss | 282 | 221 | 240 | 503 | 191 | 453 |
| Curtailment gain | — | — | — | (5,231) | — | — |
| Other | 60 | 136 | — | — | 140 | (56) |
| Net periodic benefit cost | $ 9,782 | $ 6,130 | $ 9,720 | $ 2,838 | $ 7,827 | $ 7,326 |

Weighted-average assumptions used to determine net periodic benefit costs for the years ended December 31 were:

| | 2006 | | 2007 | | 2008 | |
| | U.S. | Non-U.S. | U.S. | Non-U.S. | U.S. | Non-U.S. |
|---|---|---|---|---|---|---|
| Discount rate | 5.75% | 3.90% to 6.50% | 5.75% | 4.25% to 6.50% | 6.25% | 5.20% to 8.00% |
| Expected return on plan assets | 8.50% to 8.80% | 7.50% to 8.00% | 8.50% | 7.50% to 8.00% | 8.00% | 7.00% to 7.75% |
| Rate of compensation increase | 3.25% | 2.50% to 7.50% | 3.25% | 2.50% to 5.00% | 3.25% | 2.62% to 5.00% |

To develop the expected return on assets assumption, the Company considered the historical returns and the future expectations for returns for each asset class, as well as the target asset allocation of the pension portfolio.

74

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The weighted average asset allocations for the Company's pension plans at December 31, 2007 and 2008 by asset category are approximately as follows:

|  | 2007 | | 2008 | |
|---|---|---|---|---|
|  | U.S. | Non-U.S. | U.S. | Non-U.S. |
| Equity securities | 59% | 67% | 37% | 45% |
| Debt securities | 33% | 32% | 28% | 54% |
| Real Estate | 8% | 0% | 5% | 0% |
| Balanced funds[1] | 0% | 0% | 29% | 0% |
| Cash and cash equivalents | 0% | 1% | 1% | 1% |
|  | 100% | 100% | 100% | 100% |

(1)    Invested primarily in equity, fixed income and cash instruments.

Equity security investments are structured to achieve an equal balance between growth and value stocks. The Company determines the annual rate of return on pension assets by first analyzing the composition of its asset portfolio. Historical rates of return are applied to the portfolio. This computed rate of return is reviewed by the Company's investment advisors and actuaries. Industry comparables and other outside guidance is also considered in the annual selection of the expected rates of return on pension assets.

The Company estimates its benefit payments for its domestic and foreign pension plans during the next ten years to be as follows:

|  | U.S. | Non-U.S. | Total |
|---|---|---|---|
| 2009 | 15,313 | 8,046 | 23,359 |
| 2010 | 14,025 | 6,759 | 20,784 |
| 2011 | 14,743 | 6,636 | 21,379 |
| 2012 | 16,112 | 6,718 | 22,830 |
| 2013 | 15,969 | 6,899 | 22,868 |
| 2014-2018 | 90,712 | 38,647 | 129,359 |

The Company estimates it will make cash contributions of approximately $16,000 to its pension plans in 2009.

## 10. Postretirement Benefits Other Than Pensions

The Company provides certain retiree health care and life insurance benefits covering substantially all U.S. salaried and certain hourly employees and employees in Canada. Employees are generally eligible for benefits upon retirement and completion of a specified number of years of creditable service. Independent actuaries determine postretirement benefit costs for each applicable subsidiary of the Company. The Company's policy is to fund the cost of these postretirement benefits as these benefits become payable.

The following tables disclose information related to the Company's postretirement benefit plans.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

| | 2007 | | 2008 | |
|---|---|---|---|---|
| | U.S. | Non-U.S. | U.S. | Non-U.S. |
| Change in benefit obligation: | | | | |
| Benefit obligations at beginning of year | $ 92,105 | $ 11,666 | $ 66,787 | $14,084 |
| Measurement change service and interest cost | — | — | 1,293 | 354 |
| Service cost | 1,855 | 654 | 1,471 | 654 |
| Interest cost | 4,206 | 695 | 3,751 | 760 |
| Actuarial loss (gain) | (19,897) | (628) | (5,516) | (3,463) |
| Benefits paid | (1,133) | (286) | (2,610) | (475) |
| Administrative expenses paid | (220) | — | — | — |
| Curtailment gain | (1,243) | — | — | — |
| Plan change | (8,886) | — | (6,271) | — |
| Foreign currency exchange rate effect | — | 1,983 | — | (2,345) |
| Benefit obligation at end of year | $ 66,787 | $ 14,084 | $ 58,905 | $ 9,569 |
| Funded status of the plans | $(66,787) | $(14,084) | $(58,905) | $(9,569) |
| Contributions between October 1 and December 31 | 505 | 106 | — | — |
| Net amount recognized at December 31 | $(66,282) | $(13,978) | $(58,905) | $(9,569) |

Included in cumulative other comprehensive loss at December 31, 2008 are the following amounts that have not yet been recognized in net periodic benefit cost: unrecognized prior service credits of $13,438 ($12,833 net of tax) and unrecognized actuarial gains of $25,867 ($23,954 net of tax). The amounts included in cumulative other comprehensive loss and expected to be recognized in net periodic benefit cost during the fiscal year-ended December 31, 2009 are ($1,873) and ($1,408), respectively.

During 2007 plan changes were made to two of the plans. These changes resulted in a decrease of $8,886 in the projected benefit obligation at December 31, 2007. During 2008 plan changes were made to four of the plans. These changes resulted in a decrease of $6,271 in projected benefit obligation at December 31, 2008.

During 2007 the Company experienced an actuarial gain of $19,897, which primarily was the result of changes in participant census data and a change in the discount rate.

The following table provides the components of net periodic expense for the plans:

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| Service cost | $3,438 | $2,509 | $ 2,125 |
| Interest cost | 5,538 | 4,901 | 4,511 |
| Amortization of prior service cost and recognized actuarial loss | (88) | (908) | (2,895) |
| Net periodic benefit cost | $8,888 | $6,502 | $ 3,741 |

The weighted average assumed discount rate used to determine domestic benefit obligations was 6.25% and 6.10% at December 31, 2007 and 2008, respectively. The weighted-average assumed discount rate used to determine domestic net periodic expense was 5.75%, 5.75%, and 6.25% for 2006, 2007, and 2008, respectively.

At December 31, 2008, the weighted average assumed annual rate of increase in the cost of health care benefits (health care cost trend rate) was 9.3% for 2009 for the U.S. and 10% for Non-U.S. with both grading down over time to 5.0% in 2018. A one-percentage point change in the assumed health care cost trend rate would have had the following effects:

| | Increase | Decrease |
|---|---|---|
| Effect on service and interest cost components | $ 442 | $ (70) |
| Effect on projected benefit obligations | 2,502 | (2,052) |

76

Table of Contents

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
(Dollar amounts in thousands except per share amounts)

The Company estimates its benefit payments for its postretirement benefit plans during the next ten years to be as follows:

|  | U.S. | Non-U.S. | Total |
|---|---|---|---|
| 2009 | $ 3,119 | $ 349 | $ 3,468 |
| 2010 | 3,278 | 380 | 3,658 |
| 2011 | 3,458 | 414 | 3,872 |
| 2012 | 3,584 | 452 | 4,036 |
| 2013 | 3,708 | 488 | 4,196 |
| 2014-2018 | 20,897 | 3,091 | 23,988 |

Other post retirement benefits recorded in our consolidated balance sheets include $14.5 million and $11.7 million as of December 31, 2007 and 2008, respectively, for termination indemnity plans for two of our European locations. The December 31, 2007 amount was previously recorded in other long-term liabilities.

**11. Income Taxes**

Components of the Company's income (loss) before income taxes are as follows:

|  | Year Ended December 31, 2006 | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|---|
| Domestic | $ (78,987) | $ (182,579) | $ (124,515) |
| Foreign | 63,323 | 64,532 | 32,359 |
|  | $ (15,664) | $ (118,047) | $ (92,156) |

The Company's provision (benefit) for income taxes consists of the following:

|  | Year Ended December 31, 2006 | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|---|
| Current |  |  |  |
| Federal | $ — | $ 5,047 | $ 2,293 |
| State | — | 212 | 701 |
| Foreign | 25,269 | 28,983 | 12,256 |
| Deferred |  |  |  |
| Federal | (25,359) | — | — |
| State | (3,013) | (954) | — |
| Foreign | (4,141) | (342) | 14,045 |
|  | $ (7,244) | $ 32,946 | $ 29,295 |

77

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The following schedule reconciles the United States statutory federal rate to the income tax provision:

| | Year Ended December 31, 2006 | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|---|
| Tax at U.S. statutory rate | $ (5,482) | $ (41,316) | $ (32,255) |
| State and local taxes | (3,013) | (4,732) | (1,359) |
| Tax credits | (7,571) | (9,675) | (6,995) |
| Goodwill Impairment | — | 50,024 | 8,099 |
| Worthless security deduction | — | (23,947) | — |
| Liquidation of foreign subsidiary | — | — | 17,703 |
| Effect of tax rate changes | — | 4,891 | (1,304) |
| Foreign withholding taxes | — | 5,176 | 2,529 |
| Effect of foreign tax rates | (3,056) | (4,130) | (6,828) |
| Valuation allowance | 10,290 | 51,788 | 45,154 |
| Other, net | 1,588 | 4,867 | 4,551 |
| Income tax provision | $ (7,244) | $ 32,946 | $ 29,295 |
| Effective income tax rate | 46.2% | (27.9)% | (31.8)% |

Payment for income taxes net of refunds in 2006, 2007, and 2008 was $34,164, $20,622 and $25,797 respectively.

Deferred tax assets and liabilities reflect the estimated tax effect of accumulated temporary differences between the basis of assets and liabilities for tax and financial reporting purposes, as well as net operating losses, tax credit and other carryforwards. Significant components of the Company's deferred tax assets and liabilities at December 31 are as follows:

| | 2007 | 2008 |
|---|---|---|
| Deferred tax assets: | | |
| Postretirement and other benefits | $ 55,501 | $ 73,339 |
| Capitalized Expenditures | 14,521 | 12,765 |
| Net operating loss and tax credit carryforwards | 161,559 | 179,923 |
| All other items | 31,340 | 38,741 |
| Total deferred tax assets | 262,921 | 304,768 |
| Deferred tax liabilities: | | |
| Property, plant and equipment | (23,311) | (39,071) |
| Intangibles | (92,250) | (77,098) |
| All other items | (5,067) | (2,497) |
| Total deferred tax liabilities | (120,628) | (118,666) |
| Valuation allowances | (128,816) | (175,215) |
| Net deferred tax assets | $ 13,477 | $ 10,887 |

78

Table of Contents

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The net deferred taxes in the consolidated balance sheet are as follows:

|  | 2007 | 2008 |
|---|---|---|
| Current Assets | $ 5,150 | $ 9,078 |
| Non-Current Assets | 41,505 | 32,508 |
| Current Liabilities | (4,847) | (2,434) |
| Non-Current Liabilities | (28,331) | (28,265) |
|  | $ 13,477 | $ 10,887 |

At December 31, 2008, the Company's U.S. operations have operating loss carryforwards of $114,000 with expiration dates beginning in 2027. The Company's foreign subsidiaries, primarily in the France, Brazil, Germany, UK and Australia, have operating loss carryforwards aggregating $105,500 with indefinite expiration periods while Spain has an operating loss carryforward of $13,100 with expiration dates beginning in 2010. Other foreign subsidiaries in China, India, Mexico, Netherlands, Poland, and Korea have operating losses aggregating $32,300, with expiration dates beginning in 2013. The Company's Polish subsidiaries have special economic zone credits totaling $27,200. The U.S. foreign tax credit and research tax credit carryforwards are $30,400 and $18,200 respectively, with expiration dates beginning in 2011 and 2023. The Company and its domestic subsidiaries have anticipated tax benefits of state net operating losses and credit carryforwards of $19,400 with expiration dates beginning in 2009.

During 2008, due to our recent operating performance in the United States and current industry conditions, we continued to assess, based upon all available evidence, that it was more likely than not that we would not realize our U.S. deferred tax assets. During 2008, our U.S. valuation allowance increased by $66.9 million, primarily related to operating losses incurred in the United States during 2008 and adjustments to the minimum pension liability recorded through Other Comprehensive Income. Going forward, the need to maintain valuation allowances against deferred tax assets in the U.S. and other affected countries will cause variability in the Company's effective tax rate. The Company will maintain a full valuation allowance against our deferred tax assets in the U.S. and applicable foreign countries until sufficient positive evidence exists to eliminate them.

Effective January 1, 2009, with the adoption of SFAS No. 141 (R) the benefit of the reversal of the valuation allowances on pre-acquisition contingencies will be included as a component of income tax expense. As of December 31, 2008 the Company has valuation allowances totaling $175,200 recorded against its deferred tax assets.

Deferred income taxes have not been provided on approximately $464,000 of undistributed earnings of foreign subsidiaries as such amounts are considered permanently reinvested. It is not practical to estimate any additional income taxes and applicable withholding taxes that would be payable on remittance of such undistributed earnings.

Under the terms of the Stock Purchase Agreement with Cooper Tire, the Company is indemnified against substantially all contingent income tax liabilities related to periods prior to the 2004 Acquisition.

During March 2008 the Company became aware of a potentially favorable settlement of the pending bi-lateral Advance Pricing Agreement (APA) negotiations between the United States (US) and Canada relating to the periods 2000 – 2007. Agreement between the two governments will impact transfer pricing matters between the Company and its wholly owned Canadian subsidiary. In March 2009 the US and Canadian governments signed Mutual Agreement Letters agreeing to the terms of the bi-lateral APA. Final bi-lateral Advance Pricing Agreements with the Company should be completed and signed during the 2Q of 2009. The settlement of the bi-lateral APA will result in income tax refunds to Cooper-Standard Automotive Canada for the years 2000 – 2007 of up to $80 million Canadian dollars. Under the terms of the Sale and

79

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

Purchase Agreement with Cooper Tire and Rubber Company (CTR) dated December 23, 2004, CTR is entitled to tax refunds arising in the years 2000 – 2004. As such, it is expected that CSA will remit to CTR tax refunds received from the Canadian government related to those tax years. Refunds received from the Canadian government will be based on the preparation of amended tax returns for the years 2000 – 2007. The agreement should also result in a corresponding increase to the US taxable income of CSA for the years 2005 – 2007, but is not expected to result in any significant cash payment as the increased U.S. tax liability which will be largely offset by existing tax credit carryforwards.

At December 31, 2008, the Company has $4,728 ($5,159 including interest and penalties) of total unrecognized tax benefits. Of this total, $1,922 represents the amount of unrecognized tax benefits that, if recognized, would affect the effective income tax rate. The total unrecognized tax benefits differ from the amount which would effect the effective tax rate due to the impact of valuation allowances and the impact of Cooper Tire indemnifying substantially all income tax liabilities resulting from periods prior to the 2004 Acquisition.

A reconciliation of the beginning and ending amount of unrecognized tax benefits is as follows (in thousands):

|  | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|
| Balance as of January 1 | $ 4,021 | $ 3,930 |
| Tax Positions related to the current period |  |  |
| Gross Additions | 568 | 411 |
| Gross Reductions | --- | --- |
| Tax Positions related to prior years |  |  |
| Gross Additions | 167 | 1,127 |
| Gross Reductions | --- | (244) |
| Settlements | (362) | (32) |
| Lapses on Statutes of Limitations | (464) | (464) |
| Balance as of December 31 | $ 3,930 | $ 4,728 |

The Company, or one of its subsidiaries, files income tax returns in the United States and other foreign jurisdictions. Under the terms of the Stock Purchase Agreement with Cooper Tire, the Company is indemnified against substantially all income tax liabilities related to periods prior to the 2004 Acquisition. Subsequently, in the United States, all Internal Revenue Service examinations prior to the 2004 Acquisition are the responsibility of Cooper Tire; therefore the Company is not subject to U.S. federal, state, or local tax examinations for years ending December 23, 2004 and prior. The Internal Revenue Service (IRS) commenced an examination of the Company's U.S. income tax returns for 2005 and 2006 in the second quarter of 2008 that is anticipated to be completed by late 2009. As of December 31, 2008, no adjustments have been proposed. The Company's foreign subsidiaries are legally required to comply with the statute of limitations in each jurisdiction; however the Company is indemnified against substantially all income tax liabilities that may result from periods prior to the 2004 Acquisition. The Company's major foreign jurisdictions are Brazil, Canada, France, Germany, Mexico, and U.K. The Company is no longer subject to income tax examinations in major foreign jurisdictions for years prior to 2000.

The Company does not anticipate any significant changes to its total unrecognized tax benefits within the next 12 months.

The Company classifies all tax related interest and penalties as income tax expense. At December 31, 2008, the Company has recorded $431 in liabilities for tax related interest and penalties on its Consolidated Balance Sheet.

80

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

#### 12. Lease Commitments

The Company rents certain manufacturing facilities and equipment under long-term leases expiring at various dates. Rental expense for operating leases was $19,835, $22,303, and $23,331 for 2006, 2007, and 2008.

Future minimum payments for all non-cancelable operating leases are as follows:

| | |
|---|---|
| 2009 | $17,983 |
| 2010 | 12,251 |
| 2011 | 10,354 |
| 2012 | 8,658 |
| 2013 | 7,188 |
| Thereafter | 26,881 |

#### 13. Accumulated Other Comprehensive Income (Loss)

Cumulative other comprehensive income in the accompanying balance sheets consists of:

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| Cumulative currency translation adjustment | $ 14,259 | $ 57,505 | $ (1,424) |
| Benefit plan liability | (11,617) | 23,977 | (28,540) |
| Tax effect | 3,870 | 916 | (181) |
| Net | (7,747) | 24,893 | (28,721) |
| Fair value change of derivatives | (8,781) | (16,748) | (32,685) |
| Tax effect | 3,319 | 3,338 | 3,294 |
| Net | (5,462) | (13,410) | (29,391) |
| | $ 1,050 | $ 68,988 | $(59,536) |

#### 14. Contingent Liabilities

*Employment Contracts*

The Company has employment arrangements with certain key executives that provide for continuity of management. These arrangements include payments of multiples of annual salary, certain incentives, and continuation of benefits upon the occurrence of specified events in a manner that is believed to be consistent with comparable companies.

*Unconditional Purchase Orders*

Noncancellable purchase order commitments for capital expenditures made in the ordinary course of business were $27,438 and $12,593 at December 31, 2007 and 2008, respectively.

*Legal and Other Claims*

The Company is periodically involved in claims, litigation, and various legal matters that arise in the ordinary course of business. In addition, the Company conducts and monitors environmental investigations and remedial actions at certain locations. Each of these matters is subject to various uncertainties, and some of these matters may be resolved unfavorably with respect to the Company. A reserve estimate is established for each matter and updated as additional information becomes available. Based on the information currently known to us, we do not believe that the ultimate resolution of any of these matters will have a material adverse effect on our financial condition, results of operations, or cash flows.

Table of Contents

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

### 15. Other Income (Expense), net

The components of Other Income (Expense) for the years 2006, 2007, and 2008 are as follows:

| | Year Ended December 31, 2006 | Year Ended December 31, 2007 | Year Ended December 31, 2008 |
|---|---|---|---|
| Foreign currency gains (losses) | $ 3,771 | $ (454) | $ (845) |
| Minority interest | (858) | (587) | 1,069 |
| Net gains on repurchase of debt | 4,071 | — | 1,696 |
| Loss on sale of receivables | — | — | (2,219) |
| Gains (losses) on fixed asset disposals | 1 | (14) | — |
| Other income (expense), net | $ 6,985 | $ (1,055) | $ (299) |

### 16. Related Party Transactions

Sales to NISCO, a 50 percent owned joint venture, totaled $32,140, $30,941, and $26,658, in 2006, 2007, and 2008, respectively. In 2006, the Company received from NISCO a dividend of $10,000, consisting of $2,254 related to earnings during the Successor period and a $7,746 return of capital. In 2008, the Company received from NISCO a dividend of $5,000 all of which was related to earnings.

Purchases of materials from Guyoung Technology Co. Ltd, a 20% owned joint venture, totaled $4,181, $5,041 and $1,313 in 2006, 2007 and 2008, respectively.

In connection with the acquisition of FHS, the Company paid $1,000 of transaction advisory fees to each of its two principal stockholders in February 2006.

In connection with the MAPS acquisition, the Company received $15,000 of capital contributions from each of its two Sponsors and their respective affiliates in August 2007. The Company also paid $625 of transaction advisory fees to each of its two Sponsors in September 2007.

### 17. Capital Stock and Stock Options

In 2004, the Company was formed and was capitalized in conjunction with the 2004 Acquisition via the sale of 3,180,000 shares of common stock for $318,000 to affiliates of The Cypress Group L.L.C. and GS Capital Partners 2000, L.P., whom we refer to as our "Sponsors". Pursuant to subscription agreements entered into as of August 27, 2007, the Company issued a total of 250,000 additional shares of common stock to its Sponsors for $30,000 which was invested by the Sponsors in connection with the financing of the Company's August 2007 acquisition of certain Metzeler Automotive Profile Systems sealing operations. Following the 2004 Acquisition and through December 31, 2007, five members of the Board of Directors and certain members of senior management purchased $4,910 of common stock. The Company repurchased $300 of common stock during 2005 from one such member of senior management whose employment with the Company terminated in 2005 and another $450 of common stock during 2007 from another such member of senior management whose employment with the Company terminated in 2006 and another $540 of common stock during 2008 from another such member of senior management whose employment with the Company terminated in 2007.

Effective as of the closing of the 2004 Acquisition, the Company established the 2004 Cooper-Standard Holdings Inc. Stock Incentive Plan, which permits the granting of nonqualified and incentive stock options, stock appreciation rights, restricted stock, and other stock-based awards to employees and directors. As of December 31, 2007 and 2008, the Company had 423,615 shares of common stock reserved for issuance under the plan, including outstanding options granted to certain employees and directors to purchase 212,615 and 192,615 shares of common stock, respectively, at a price of $100 per share, which was determined by the Company to be fair market value. In addition, there are also outstanding options granted to certain employees and directors to purchase 27,000 shares of common stock at a price of $120 per share. These options have a ten-year life. Of the options outstanding as of December 31, 2007 and 2008, options

82

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

covering 183,128 and 165,239 shares of common stock, respectively, were granted upon the closing of the 2004 Acquisition or in the first year thereafter. During 2008, options covering 9,549 of these shares were cancelled and 8,340 were forfeited. These options were issued prior to the effective date of SFAS No. 123(R) and therefore are accounted for in accordance with APB No. 25 and no stock compensation is required to be recognized. Of the 165,239 options outstanding at December 31, 2008, 110,537 options are vested with a weighted average remaining contractual term of 6 years. A summary of option transactions for the years ended 2006, 2007 and 2008 for options that were granted after the effective date of SFAS No. 123 (R) is shown below:

|  | 2006 | | 2007 | | 2008 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Options | Wtd. Avg. Ex. Price | Options | Wtd. Avg. Ex. Price | Options | Wtd. Avg. Ex. Price |
| Outstanding at Beginning of Year | — | $   — | 4,025 | $  100.00 | 29,487 | $  100.00 |
| Granted | 4,025 | $  100.00 | 25,462 | $  100.00 | 27,000 | $  120.00 |
| Cancelled | — | $   — | — | $   — | (655) | $  100.00 |
| Forfeited | — | $   — | — | $   — | (1,456) | $  100.00 |
| Outstanding at End of Year | 4,025 | $  100.00 | 29,487 | $  100.00 | 54,376 | $  109.93 |
| Exercisable at End of Year | — | $   — | 4,264 | $  100.00 | 24,566 | $  108.01 |
| Weighted Average Fair Value of Options Granted | $46.22 | | $  46.02 | | $  42.39 | |
| Weighted Average Remaining Contractual Life (years): | | | | | | |
| Outstanding at End of Year | 10 | | 9.2 | | 8.7 | |
| Exercisable at End of Year | — | | 9.2 | | 8.6 | |

Stock compensation expense totaling $561 and $635 has been recognized in 2007 and 2008, respectively for these options.

One-half of the options granted to employees in the initial one-year period following the 2004 Acquisition vest on a time basis, 20% per year over five years; the remaining one-half vest on a performance basis at a rate of between 0% and 20% per year, depending on the extent to which established performance targets are attained, with 85% attainment of performance targets being the threshold for any vesting. Performance-based options granted during this period are subject to certain acceleration provisions and, regardless of the achievement of performance targets in any year, may vest in full in the event of a transaction in which the Company's Sponsors realize an internal rate of return of at least 20% on their investment in the Company, or may vest in full 8 years following the date of grant if the Compensation Committee determines that certain accounting treatment would be required in the absence of such vesting. The same principles apply in the case of options granted after this initial period but before 2008, except that only the last three years of the five-year period applicable to options granted in the initial period are taken into account, and vesting occurs in increments of 33% rather than 20%. With respect to options granted in 2008, two-thirds of the options vest on a time basis at a rate of 50% per year over two years and the remaining one-third were eligible for vesting based on the performance of the Company in 2008. Options granted to employees covering 105,149 and 131,403 shares were vested as of December 31, 2007 and 2008, respectively. All of the options granted to directors vest on a time basis, 20% per year over five years in the case of options granted before 2008, and 50% per year over two years in the case of options granted in 2008. Options granted to directors covering an aggregate of 1,000 and 3,700 shares were vested as of December 31, 2007 and 2008, respectively.

83

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

The Company uses expected volatility of similar entities to develop the expected volatility. The expected option life was calculated using the simplified method as described in Staff Accounting Bulletin No. 107. The risk free rate is based on U.S. Treasury zero-coupon issues with a term equal to the expected option life, on the date the stock options were granted. Fair value for the shares that are accounted for under SFAS No. 123 (R) was estimated at the date of the grant using the Black-Scholes option pricing model using the following weighted average assumptions:

| | 2007 | 2008 |
|---|---|---|
| Expected volatility | 40.00% | 34.00% |
| Dividend yield | 0.00% | 0.00% |
| Expected option life | 6.0 years | 5.5 years |
| Risk-free rate | 4.50% | 2.40% - 2.65% |

The Company also maintains a nonqualified Deferred Compensation Plan which allows eligible executives and directors to defer base pay, bonus payments and long-term incentive pay and have it allocated on a pre-tax basis to various investment alternatives and ultimately distributed to the executive at a designated time in the future. In December 2006, a new plan feature referred to as the "Management Stock Purchase Plan" was established which provides participants the opportunity to "purchase" Company stock units with income deferred under the deferred compensation plan at a price based on the fair value of Company common stock determined on a semi-annual basis by the Compensation Committee of the Company's Board of Directors. Purchased stock units are matched by the Company at year-end on a one-for-one basis, subject to plan provisions which allow for an annual cap on the aggregate number of matching stock units, which the Compensation Committee may apply in its discretion. On December 31, 2008, approximately 40,597 Company stock units at $120 per unit were outstanding under this plan, subject to certain adjustments based on net actual incentive payments. Approximately 20,242 of these stock units are matching stock units that generally vest ratably over a three year period. No units were vested as of December 31, 2007. As of December 31, 2008, 6,479 units were vested. In accordance with SFAS No. 123(R), for units granted to retirement eligible employees, compensation expense must be recognized immediately, since employees meeting eligibility for retirement would be immediately vested in this plan upon leaving employment. Compensation expense related to Company stock units equaled $988 and $629 in 2007 and 2008, respectively.

### 18. Business Segments

Throughout 2008, the Company operated in three business segments: Body & Chassis Systems, Fluid Systems, and Asia Pacific. The Body & Chassis segment consisted mainly of body sealing products and components that protect vehicle interiors from weather, dust, and noise intrusion as well as systems and components that control and isolate noise vibration in a vehicle to improve ride and handling. The Fluid segment consisted primarily of subsystems and components that direct, control, measure, and transport fluids and vapors throughout a vehicle. The Asia Pacific segment consisted of both Body & Chassis and Fluid operations in that region with the exception of the Company's interest in a joint venture in China which was acquired as part of the MAPS acquisition, and the MAP India joint venture. These joint ventures are included in the Body & Chassis segment which is in line with the internal management structure.

During 2007, the Company revised its segment disclosures from two reportable segments to the three reportable segments described above and has revised the prior period amounts to conform to the current period presentation. On March 26, 2009, the Company announced the implementation of a plan involving the discontinuation of its global Body & Chassis and Fluid Systems operating divisions and the establishment of a new operating structure organized on the basis of geographic regions. Under the plan, the Company's reporting segments, as well as its operating structure, has changed, and the Company intends to revise its segment disclosures beginning with the second quarter of 2009 from the three segments described above to two reportable segments, North America and International (comprising all of the Company's operations outside of North America).

84

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

SFAS No. 131, "Disclosures about Segments of an Enterprise and Related Information," (SFAS 131) establishes the standards for reporting information about operating segments in financial statements. In applying the criteria set forth in SFAS 131, the Company has determined that it operates in three segments.

The accounting policies of the Company's business segments are consistent with those described in Note 2. The Company evaluates segment performance based on segment profit before tax. The results of each segment include certain allocations for general, administrative, interest, and other shared costs. However, certain shared costs are not allocated to the segments and are included below in Eliminations and other. Intersegment sales are conducted at market prices. Segment assets are calculated based on a moving average over several quarters and exclude corporate assets, goodwill, intangible assets, deferred taxes, and certain other assets.

85

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

| | For the Year Ended | | |
|---|---|---|---|
| | 2006 | 2007 | 2008 |
| **Sales to external customers** | | | |
| Body & Chassis | $1,100,390 | $1,317,621 | $1,523,314 |
| Fluid | 971,122 | 1,096,944 | 979,601 |
| Asia Pacific | 92,750 | 96,588 | 91,662 |
| Consolidated | $2,164,262 | $2,511,153 | $2,594,577 |
| | | | |
| **Intersegment sales** | | | |
| Body & Chassis | $ 20,162 | $ 21,867 | $ 13,389 |
| Fluid | 3,149 | 4,142 | 2,702 |
| Asia Pacific | 1,396 | 7,768 | 9,117 |
| Eliminations and other | (24,707) | (33,777) | (25,208) |
| Consolidated | $ — | $ — | $ — |
| | | | |
| **Segment profit** | | | |
| Body & Chassis | $ (26,108) | $ 33,993 | $ (16,919) |
| Fluid | 19,173 | (137,913) | (49,556) |
| Asia Pacific | (8,729) | (14,127) | (25,681) |
| Income before income taxes | $ (15,664) | $ (118,047) | $ (92,156) |
| | | | |
| **Depreciation and amortization expense** | | | |
| Body & Chassis | $ 68,562 | $ 62,176 | $ 74,100 |
| Fluid | 60,611 | 64,500 | 57,033 |
| Asia Pacific | 4,741 | 5,729 | 5,201 |
| Eliminations and other | 4,519 | 3,644 | 3,771 |
| Consolidated | $ 138,433 | $ 136,049 | $ 140,105 |
| | | | |
| **Capital expenditures** | | | |
| Body & Chassis | $ 36,506 | $ 55,614 | $ 54,691 |
| Fluid | 32,403 | 39,222 | 19,358 |
| Asia Pacific | 11,102 | 9,165 | 8,299 |
| Eliminations and other | 2,863 | 3,254 | 9,777 |
| Consolidated | $ 82,874 | $ 107,255 | $ 92,125 |
| | | | |
| **Segment assets** | | | |
| Body & Chassis | | $1,153,013 | $ 978,953 |
| Fluid | | 811,715 | 668,272 |
| Asia Pacific | | 89,568 | 83,253 |
| Eliminations and other | | 107,959 | 87,773 |
| Consolidated | | $2,162,255 | $1,818,251 |

Net interest expense included in segment profit for Body & Chassis totaled $43,503, $43,831 and $58,187 for the years ended December 31, 2006, 2007 and 2008, respectively, Fluid totaled $40,447, $41,971 and $28,662 for the years ended December 31, 2006, 2007 and 2008, respectively, Asia Pacific totaled $3,197, $3,775 and $6,045 for the years ended December 31, 2006, 2007 and 2008, respectively.

Restructuring costs included in segment profit for Body & Chassis totaled $19,454, $17,553 and $12,502 for the years ended December 31, 2006, 2007 and 2008, respectively, Fluid totaled $4,450, $8,771 and $19,321 for the years ended December 31, 2006, 2007 and 2008, respectively, Asia Pacific totaled $1, $62, and $6,031 for the years ended December 31, 2006, 2007 and 2008, respectively, Eliminations and other totaled $0, $0, and $446 for the years ended December 31, 2006, 2007 and 2008, respectively.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

Geographic information for revenues, based on country of origin, and long-lived assets is as follows:

| | 2006 | 2007 | 2008 |
|---|---|---|---|
| Revenues | | | |
| United States | $ 806,630 | $ 857,051 | $ 668,500 |
| Canada | 392,329 | 380,793 | 304,652 |
| Mexico | 258,117 | 288,614 | 271,271 |
| Germany | 210,796 | 324,305 | 440,393 |
| Other | 496,390 | 660,390 | 909,761 |
| Consolidated | $2,164,262 | $2,511,153 | $2,594,577 |
| | | | |
| Tangible long-lived assets | | | |
| United States | | $ 178,797 | $ 167,287 |
| Canada | | 80,056 | 50,773 |
| Mexico | | 60,330 | 55,295 |
| Germany | | 125,766 | 108,608 |
| Other | | 277,424 | 242,024 |
| Consolidated | | $ 722,373 | $ 623,987 |

Net sales to customers of the Company which contributed ten percent or more of its total consolidated net sales and the related percentage of consolidated Company sales for 2006, 2007, and 2008 are as follows:

| Customer | 2006 Percentage of Combined Net Sales | 2007 Percentage of Combined Net Sales | 2008 Percentage of Combined Net Sales |
|---|---|---|---|
| Ford | 29% | 27% | 25% |
| General Motors | 25% | 20% | 16% |
| DaimlerChrysler | 10% | — | — |

## 19. Fair Value of Financial Instruments

Fair values of the Senior and Senior Subordinated Notes approximated $443,400 and $146,900 at December 31, 2007 and 2008, based on quoted market prices, compared to the recorded values totaling $530,500 and $523,500, respectively. Fair values of the Term Loans approximated $247,600 at December 31, 2008, based on quoted market prices, compared to the recorded values totaling $530,000.

The Company uses derivative financial instruments, including forwards and swap contracts to manage its exposures to fluctuations in foreign exchange, interest rates and commodity prices. For a fair value hedge both the effective and ineffective, if significant, portions are recorded in earnings and reflected in the consolidated statement of operations. For a cash flow hedge, the effective portion of the change in the fair value of the derivative is recorded in accumulated other comprehensive income (loss) in the consolidated balance sheet. The ineffective portion, if significant, is recorded in other income or expense. Historically, the ineffective portion has been nominal. When the underlying hedged transaction is realized or the hedged transaction is no longer probable, the gain or loss included in accumulated other comprehensive income (loss) is recorded in earnings and reflected in the consolidated statement of operations on the same line as the gain or loss on the hedged item attributable to the hedged risk.

The Company formally documents its hedge relationships, including the identification of the hedging instruments and the hedged items, as well as its risk management objectives and strategies for undertaking the cash flow hedges. The Company also formally assesses whether a cash flow hedge is highly effective in offsetting changes in the cash flows of the hedged item. Derivatives are recorded at fair value in other current and long-term assets and other current and long-term liabilities.

For a net investment hedge the fair value of the derivative is recorded in cumulative translation adjustment, which is a component of accumulated other comprehensive income (loss) in the consolidated balance sheet. During 2008, gains of $2,791 were recorded in accumulated other comprehensive income (loss).

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

Interest Rate Swaps – The Company has entered into interest rate swap contracts to manage cash flow fluctuations of variable rate debt due to changes in market interest rates. Interest rate swap contracts which fix the interest payments of certain variable rate debt instruments or fix the market rate component of anticipated fixed rate debt instruments are accounted for as cash flow hedges.

As of December 31, 2008, interest rate swap contracts representing $309,105 of notional amount were outstanding with maturity dates of December, 2010 through September, 2013. The above amount includes $161,649 of notional amount pertaining to the swap of USD denominated debt fixed at 5.764% and $59,850 of notional fixed at 3.19%, $14,677 pertaining to the Canadian dollar denominated debt fixed at 4.91% and $11,601 of notional amount pertaining to EURO denominated debt fixed at 4.14%. The above notional amount also includes $61,329 of a USD denominated swap with a counterparty that no longer qualifies for cash flow hedge accounting due to the counterparty filing for bankruptcy protection. These contracts modify the variable rate characteristics of the Company's variable rate debt instruments, which are generally set at three-month USD LIBOR rates, Canadian Dollar Bankers Acceptance Rates or six-month Euribor rates. The remaining $61,329 of notional amount is a pay float, receive 3.67% fixed swap to offset the effects of the swap that no longer qualifies for cash flow hedge accounting.

On September 15, 2008, a counterparty on one of the Company's USD swaps filed for bankruptcy protection. The swap was de-designated as a cash flow hedge for accounting purposes. The de-designation of this hedge relationship resulted in the following actions:

- As the underlying cash flow risk this swap was designed to hedge remains highly probable of occurring, the amount of net losses of $(4,350) that were recorded in accumulated other comprehensive income (loss) ("OCI") pertaining to this swap will be amortized to interest expense over the remaining life of the anticipated hedge relationship which would have normally terminated in December 2011.

- Recognizing the change in fair market value of the swap from the last date the hedge was effective to September 30, 2008. This change in market value was a decrease in swap liability from $(4,350) to $(3,852) or a gain of $498.

On September 30, 2008 the Company executed a new off-setting swap to neutralize the future impact of changes in market value of the de-designated swap. The off-setting swap covers an identical notional amount of $61,329, uses the same 3-month LIBOR, and pays a fixed coupon of 3.67% until its maturity in December 2011. This swap will not be designated as a cash flow hedge under SFAS No. 133, "Accounting for Derivative instruments and Hedging Activities", and as a result will be marked to market. This will serve to offset the earnings impact of the future changes in market value of the de-designated swap.

On November 12, 2008, the Company executed a new interest rate swap. This swap is designed to modify the variable rate characteristics of the debt instruments and is designated as a cash flow hedge for accounting purposes. This new swap with a pay fixed at 3.19% was put in place to cover the lost interest-rate-fluctuation shield caused by the de-designation discussed above.

On December 24, 2008, the Company unwound one of the interest rate swaps which resulted in cash settlements on January 2, 2009 of $9,850 including accrued interest of $383 to the counterparty that required, per the ISDA that covered the swap contract, to terminate the swap upon the Company's credit rating falling below B3.

Upon termination the swap was de-designated as a cash flow hedge for accounting purposes. The de-designation of this hedge relationship resulted in the following actions:

- As the underlying cash flow risk this swap was designed to hedge remains highly probable of occurring, the amount of net losses of $(9,467) million that were recorded in accumulated other

88

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

comprehensive income (loss) pertaining to this will be amortized to interest expense over the remaining life of the anticipated hedge relationship which was to have terminated in December 2011.

As of December 31, 2008, the $(21,023) fair market value of the swaps was recorded in accrued liabilities $(15,436), and other long-term liabilities $(5,587). An amount $(20,301), net of taxes, was recorded as net losses in the accumulated other comprehensive income (loss). This amount includes $(13,252) for the de-designated/terminated swaps as the balance remaining on the OCI pertaining to these swaps is to be amortized over the remaining life of the underlying debt until December 2011. The fair market value of all outstanding interest rate swap contracts is subject to change in value due to change in interest rates. During 2008 losses of $5,496 were reclassified from accumulated other comprehensive income (loss) into earnings. The Company expects approximately $10,568 of net losses to be reclassified in 2009.

Forward foreign exchange contracts – The Company uses forward foreign exchange contracts to reduce the effect of fluctuations in foreign exchange rates on Term Loan B, a U.S. dollar denominated obligation of our Canadian subsidiary, a portion of our Euro Term Loan E, and short-term foreign currency denominated intercompany transactions. Gains and losses on the derivative instruments are intended to offset gains and losses on the hedged transactions in an effort to reduce the earnings volatility resulting from fluctuations in foreign exchange rates. The currencies hedged by these arrangements are the Canadian Dollar, Euro and Brazilian Real. Gains of $12,855 related to these contracts were recorded in other income (expense) during the year ended December 31, 2008. As of December 31, 2008 the fair market value of these contracts was approximately $7,968.

The Company also uses forward foreign exchange contracts to hedge the Mexican peso to reduce the effect of fluctuations in foreign exchange rates on a portion of the forecasted operating expenses of our Mexican facilities. These contracts are designated as cash flow hedges. As of December 31, 2008, forward foreign exchange contracts representing $45,650 of notional amount were outstanding with maturities of less than twelve months. The fair market value of these contracts was approximately $(7,023). A 10% strengthening of the U.S. dollar relative to the Mexican peso would result in a decrease of $2,833 in the fair market value of these contracts. A 10% weakening of the U.S. dollar relative to the Mexican peso would result in an increase of $3,598 in the fair market value of these contracts.

The Company also uses forward foreign exchange contracts to hedge the U.S. dollar to reduce the effect of fluctuations in foreign exchange rates on a portion of the forecasted material purchases of our Canadian facilities. As of December 31, 2008, forward foreign exchange contracts representing $26,800 of notional amount were outstanding with maturities of less than twelve months. The fair market value of these contracts was approximately $3,390. A 10% strengthening of the U.S. dollar relative to the Canadian dollar would result in an increase of $2,625 million in the fair market value of these contracts. A 10% weakening of the U.S. dollar relative to the Canadian dollar would result in a decrease of $2,625 million in the fair market value of these contracts.

The Company also uses forward foreign exchange to hedge the U.S. dollar to reduce the effect of fluctuations in foreign exchange rates on a portion of the forecasted material purchases of our European facilities. As of December 31, 2008, forward foreign exchange contracts representing $14,688 of notional amount were outstanding with maturities of less than twelve months. The fair market value of these contracts was approximately $295. A 10% strengthening of the U.S. dollar relative to the Euro would result in an increase of $1,605 million in the fair market value of these contracts. A 10% weakening of the U.S. dollar relative to the Euro would result in a decrease of $1,313 million in the fair market value of these contracts.

The Company also uses forward foreign exchange to hedge the Czech Koruna (CZK) to reduce the effect of fluctuations in foreign exchange rates on a portion of the forecasted operating expenses of our European facilities. As of December 31, 2008, forward foreign exchange contracts representing $14,820 of notional amount were outstanding with maturities of less than twelve months. The fair market value of these contracts was approximately $(1,027). A 10% strengthening of the Euro relative to the CZK would result in a decrease of $1,235 million in the fair market value of these contracts. A 10% weakening of the Euro relative to the CZK would result in an increase of $1,509 million in the fair market value of these contracts.

Table of Contents

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

During 2008 gains of $2,185 related to the forward foreign exchange contracts were reclassified from accumulated other comprehensive income (loss) into earnings. The amount to be reclassified in 2009 is expected to be approximately $(4,365).

Commodity price hedges – The Company has exposure to the prices of commodities in the procurement of certain raw materials. The primary purpose of the Company's commodity price hedging activities is to manage the volatility associated with these forecasted purchases. The Company primarily utilizes forward contracts with maturities of less than 24 months, which are accounted for as cash flow hedges. These instruments are intended to offset the effect of changes in commodity prices on forecasted inventory purchases. As of December 31, 2008, commodity contracts for carbon black and natural gas representing $11,728 of notional amount were outstanding with a fair market value of approximately $(4,950). A 10% change in the underlying commodity prices would result in a $489 change in the fair market values of these contracts. During 2008 losses of $1,448 were reclassified from accumulated other comprehensive income (loss) into earnings. The Company expects approximately $4,950 of losses to be reclassified in 2009.

SFAS No. 157 clarifies that fair value is an exit price, representing the amount that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Fair value measurements are based on one or more of the following three techniques noted in SFAS No. 157:

*Market:* This approach uses prices and other relevant information generated by market transactions involving identical or comparable assets or liabilities.

*Income:* This approach uses valuation techniques to convert future amounts to a single present value amount based on current market expectations.

*Cost:* This approach is based on the amount that would be required to replace the service capacity of an asset (replacement cost).

SFAS No. 157 establishes a three-tier fair value hierarchy, which prioritizes the inputs used in measuring fair value as follows:

*Level 1:*    Observable inputs such as quoted prices in active markets;

*Level 2:*    Inputs, other than quoted prices in active markets, that are observable either directly or indirectly; and

*Level 3:*    Unobservable inputs in which there is little or no market data, which require the reporting entity to develop its own assumptions.

The Company's liabilities measured at fair value on a recurring basis subject to the disclosure requirements of SFAS No. 157 as of December 31, 2008 were as follows:

|  | Liability | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Derivative financial instruments | $22,370 | $ — | $ — | $22,370 |

A reconciliation of changes in assets and liabilities related to derivative instruments measured at fair value using the market and income approach adjusted for our and our counterparty's credit risks for the year ended December 31, 2008, is shown below:

| | |
|---|---|
| Balance as of January 1, 2008 | $ — |
| Transfers into Level 3 | 22,370 |
| Balance as of December 31, 2008 | $22,370 |

90

Table of Contents

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
(Dollar amounts in thousands except per share amounts)

Fair value measurements for non-financial assets such as goodwill, intangibles, property, plant and equipment and equity investment impairment assessments are not reflected in the disclosures above due to FASB Staff Position 157-2, which deferred the effective date of SFAS No. 157 for non-financial assets and liabilities.

## 20. Selected Quarterly Information (Unaudited)

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| **2007** | | | | |
| Sales | $576,261 | $623,998 | $602,570 | $ 708,324 |
| Gross profit | 93,477 | 106,808 | 83,459 | 113,370 |
| Net income (loss) | 4,674 | 9,686 | (12,790) | (152,563) |

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| **2008** | | | | |
| Sales | $756,021 | $765,639 | $599,656 | $ 473,261 |
| Gross profit | 119,119 | 117,989 | 62,484 | 34,922 |
| Net income (loss) | 15,672 | 11,587 | (32,595) | (116,115) |

## 21. Sale Leaseback Transaction

During the year ended December 31, 2007, the Company sold a manufacturing facility to an independent third party. Gross proceeds from this sale were $4,806. Concurrent with this sale, the Company entered into an agreement to lease the facility back from the purchaser over a lease term of 10 years. This lease is accounted for as an operating lease. A gain of $723 was deferred and is being amortized over the lease term.

During the year ended December 31, 2008, the Company sold a manufacturing facility to an independent third party and simultaneously agreed to lease the facility from that party for a period of 15 years. Gross proceeds from this sale were $8,556. The transaction is structured as an operating lease.

## 22. Guarantor and Non-Guarantor Subsidiaries

In connection with the December 2004 acquisition by the Company of the automotive segment of Cooper Tire & Rubber Company, Cooper-Standard Automotive Inc. (the "Issuer"), a wholly-owned subsidiary, issued the Senior Notes and Senior Subordinated Notes with a total principal amount of $550,000. Cooper-Standard Holdings Inc. (the "Parent") and all wholly-owned domestic subsidiaries of Cooper-Standard Automotive Inc. (the "Guarantors") unconditionally guarantee the notes. The following condensed consolidated financial data provides information regarding the financial position, results of operations, and cash flows of the Guarantors. Separate financial statements of the Guarantors are not presented because management has determined that those would not be material to the holders of the notes. The Guarantors account for their investments in the non-guarantor subsidiaries on the equity method. The principal elimination entries are to eliminate the investments in subsidiaries and intercompany balances and transactions (dollars in millions).

91

Table of Contents

**CONSOLIDATING STATEMENT OF OPERATIONS**
**For the Year Ended December 31, 2006**
**(in millions)**

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| Sales | $ — | $ 471.3 | $ 586.0 | $ 1,209.7 | $ (102.7) | $ 2,164.3 |
| Cost of products sold | — | 427.5 | 487.6 | 1,019.7 | (102.7) | 1,832.1 |
| Selling, administration, & engineering expenses | — | 106.2 | 44.3 | 49.3 | — | 199.8 |
| Amortization of intangibles | — | 21.6 | 2.5 | 6.9 | — | 31.0 |
| Impairment charges | — | 13.2 | — | — | — | 13.2 |
| Restructuring | — | 7.0 | 0.8 | 16.1 | — | 23.9 |
| Operating profit (loss) | — | (104.2) | 50.8 | 117.7 | — | 64.3 |
| Interest expense, net of interest income | — | (74.3) | — | (12.9) | — | (87.2) |
| Equity earnings | — | (0.1) | 0.3 | — | — | 0.2 |
| Other income (expense) | — | 47.2 | 1.8 | (42.0) | — | 7.0 |
| Income (loss) before income taxes | — | (131.4) | 52.9 | 62.8 | — | (15.7) |
| Provision for income tax expense (benefit) | — | (50.3) | 20.2 | 22.8 | — | (7.3) |
| Income (loss) before equity in income (loss) of subsidiaries | — | (81.1) | 32.7 | 40.0 | — | (8.4) |
| Equity in net income (loss) of subsidiaries | (8.4) | 72.7 | — | — | (64.3) | — |
| NET INCOME (LOSS) | $ (8.4) | $ (8.4) | $ 32.7 | $ 40.0 | $ (64.3) | $ (8.4) |

92

Table of Contents

CONSOLIDATING STATEMENT OF OPERATIONS
For the Year Ended December 31, 2007
(in millions)

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| Sales | $  — | $ 456.8 | $  713.9 | $  1,464.3 | $  (123.8) | $  2,511.2 |
| Cost of products sold | — | 411.9 | 571.8 | 1,254.2 | (123.8) | 2,114.1 |
| Selling, administration, & engineering expenses | — | 103.0 | 51.8 | 67.3 | — | 222.1 |
| Amortization of intangibles | — | 21.5 | 2.8 | 7.6 | — | 31.9 |
| Impairment charges | — | 143.0 | 3.4 | — | — | 146.4 |
| Restructuring | — | 6.3 | 1.1 | 19.0 | — | 26.4 |
| Operating profit (loss) | — | (228.9) | 83.0 | 116.2 | — | (29.7) |
| Interest expense, net of interest income | — | (76.2) | — | (13.3) | — | (89.5) |
| Equity earnings | — | (0.3) | 2.3 | 0.2 | — | 2.2 |
| Other income (expense) | — | 41.5 | 0.2 | (42.8) | — | (1.1) |
| Income (loss) before income taxes | — | (263.9) | 85.5 | 60.3 | — | (118.1) |
| Provision for income tax expense (benefit) | — | 20.3 | (15.3) | 27.9 | | 32.9 |
| Income (loss) before equity in income (loss) of subsidiaries | — | (284.2) | 100.8 | 32.4 | — | (151.0) |
| Equity in net income (loss) of subsidiaries | (151.0) | 133.2 | — | — | 17.8 | — |
| NET INCOME (LOSS) | $(151.0) | $(151.0) | $  100.8 | $  32.4 | $  17.8 | $  (151.0) |

93

Table of Contents

**CONSOLIDATING STATEMENT OF OPERATIONS**
**For the Year Ended December 31, 2008**
**(in millions)**

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| Sales | $ — | $ 381.0 | $ 553.7 | $ 1,759.1 | $ (99.2) | $ 2,594.6 |
| Cost of products sold | — | 347.7 | 465.4 | 1,546.2 | (99.2) | 2,260.1 |
| Selling, administration, & engineering expenses | — | 87.8 | 40.7 | 103.2 | — | 231.7 |
| Amortization of intangibles | — | 20.5 | 2.3 | 8.2 | — | 31.0 |
| Impairment charges | — | 24.7 | 2.3 | 6.4 | — | 33.4 |
| Restructuring | — | 5.4 | 4.2 | 28.7 | — | 38.3 |
| Operating profit (loss) | — | (105.1) | 38.8 | 66.4 | — | 0.1 |
| Interest expense, net of interest income | — | (77.8) | — | (15.1) | — | (92.9) |
| Equity earnings | — | (4.4) | 3.4 | 1.9 | — | 0.9 |
| Other income (expense) | — | 27.2 | (0.9) | (26.6) | — | (0.3) |
| Income (loss) before income taxes | — | (160.1) | 41.3 | 26.6 | — | (92.2) |
| Provision for income tax expense (benefit) | — | 4.1 | (1.1) | 26.3 | — | 29.3 |
| Income (loss) before equity in income (loss) of subsidiaries | — | (164.2) | 42.4 | 0.3 | — | (121.5) |
| Equity in net income (loss) of subsidiaries | (121.5) | 42.7 | — | — | 78.8 | — |
| NET INCOME (LOSS) | $(121.5) | $(121.5) | $ 42.4 | $ 0.3 | $ 78.8 | $ (121.5) |

94

Table of Contents

CONSOLIDATING BALANCE SHEET
December 31, 2007
(in millions)

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ — | $ 42.6 | $ — | $ (1.7) | $ — | $ 40.9 |
| Accounts receivable, net | — | 52.3 | 105.6 | 388.9 | — | 546.8 |
| Inventories | — | 24.4 | 28.9 | 102.0 | — | 155.3 |
| Prepaid Expenses | — | (2.3) | 1.0 | 20.9 | — | 19.6 |
| Other | — | 9.8 | — | 0.1 | — | 9.9 |
| Total current assets | — | 126.8 | 135.5 | 510.2 | — | 772.5 |
| Investments in affiliates and intercompany accounts, net | 268.5 | 360.4 | 490.4 | 177.5 | (1,260.1) | 36.7 |
| Property, plant, and equipment, net | — | 76.7 | 129.2 | 516.5 | — | 722.4 |
| Goodwill | — | 248.7 | 17.3 | 24.6 | — | 290.6 |
| Other assets | — | 199.6 | 35.0 | 105.5 | — | 340.1 |
| | $268.5 | $1,012.2 | $ 807.4 | $ 1,334.3 | $ (1,260.1) | $ 2,162.3 |
| | | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Debt payable within one year | $ — | $ 7.6 | $ — | $ 44.4 | $ — | $ 52.0 |
| Accounts payable | — | 60.1 | 33.3 | 202.2 | — | 295.6 |
| Accrued liabilities | — | 59.1 | 8.1 | 119.1 | — | 186.3 |
| Total current liabilities | — | 126.8 | 41.4 | 365.7 | — | 533.9 |
| Long-term debt | — | 970.8 | — | 117.4 | — | 1,088.2 |
| Other long-term liabilities | — | 134.1 | 6.9 | 130.7 | — | 271.7 |
| | — | 1,231.7 | 48.3 | 613.8 | — | 1,893.8 |
| Total stockholders' equity | 268.5 | (219.5) | 759.1 | 720.5 | (1,260.1) | 268.5 |
| | $268.5 | $1,012.2 | $ 807.4 | $ 1,334.3 | $ (1,260.1) | $ 2,162.3 |

95

Table of Contents

**CONSOLIDATING BALANCE SHEET**
**December 31, 2008**
**(in millions)**

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $— | $ 40.0 | $ — | $ 71.5 | $ — | $ 111.5 |
| Accounts receivable, net | — | 53.1 | 65.7 | 233.2 | — | 352.0 |
| Inventories | — | 17.1 | 21.2 | 78.7 | — | 117.0 |
| Prepaid Expenses | — | (1.1) | 0.6 | 19.7 | — | 19.2 |
| Other | — | 23.9 | — | — | — | 23.9 |
| Total current assets | — | 133.0 | 87.5 | 403.1 | — | 623.6 |
| Investments in affiliates and intercompany accounts, net | 15.2 | 315.4 | 599.5 | 161.4 | (1,058.1) | 33.4 |
| Property, plant, and equipment, net | — | 70.3 | 118.5 | 435.2 | — | 624.0 |
| Goodwill | — | 194.1 | 17.3 | 33.6 | — | 245.0 |
| Other assets | — | 149.4 | 17.1 | 125.8 | — | 292.3 |
| | $15.2 | $ 862.2 | $ 839.9 | $ 1,159.1 | $ (1,058.1) | $ 1,818.3 |
| | | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Debt payable within one year | $— | $ 43.5 | $ — | $ 50.6 | $ — | $ 94.1 |
| Accounts payable | — | 36.4 | 25.0 | 131.6 | — | 193.0 |
| Accrued liabilities | — | 65.6 | 6.7 | 92.3 | — | 164.6 |
| Total current liabilities | — | 145.5 | 31.7 | 274.5 | — | 451.7 |
| Long-term debt | — | 957.5 | — | 92.5 | — | 1,050.0 |
| Other long-term liabilities | — | 165.0 | 6.7 | 129.7 | — | 301.4 |
| | — | 1,268.0 | 38.4 | 496.7 | — | 1,803.1 |
| Total stockholders' equity | 15.2 | (405.8) | 801.5 | 662.4 | (1,058.1) | 15.2 |
| | $15.2 | $ 862.2 | $ 839.9 | $ 1,159.1 | $ (1,058.1) | $ 1,818.3 |

96

Table of Contents

CONSOLIDATING STATEMENT OF CASH FLOWS
For the Year Ended December 31, 2006
(in millions)

| | Parent | Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated Totals |
|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | |
| Net cash provided by (used in) operating activities | $ — | $ 37.6 | $ 26.9 | $ 71.4 | $ — | $ 135.9 |
| **INVESTING ACTIVITIES** | | | | | | |
| Property, plant, and equipment | — | (12.5) | (26.5) | (43.9) | — | (82.9) |
| Acquisition of FHS, net of cash acquired | — | (201.6) | — | — | — | (201.6) |
| Return on equity investment | — | 7.7 | — | — | — | 7.7 |
| Cost of equity investments | — | (0.4) | — | (3.7) | — | (4.1) |
| Other | — | (1.0) | — | 0.1 | — | (0.9) |
| Net cash used in investing activities | — | (207.8) | (26.5) | (47.5) | — | (281.8) |
| **FINANCING ACTIVITIES** | | | | | | |
| Proceeds from issuance of long-term debt | — | 214.8 | — | — | — | 214.8 |
| Repurchase of bonds | — | (14.9) | — | — | — | (14.9) |
| Principal payments on long-term debt | — | (9.2) | — | (37.6) | — | (46.8) |
| Proceeds from issuance of stock | 0.3 | — | — | — | — | 0.3 |
| Net change in intercompany advances | (0.3) | 0.3 | — | — | — | — |
| Other | — | (4.3) | — | (1.5) | — | (5.8) |
| Net cash provided by (used in) financing activities | — | 186.7 | — | (39.1) | — | 147.6 |
| Effects of exchange rate changes on cash | — | — | — | (7.6) | — | (7.6) |
| Changes in cash and cash equivalents | — | 16.5 | 0.4 | (22.8) | — | (5.9) |
| Cash and cash equivalents at beginning of period | — | 5.4 | 0.0 | 56.8 | — | 62.2 |
| Cash and cash equivalents at end of period | $ — | $ 21.9 | $ 0.4 | $ 34.0 | $ — | $ 56.3 |
| | | | | | | |
| **Depreciation and amortization** | $ — | $ 48.9 | $ 31.8 | $ 57.7 | $ — | $ 138.4 |

97