**APPENDIX H**

**DEBTORS' MONTHLY OPERATING REPORT FOR THE MONTHLY PERIOD
JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

7628473

Docket #0918  Date Filed: 2/26/2010

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cooper-Standard Holdings Inc., et al.

Debtor

Case No.  09-12743 (PJW)
Reporting Period:  1/1/10 – 1/31/10

**MONTHLY OPERATING REPORT**

| Required Documents | Form No. | Document Attached | Explanation Attached | Affidavit/Supp Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No | No |
| Bank Reconciliation (or copies of debtors bank reconciliations) | MOR-1a | No | Yes | No |
| Schedule of Professional Fees Paid | MOR-1b | Yes | No | No |
| Summary of U.S. Trustee Fees | MOR-1c | Yes | No | No |
| Copies of bank statements | | No | No | No |
| Cash disbursements journals | | No | No | No |
| Statement of Operations | MOR-2 | Yes | No | No |
| Balance Sheet | MOR-3 | Yes | No | No |
| Status of Postpetition Taxes | MOR-4 | No | Yes | No |
| Copies of IRS Form 6123 or payment receipt | | No | No | No |
| Copies of tax returns filed during reporting period | | No | No | No |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | No | No |
| Listing of aged accounts payable | MOR-4 | Yes | No | No |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No | No |
| Debtor Questionnaire | MOR-5 | Yes | No | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

February 26, 2010
_____
Date

Allen J. Campbell
_____
Printed Name of the Authorized Individual

Vice President and CFO
_____
Title of Authorized Individual

* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a
limited liability company.

0912743100226000000000008

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Cooper-Standard Holdings Inc., et al.
          Debtor

Case No.   09-12743 (PJW)
Reporting Period:   1/1/10 - 1/31/10

**MONTHLY OPERATING REPORT**

<u>General Notes:</u>

The financial statements and supplemental information contained herein are unaudited, preliminary and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represents the financial information for the individual Debtors noted on the pages that follow only. Accordingly, the Company's other non-Debtor affiliates have been excluded from the financial statements and supplemental information contained herein.

The financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors. In general, the Company does not maintain its books and records on an individual legal entity basis. Accordingly, various estimates, assumptions, adjustments and allocations were required to derive the financial statements and supplemental information presented herein. However, this information has not been subject to procedures that would typically be applied to financial statements presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to change and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would be typically made in accordance with U.S. GAAP.

Specifically, income tax expense is recorded on a consolidated basis. Therefore the individual Debtor financial statements are not fully reflective of a stand alone basis.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position and cash flows of the Debtors in the future.

Cooper-Standard Holdings, Inc., et al.
Debtor-in-Possession
Schedule of Monthly Cash Receipts and Disbursements
For the Month Ended January 31, 2010

| Case Number: | 09-12743 | 09-12744 | 09-12745 | 09-12746 | 09-12747 | 09-12748 | 09-12749 |
|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | |
| Accounts Receivable | - | 78,306,387 | 11,577,857 | - | - | - | - |
| DIP Borrowing | - | - | - | - | - | - | - |
| Bank Transfers | - | 11,290,739 | (11,290,739) | - | - | - | - |
| Dutch Insurance Costs Refund - Cooper-Standard Automotive Canada Limited | - | 450,782 | - | - | - | - | - |
| Other: | | | | | | | |
| Zinc Hedge Receipt | - | - | - | - | - | - | - |
| Misc Receipts other than A/R | - | 552,792 | - | - | - | - | - |
| Interest/Dividend Income | - | 2,416 | - | - | - | - | - |
| Sale of Assets | - | 3,448,022 | 82,128 | - | - | - | - |
| **Total Receipts** | - | 86,019,015 | 82,128 | - | - | - | - |
| **Disbursements** | | | | | | | |
| MRO | - | (5,627,450) | (51,814) | - | - | - | - |
| Inventory | - | (27,501,211) | (2,735,035) | - | - | - | - |
| Capital Expenditures & Tooling | - | (1,517,606) | (183,236) | - | - | - | - |
| Insurance - Fringes i.e., Health, WPC, Medicare, 401k | - | (5,026,105) | (535,112) | - | - | - | - |
| Insurance - All other Insurance | - | (124,795) | - | - | - | - | - |
| Temporary and Contract Labor | - | (515,439) | (61,852) | - | - | - | - |
| Royalties | - | - | - | - | - | - | - |
| Monthly Rentals / Leases | - | (171,255) | (21,146) | - | - | - | - |
| Postpetition Maquila fees and AR collected on behalf of non-debtor entities | - | (3,260,023) | (129,379) | - | - | - | - |
| Utilities | - | (1,520,704) | (187,700) | - | - | - | - |
| Freight and Logistics | - | (2,293,963) | (283,179) | - | - | - | - |
| Taxes - Property / Federal & State Income | - | (185,146) | (23,946) | - | - | - | - |
| Equipment Lease | - | (389,219) | (41,895) | - | - | - | - |
| Employee cost (T&E, relocation, etc.) | - | (427,281) | (52,931) | - | - | - | - |
| Computer Hardware and Software | - | (786,922) | (84,205) | - | - | - | - |
| Outside Services | - | (3,683,931) | (430,535) | - | - | - | - |
| Legal Services | - | - | - | - | - | - | - |
| Debt Issuance Costs | - | - | - | - | - | - | - |
| DIP Payments | - | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | - | - |
| IC Loans to CSA Korea, Inc. | - | (600,000) | - | - | - | - | - |
| Credit Card Prefunding | - | - | - | - | - | - | - |
| Collateral for Letter of Credits | - | - | - | - | - | - | - |
| Payroll - Direct Deposit & Taxes | - | (7,554,822) | (1,608,249) | - | - | - | - |
| Payroll - Garnishments | - | (114,935) | - | - | - | - | - |
| Pension | - | (1,415,438) | - | - | - | - | - |
| Bank Charges | - | (97,128) | - | - | - | - | - |
| Miscellaneous reclass and prior month adjustments | - | 34,097 | (6,316) | - | - | - | - |
| **Total Disbursements** | - | (62,559,731) | (7,277,958) | - | - | - | - |
| **Net Cash Flow** | - | 23,459,289 | (7,195,825) | - | - | - | - |

Cooper-Standard Holdings Inc., et al.
Debtor in Possession
Schedule of Monthly Cash Receipts and Disbursements
For the Month Ended January 31, 2010

| | 09-12740 | 09-12751 | 09-12752 | 09-12753 | 09-12754 | 09-12755 |
|---|---|---|---|---|---|---|
| **Case Number:** | | | | | | |
| **Accounts Receivable** | - | - | - | - | - | - |
| **DIP Borrowing** | - | - | - | - | - | - |
| **Bank Transfers** | - | - | - | - | - | - |
| **Debt Issuance Costs Refund – Cooper-Standard Automotive Canada Limited** | - | - | - | - | - | - |
| **Other:** | | | | | | |
| Zinc Hedge Receipt | - | - | - | - | - | - |
| Misc receipts other than A/R | - | - | - | - | - | - |
| Interest/Dividend Income | - | - | - | - | - | - |
| Sale of Assets | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | - | - | - |
| **SGRO** | | | | | | (567,900) |
| Inventory | | | | | | (2,674,021) |
| Capital Expenditures & Tooling | | | | | | (375,485) |
| Insurance – Fringe i.e., Health, WC, Medicare, 401k | | | | | | (512,349) |
| Insurance – All other insurance | | | | | | - |
| Temporary and Contract Labor | | | | | | (39,216) |
| Royalties | | | | | | - |
| Monthly Rentals / Leases | | | | | | (20,235) |
| Postpetition Maquila fees and AR collected on behalf of non-debtor entities | | | | | | (315,344) |
| Utilities | | | | | | (176,702) |
| Freight and Logistics | | | | | | (271,105) |
| Taxes – Property / Federal & State Income | | | | | | (22,945) |
| Equipment Leases | | | | | | (40,091) |
| Employee cost (T&E, relocation, etc.) | | | | | | (59,245) |
| Computer Hardware and Software | | | | | | (80,654) |
| Outside Services | | | | | | (411,931) |
| Legal Services | | | | | | - |
| Debt Issuance Costs | | | | | | - |
| DIP Payments | | | | | | - |
| Interest Expense | | | | | | - |
| IC Loans to CSA Korea, Inc. | | | | | | - |
| Credit Card Prefunding | | | | | | - |
| Collateral for Letter of Credits | | | | | | - |
| Payroll – Direct Deposit & Taxes | | | (1,188,919) | | (201,726) | (2,524,654) |
| Payroll – Garnishments | | | | | | - |
| Pension | | | | | | 6 |
| Base Charges | | | | | | - |
| Miscellaneous reclass and prior month adjustments | | | | | | (7,375) |
| **Total Disbursements** | | | (1,188,919) | | (201,726) | (7,933,075) |
| **Net Cash Flow** | | | (1,188,919) | | (201,726) | (7,933,075) |

MOR-4

Cooper-Standard Holdings Inc., et al.
Debtor in Possession
Schedule of Cumulative Cash Receipts and Disbursements
For the Period from August 3, 2009 to January 31, 2010

| Case Number: | 09-12743 | 09-12744 | 09-12745 | 09-12746 | 09-12747 | 09-12748 | 09-12749 |
|---|---|---|---|---|---|---|---|
| Accounts Receivable | - | 391,661,860 | 48,865,988 | - | - | - | - |
| DIP Borrowing | - | 75,000,000 | - | - | - | - | - |
| Bank Transfers | - | 46,122,257 | (46,122,257) | - | - | - | - |
| Debt Issuance Costs reimbursed from Cooper-Standard Automotive Canada Limited | - | 6,177,037 | - | - | - | - | - |
| Other: | | | | | | | |
| Zinc Hedge Receipt | - | 15,719 | - | - | - | - | - |
| Misc Receipts other than A/R | - | 5,693,655 | - | - | - | - | - |
| Interest/Dividend Income | - | 52,479 | - | - | - | - | - |
| Sale of Assets | - | 3,659,022 | - | - | - | - | - |
| **Total Receipts** | - | 528,020,030 | 747,731 | - | - | - | - |
| MRO | - | (26,306,118) | (4,423,306) | - | - | - | - |
| Inventory | - | (127,943,675) | (21,225,762) | - | - | - | - |
| Capital Expenditures & Tooling | - | (8,164,131) | (1,287,866) | - | - | - | - |
| Insurance - Fringes i.e. Health, WC, Medicare, 401k | - | (36,729,992) | (2,472,638) | - | - | - | - |
| Insurance - All other Insurance | - | (972,270) | - | - | - | - | - |
| Temporary and Contract Labor | - | (1,622,942) | (300,154) | - | - | - | - |
| Royalties | - | (1,016,667) | - | - | - | - | - |
| Monthly Rentals / Leases | - | (1,340,643) | (306,948) | - | - | - | - |
| Postpetition Maquila fees and JAR collected on behalf of non-debtor entities | - | (25,172,420) | (3,487,911) | - | - | - | - |
| Utilities | - | (6,936,216) | (1,372,098) | - | - | - | - |
| Freight and Logistics | - | (8,701,058) | (1,206,372) | - | - | - | - |
| Taxes - Property / Federal & State Income | - | (2,088,921) | (441,455) | - | - | - | - |
| Equipment Losses | - | (1,554,295) | (315,061) | - | - | - | - |
| Employee cost (T&E, relocation, etc.) | - | (1,909,485) | (377,241) | - | - | - | - |
| Computer Hardware and Software | - | (2,673,037) | (506,900) | - | - | - | - |
| Outside Services | - | (33,465,882) | (2,262,246) | - | - | - | - |
| Legal Services | - | (3,900) | - | - | - | - | - |
| Debt Issuance Costs | - | (21,259,559) | - | - | - | - | - |
| DIP Paydown | - | (110,549) | - | - | - | - | - |
| Interest Expense | - | (1,285,281) | - | - | - | - | - |
| UC Loans to CSA Korea, Inc. | - | (2,977,000) | - | - | - | - | - |
| Credit Card Prefunding | - | (100,000) | - | - | - | - | - |
| Collateral for Letter of Credits | - | (10,185,000) | - | - | - | - | - |
| Payroll - Direct Deposits & Taxes | - | (41,216,037) | (9,433,159) | - | - | - | - |
| Payroll - Garnishments | - | (716,076) | - | - | - | - | - |
| Pension | - | (4,974,346) | - | - | - | - | - |
| Bank Charges | - | (152,140) | (10,235) | - | - | - | - |
| Miscellaneous | - | (269,209) | (18,991) | - | - | - | - |
| **Total Disbursements** | - | (326,728,457) | (49,713,778) | - | - | - | - |
| **Net Cash Flow** | - | 199,291,043 | (48,966,042) | - | - | - | - |

Cooper Standard Holdings Inc., et al.
Debtor in Possession
Schedule of Consolidative Cash Receipts and Disbursement
For the Period from August 3, 2009 to January 31, 2010

| Case Number: | 09-12749/50 | 09-12751 | 09-12752 | 09-12753 | 09-12754 | 09-12755 |
|---|---|---|---|---|---|---|
| Accounts Receivable | | | | | | |
| DIP Borrowing | | | | | | |
| Bank Transfers | | | | | | |
| Debt Issuance Costs reimbursed from Cooper-Standard Automotive Canada Limited | | | | | | |
| Other: | | | | | | |
| Zinc Hedge Receipt | | | | | | |
| Misc Receipts other than A/R | | | | | | |
| Interest/Dividend Income | | | | | | |
| Sale of Assets | | | | | | |
| Total Receipts | | | | | | |
| MRO | | | | | | (4,601,593) |
| Inventory | | | | | | (22,197,127) |
| Capital Expenditures & Tooling | | | | | | (1,530,184) |
| Insurance - Fringes i.e., Health, WC, Medicare, 401k | | | | | | (2,915,926) |
| Insurance - All other Insurance | | | | | | |
| Temporary and Contract Labor | | | | | | (507,059) |
| Royalties | | | | | | |
| Monthly Rentals / Leases | | | | | | |
| Postpetition Mequila fees and A/S collected on behalf of non-debtor entities | | | | | | (292,177) |
| Utilities | | | | | | (3,595,412) |
| Freight and Logistics | | | | | | (1,166,011) |
| Taxes - Property / Federal & State Income | | | | | | (2,002,481) |
| Equipment Leases | | | | | | (512,206) |
| Employee cost (T&E, relocation, etc.) | | | | | | (334,883) |
| Computer Hardware and Software | | | | | | (465,518) |
| Outside Services | | | | | | (578,743) |
| Legal Services | | | | | | (2,276,622) |
| Debt Issuance Costs | | | | | | |
| DIP Payments | | | | | | |
| Interest Expense | | | | | | |
| RC Loans to CSA Korea, Inc. | | | | | | |
| Credit Card Financing | | | | | | |
| Collateral for Letter of Credits | | | | | | |
| Payroll - Direct Deposit & Taxes | | | (6,335,882) | | (1,696,077) | (15,804,793) |
| Payroll - Garnishments | | | | | | |
| Pension | | | | | | |
| Basic Charges | | | | | | 670 |
| Miscellaneous | | | | | | (25,060) |
| Total Disbursements | | | (6,335,882) | | (1,696,077) | (55,535,529) |
| Net Cash Flow | | | (6,335,882) | | (1,696,077) | (58,530,578) |

In Re: Cooper-Standard Holdings Inc., et al.
Debtor

Case No. 09-12743 (PJW)
Reporting Period: 1/1/10 - 1/31/10

All bank accounts have been reconciled without exception. A complete listing of all bank accounts of the Debtors as of January 31, 2010 can be found below:

| Legal Entity | Bank | Account Type | Account Number* | Account Name* | Bank Address | Month End Book Balance |
|---|---|---|---|---|---|---|
| Cooper Standard Automotive, Inc. | Bank of America | Receipt (Lockbox) | 1819 | Drawer #5727 | 1100 N. Tryon Street, Charlotte, NC 28255 | $ - |
| Cooper Standard Automotive FHS, Inc. | Bank of America | Receipt (Lockbox) | 1827 | Drawer #9704 | 1100 N. Tryon Street, Charlotte, NC 28255 | $ - |
| Cooper Standard Automotive, Inc. | Bank of America | Receipt | 1819 | Cooper Standard Automotive, Inc. | 1100 N. Tryon Street, Charlotte, NC 28255 | $ - |
| Cooper Standard Automotive FHS, Inc. | Bank of America | Receipt | 1827 | Cooper Standard Automotive FHS, Inc. | 1100 N. Tryon Street, Charlotte, NC 28255 | $ - |
| Cooper Standard Automotive, Inc. | Bank of America | Concentration | 1801 | Cooper Standard Automotive, Inc. | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 29,976,506.00 |
| Sterling Investments Co. | Bank of America | Receipt / Disbursement | 3510 | Sterling Investments | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 756,000 |
| Cooper Standard Automotive, Inc. | Bank of America | Investment | 9124 | Cooper Standard Automotive, Inc. | 1100 N. Tryon Street, Charlotte, NC 28255 | $ - |
| Cooper Standard Automotive, Inc. | Comerica Securities | Investment | 3027 | Cooper Standard Automotive, Inc. | 201 W. Fort Street, Detroit, MI 49226 | $ 67,013,703.00 |
| Cooper Standard Automotive, Inc. | Bank of America | Disbursement | 4926 | Accounts Payable - IDE | 1100 N. Tryon Street, Charlotte, NC 28255 | $ (204,567.00) |
| Cooper Standard Automotive, Inc. | Bank of America | Disbursement | 4454 | Accounts Payable - Vanguard | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 255,660.00 |
| Cooper Standard Automotive, Inc. | Bank of America | Disbursement | 4934 | Accounts Payable - BPCS | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 727,618.00 |
| Cooper Standard Automotive, Inc. | Bank of America | Disbursement | 9275 | Accounts Payable - Aguas | 1100 N. Tryon Street, Charlotte, NC 28255 | $ (264,691.00) |
| Cooper Standard Automotive, Inc. | Bank of America | Payroll | 4488 | Payroll | 1100 N. Tryon Street, Charlotte, NC 28255 | $ (123,875.00) |
| Cooper Standard Automotive, Inc. | Bank of America | Benefits | 3377 | Blue Cross Blue Shield | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 45,333.00 |
| Cooper Standard Automotive, Inc. | Bank of America | Benefits | 6282 | Flex Spending | 1100 N. Tryon Street, Charlotte, NC 28255 | $ 24,192.00 |
| Cooper Standard Automotive, Inc. | Bank Mendes Gans | Other | 3846 | Cooper Standard Automotive, Inc. | Herengracht 619, Amsterdam, The Netherlands | $ - |
| Cooper Standard Automotive, Inc. | Bank Mendes Gans | Other | 8844 | Cooper Standard Automotive, Inc. | Herengracht 619, Amsterdam, The Netherlands | $ - |
| Cooper Standard Automotive, Inc. | Bank Mendes Gans | Other | 3628 | Cooper Standard Automotive, Inc. | Herengracht 619, Amsterdam, The Netherlands | $ - |
| CSA Ohio LLC | Bank Mendes Gans | Other | 8674 | CSA Ohio LLC | Herengracht 619, Amsterdam, The Netherlands | $ - |
| CSA Automotive LLC | Bank Mendes Gans | Other | 8147 | CSA Automotive LLC | Herengracht 619, Amsterdam, The Netherlands | $ 13,111.00 |
| Cooper Standard Automotive FHS, Inc. | Comerica | Receipt | 6697 | Cooper Standard Automotive FHS | 1717 Main Street, Dallas, TX 75201 | $ 752,265.00 |
| Cooper Standard Automotive FHS, Inc. | Comerica | Receipt | 6648 | Cooper Standard Automotive FHS | 1717 Main Street, Dallas, TX 75201 | $ - |
| Cooper Standard Automotive, Inc. | JP Morgan Chase | Benefits | 5425 | Cooper Standard Automotive, Inc. | 270 Park Avenue, New York, NY 10017 | $ - |
| Cooper Standard Automotive, Inc. | JP Morgan Chase | Receipt | 7401 | Cooper Standard Automotive, Inc. | 270 Park Avenue, New York, NY 10017 | $ 214,812.00 |
| Cooper Standard Automotive FHS, Inc. | Comerica | Receipt (Lockbox) | 6697 | Drawer #61-399 | 1717 Main Street, Dallas, TX 75201 | $ - |
| Cooper Standard Automotive, Inc. | Bank of America | Adequate Assurance Account - Utility Mastion | 7020 | Cooper Standard Automotive, Inc. | 100 West 33rd Street, New York, NY 10001 | $ 796,442.00 |
| Cooper Standard Automotive, Inc. | Royal Bank of Scotland | French Pledge Account | 5Y03 | Cooper Standard Automotive, Inc. | 80 Esplanade du General de Gaulle, 92 934 Paris la Defense Cedex | $ - |

* Last four digits of account number.

MOR-1a

Case No. 09-12743 (PJW)
Reporting Period: 1/1/10 - 1/31/10

In Re: Cooper-Standard Holdings Inc., et al.
Debtor

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

Note: Payor for all entries is "Cooper-Standard Holdings Inc., et al."

| Professional | Period Covered | Amount Requested | Fees Paid | Expenses Paid | Date Paid | Check/Wire No. | Cumulative Fees Paid | Cumulative Expenses Paid |
|---|---|---|---|---|---|---|---|---|
| Alvarez & Marsal | 8/1/2009-8/31/2009 | $359,031.11 | 345,806.00 | 13,197.11 | 10/24/2009 | Wire | | |
| Alvarez & Marsal | 9/1/2009-9/30/2009 | $377,929.13 | 367,257.60 | 10,671.53 | 12/22/2009 | Wire | | |
| Alvarez & Marsal | 10/1/2009-10/31/2009 | $239,019.11 | 230,800.40 | 8,218.71 | 1/19/2010 | Wire | $943,864.00 | $32,087.35 |
| Ernst & Young | 8/2/2009-8/31/2009 | $230,950.00 | 270,957.00 | 833.00 | 11/11/2009 | 203500 | | |
| Ernst & Young | 9/1/2009-9/30/2009 | $132,671.00 | 122,688.00 | 9,985.00 | 11/23/2009 | 203500 | | |
| Ernst & Young | 9/1/2009-9/30/2009 | $18,817.00 | 18,817.00 | - | 11/23/2009 | 203500 | | |
| Ernst & Young | 10/1/2009-10/31/2009 | $147,088.40 | 139,214.40 | 7,866.00 | 12/21/2009 | 204701 | | |
| Ernst & Young | 10/1/2009-10/31/2009 | $9,311.25 | 9,311.20 | - | 12/31/2009 | 204701 | | |
| Ernst & Young | 11/1/2009-11/30/2009 | $23,797.40 | 23,610.80 | 186.60 | 1/21/2010 | 205804 | $982,738.40 | $18,868.60 |
| Freid, Frank, Harris, Shriver & Jacobson LLP | 8/1/2009-8/31/2009 | $718,753.06 | 694,870.00 | 23,830.06 | 11/2/2009 | Wire | | |
| Freid, Frank, Harris, Shriver & Jacobson LLP | 9/1/2009-9/30/2009 | $850,417.36 | 799,310.80 | 51,340.61 | 12/2/2009 | Wire | | |
| Freid, Frank, Harris, Shriver & Jacobson LLP | 10/1/2009-10/31/2009 | $640,564.05 | 624,352.00 | 16,633.00 | 1/18/2010 | 205543 | $2,118,532.80 | $91,803.67 |
| Kurtzman Carson Consultants LLC | 8/1/2009-8/31/2009 | $112,348.79 | 68,596.89 | 43,751.90 | 10/21/2009 | Wire | | |
| Kurtzman Carson Consultants LLC | 9/1/2009-9/30/2009 | $49,288.40 | 36,463.95 | 12,824.45 | 11/24/2009 | Wire | | |
| Kurtzman Carson Consultants LLC | 10/1/2009-10/31/2009 | $29,017.32 | 20,772.50 | 8,244.82 | 12/22/2009 | Wire | | |
| Kurtzman Carson Consultants LLC | 11/1/2009-11/30/2009 | $109,633.66 | 53,448.00 | 56,185.66 | 1/15/2010 | Wire | | |
| Kurtzman Carson Consultants LLC | 12/1/2009-12/31/2009 | $98,549.12 | 54,727.00 | 44,426.12 | 1/29/2010 | Wire | $265,404.24 | $210,389.54 |
| Lazard Freres & Co. LLC | 8/1/2009-9/31/2009 | $161,544.38 | 160,000.00 | 1,544.38 | 1/18/2010 | 203165 | | |
| Lazard Freres & Co. LLC | 10/1/2009-10/31/2009 | $166,318.21 | 160,000.00 | 6,318.21 | 1/25/2010 | Wire | $320,000.00 | $7,862.59 |
| Richards, Layton & Finger, P.A. | 8/1/2009-8/31/2009 | $68,911.33 | 61,968.00 | 6,943.33 | 11/2/2009 | Wire | | |
| Richards, Layton & Finger, P.A. | 9/1/2009-9/30/2009 | $20,147.02 | 16,262.40 | 3,884.62 | 11/24/2009 | Wire | | |
| Richards, Layton & Finger, P.A. | 10/1/2009-10/31/2009 | $29,012.23 | 24,543.20 | 4,469.03 | 12/9/2009 | Wire | | |
| Richards, Layton & Finger, P.A. | 11/1/2009-11/30/2009 | $13,721.68 | 13,059.60 | 662.08 | 1/21/2010 | Wire | $135,863.20 | $12,944.03 |
| Shirck & Company Inc. | N/A | $- | - | - | N/A | N/A | $- | $- |
| Kramer Levin Naftalis & Frankel LLP | 8/13/2009-8/31/2009 | $228,929.18 | 224,991.20 | 3,937.98 | 1/18/2010 | 203163 | | |
| Kramer Levin Naftalis & Frankel LLP | 9/1/2009-9/30/2009 | $217,206.22 | 212,142.80 | 5,063.42 | 12/9/2009 | wire | | |
| Kramer Levin Naftalis & Frankel LLP | 10/1/2009-10/31/2009 | $199,138.33 | 197,657.20 | 1,681.13 | 12/9/2009 | wire | | |
| Kramer Levin Naftalis & Frankel LLP | 11/1/2009-11/30/2009 | $161,843.11 | 154,489.60 | 7,355.51 | 1/21/2010 | 205811 | $789,280.80 | $18,036.04 |
| FTI Consulting | 8/1/2009-9/30/2009 | $327,649.25 | 322,560.65 | 5,088.60 | 12/7/2009 | 203163 | | |
| FTI Consulting | 10/1/2009-10/31/2009 | $201,098.35 | 200,090.00 | 1,008.55 | 12/27/2009 | 204080 | $522,580.65 | $6,077.15 |
| Young Conaway Stargatt & Taylor, LLP | 8/1/2009-8/31/2009 | $14,161.46 | 11,750.00 | 2,411.46 | 1/18/2010 | 203201 | | |
| Young Conaway Stargatt & Taylor, LLP | 9/1/2009-9/30/2009 | $30,054.36 | 28,548.00 | 1,506.36 | 11/23/2009 | 203422 | | |
| Young Conaway Stargatt & Taylor, LLP | 10/1/2009-10/31/2009 | $18,908.34 | 15,949.30 | 2,959.04 | 12/2/2010 | 205245 | | |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2009-11/30/2009 | $9,278.35 | 8,071.70 | 1,206.83 | 1/15/2010 | 205835 | $64,318.90 | $8,063.91 |
| Bennet Jones LLP | 9/2/2009-9/30/2009 | $6,612.83 | 6,593.22 | 19.61 | 12/10/2009 | Wire | | |
| Bennet Jones LLP | 10/1/2009-10/31/2009 | $10,177.45 | 10,174.85 | 2.60 | 1/11/2010 | Wire | | |
| Bennet Jones LLP | 11/1/2009-11/30/2009 | $31,478.32 | 30,936.38 | 541.94 | 1/29/2010 | Wire | $47,704.45 | $564.13 |
| Foley and Lardner LLP | 9/1/2009-9/30/2009 | $100,185.12 | 97,658.44 | 2,526.68 | 12/14/2009 | N/A | | |
| Foley and Lardner LLP | 10/1/2009-10/31/2009 | $56,618.29 | 54,922.30 | 1,695.99 | 1/25/2010 | wire | | |
| Foley and Lardner LLP | 11/1/2009-11/30/2009 | $23,291.08 | 22,354.40 | 936.68 | 1/29/2010 | wire | $174,995.04 | $5,158.45 |
| Warren H. Smith & Associates, P.C. | 11/1/2009-11/30/2009 | $609.13 | 586.40 | 22.73 | 1/11/2010 | 205243 | $586.40 | $33.73 |

In re:  Cooper-Standard Holdings Inc., et al.       Case No.   09-12743 (PJW)
                              Debtor       Reporting Period:   1/1/10 - 1/31/10

## SUMMARY OF U.S. TRUSTEE FEES

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Holdings Inc. | 09-12743 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Automotive, Inc. | 09-12744 (PJW) | | |
| Total Disbursements | | 62,559,731 | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ 62,559,731 | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Automotive FHS Inc. | 09-12745 (PJW) | | |
| Total Disbursements | | 7,277,953 | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ 7,277,953 | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Automotive Fluid Systems Mexico Holdings LC | 09-12746 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Stan Tech, Inc. | 09-12747 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Westborn Service Center, Inc. | 09-12748 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| North American Rubber, Incorporated | 09-12749 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Sterling Investments Company | 09-12750 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| NISCO Holding Company | 09-12751 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Automotive NC L.L.C. | 09-12752 (PJW) | | |
| Total Disbursements | | 1,189,019 | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ 1,189,019 | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| CS Automotive LLC | 09-12753 (PJW) | | |
| Total Disbursements | | - | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ - | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| CSA Services, Inc. | 09-12754 (PJW) | | |
| Total Disbursements | | 201,726 | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ 201,726 | TBD |

| Debtor | Case No. | Quarterly Disb. | Fees |
|---|---|---|---|
| Cooper-Standard Automotive OH, LLC | 09-12755 (PJW) | | |
| Total Disbursements | | 7,933,075 | |
|      Less: Transfers to Debtor in Possession Accounts | | | |
|      Plus: Estate Disbursements Made by Outside Sources | | - | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | | $ 7,933,075 | TBD |

                  $ 79,161,504     TBD

Cooper-Standard Holdings Inc., et al.
Debtor In Possession
Unaudited Income Statements
For the Month Ended January 31, 2010

| Case Number: | 09-12743 | 09-12744 | 09-12745 | 09-12746 | 09-12747 | 09-12748 | 09-12749 |
|---|---|---|---|---|---|---|---|
| Sales | $          - | $  41,639,474 | $  16,245,448 | $          - | $          - | $          - | $          - |
| Material |  | 24,618,374 | 7,291,143 |  |  |  |  |
| Labor |  | 3,405,672 | 1,118,664 |  |  |  |  |
| Overhead |  | 7,362,933 | 2,738,769 |  |  |  |  |
| Scrap & Other |  | 903,255 | 737,515 |  |  |  |  |
| Cost of products sold |  | 36,290,234 | 11,885,891 |  |  |  |  |
| Gross profit |  | 5,349,240 | 4,359,557 |  |  |  |  |
| Salary & Benefits |  | 5,073,512 | - |  |  |  |  |
| Supplies / Occupancy |  | 1,436,269 | - |  |  |  |  |
| Travel & Entertainment |  | 129,207 | - |  |  |  |  |
| Contract Services |  | 728,509 | 21 |  |  |  |  |
| Other |  | 1,756,927 | (13,962) |  |  |  |  |
| Impairment |  | - | - |  |  |  |  |
| Amortization of Intangibles, |  | 28,833 |  |  |  |  |  |
| Restructuring |  | 32,757 | 85,197 |  |  |  |  |
| Total SG&A Expenses |  | 9,192,014 | 71,256 |  |  |  |  |
| Operating profit (loss) |  | (3,842,774) | 4,388,301 |  |  |  |  |
| Reorganization Items, net |  | (3,692,255) | - |  |  |  |  |
| Royalty Income (loss) |  | 544,049 | - |  |  |  |  |
| Other Income (expense) |  | (987,061) | (2,329) |  |  |  |  |
| Equity earnings (losses) |  | - | - |  |  |  |  |
| EBIT |  | (7,778,241) | 4,285,972 |  |  |  |  |
| Interest Income (expense) |  | (1,576,534) | - |  |  |  |  |
| Income (loss) before income taxes |  | (9,354,775) | 4,285,972 |  |  |  |  |
| Provision for income tax (benefit)* |  | (279,466) | - |  |  |  |  |
| Net income (loss) | $          - | $  (9,075,309) | $  4,285,972 | $          - | $          - | $          - | $          - |

*Income tax provision for all debtors is recorded at Cooper-Standard Automotive Inc.

MOR-2

**Cooper-Standard Holdings Inc., et al.**
**Debtor In Possession**
**Unaudited Income Statements**
**For the Month Ended January 31, 2010**

| Case Number | 09-127450 | 09-12751 | 09-12752 | 09-12753 | 09-12754 | 09-12755 |
|---|---|---|---|---|---|---|
| Sales | $          - | $          - | $          - | $          - | $          - | $   14,021,563 |
| Material | - | - | - | - | - | 5,554,325 |
| Labor | - | - | - | - | - | 2,058,549 |
| Overhead | - | - | 1 | - | - | 3,558,996 |
| Scrap & Other | - | - | - | - | - | 605,316 |
| Cost of products sold | - | - | 1 | - | - | 11,777,186 |
| Gross profit | - | - | (1) | - | - | 2,244,377 |
| Salary & Benefits | - | - | - | - | 347,698 | - |
| Supplies / Occupancy | - | - | - | - | 562 | - |
| Travel & Entertainment | - | - | - | - | 7,326 | - |
| Contract Services | - | - | - | - | 25 | - |
| Other | - | - | - | - | (284,218) | 5,800 |
| Impairment | - | - | - | - | - | - |
| Amortization of Intangibles | - | - | - | - | - | - |
| Restructuring | - | - | - | - | - | - |
| Total SG&A Expenses | - | - | - | - | 71,363 | 5,800 |
| Operating profit (loss) | - | - | (1) | - | (71,363) | 2,238,577 |
| Reorganization Items, net | - | - | - | - | - | - |
| Royalty income (loss) | - | - | - | - | - | - |
| Other income (expense) | - | - | - | 407 | - | (73) |
| Equity earnings (losses) | - | 194,725 | - | - | - | - |
| EBIT | - | 194,725 | (1) | 407 | (71,363) | 2,238,504 |
| Interest income (expense) | - | - | - | 549,091 | - | - |
| Income (loss) before income taxes | - | 194,725 | (1) | 549,498 | (71,363) | 2,238,504 |
| Provision for income tax (benefit)* | - | - | - | - | - | - |
| Net income (loss) | $          - | $ 194,725 | $ (1) | $ 549,498 | $ (71,363) | $ 2,238,504 |

*Income tax provision for all debtors is recorded at Cooper-Standard Automotive Inc.

| | 09-12743 | 09-12744 | 09-12745 | 09-12746 | 09-12747 | 09-12748 | 09-12749 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current assets:** | | | | | | | |
| Cash and cash equivalents | $ - | $ 98,368,848 | $ 754,415 | $ | $ | $ - | - |
| Accounts receivable, net | - | 85,942,471 | 28,472,399 | | | - | - |
| Inventories, net | - | 26,334,494 | 10,011,616 | | | - | - |
| Prepaid expenses | - | 5,730,328 | (69,006) | | | - | - |
| Intercompany receivable | 72,731,813 | | | | | 3,057,450 | 1,009,781 |
| Other | - | 6,657,460 | 90,155,653 | | | - | - |
| Total current assets | 72,731,813 | 223,003,511 | 121,545,577 | | | 3,057,450 | 1,009,781 |
| Property, plant, and equipment, net | - | 89,720,888 | 33,371,554 | | | - | - |
| Goodwill | - | 87,728,335 | - | | | - | - |
| Intangibles, net | - | 1,005,175 | 640,498 | | | - | - |
| Intercompany investments | - | 526,823,593 | 2,405,255 | | | - | - |
| Long-term intercompany receivable | (325,087,413) | 206,368,026 | - | | | - | - |
| Other assets | - | 30,747,036 | 8,692 | | | - | - |
| Total assets | $ (252,355,600) | $ 1,165,402,364 | $ 157,971,576 | $ - | $ - | $ 3,057,450 | 1,009,781 |
| **Liabilities and Stockholders' Equity (Deficit)** | | | | | | | |
| **Liabilities not subject to compromise:** | | | | | | | |
| **Current liabilities:** | | | | | | | |
| Debt Payable within One Year | $ - | $ 73,046,768 | $ - | $ | $ | $ - | - |
| Accounts payable | - | 44,474,689 | 7,368,071 | | | - | - |
| Payroll liabilities | - | 19,504,499 | 677,310 | | | - | - |
| Accrued liabilities | - | 24,048,742 | 5,853,239 | | | - | - |
| Intercompany payable | - | 652,128,674 | 1,306,235 | | 2,583,965 | - | - |
| | | | 190,784 | | | | |
| Total current liabilities | - | 815,623,362 | 9,251,616 | | 2,583,965 | - | - |
| Long-term debt | - | 2,091,808 | - | | | - | - |
| Pension benefits | - | 70,467,221 | - | | | - | - |
| Postretirement benefits other than pensions | - | 54,126,480 | - | | | - | - |
| Deferred tax liabilities | - | (1,499,965) | - | | | - | - |
| Other long-term liabilities | - | 10,392,256 | 190,784 | | | - | - |
| Liabilities subject to compromise | 69,112,891 | 1,077,120,007 | 2,506,815 | | | - | - |
| Total liabilities | 69,112,891 | 2,028,332,328 | 17,602,054 | | 2,583,965 | - | - |
| Common stock | 24,791 | 15 | - | | | - | - |
| Intercompany common stock | - | (1,515,999) | - | | 100 | 250 | 5,470,526 |
| Additional paid-in capital | 352,785,210 | 793,394 | - | | | - | - |
| Intercompany paid-in capital | (674,288,492) | (331,453,257) | 120,302,465 | | 9,900 | 9,750 | 3,242,525 |
| Retained Earnings (Accumulated deficit) | (331,498,491) | (421,874,641) | 19,647,455 | | (2,593,945) | 3,047,450 | (7,703,270) |
| Accumulated other comprehensive income (loss) | - | (118,280,406) | 19,202 | | | - | - |
| Total stockholder equity (deficit) | (331,498,491) | (862,930,874) | 139,969,122 | | (2,583,965) | 3,057,450 | 1,009,781 |
| Total liabilities and equity (deficit) | $ (252,355,600) | $ 1,165,402,364 | $ 157,771,576 | $ | $ - | $ 3,057,450 | 1,009,781 |

MOR-3

| | 09-127450 | 09-12751 | 09-12752 | 09-12753 | 09-12754 | 09-12755 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current assets:** | | | | | | |
| Cash and cash equivalents | $ 756 | $ | $ | $ 13,111 | $ | $ 1,884 |
| Accounts receivable, net | | | | | 29,675 | 20,304,604 |
| Inventories, net | | | | | | 4,883,048 |
| Prepaid expenses | | | | | | 301,340 |
| Intercompany receivable | | 13,417,935 | 8,522 | 3,838,238 | 755,412 | 510,438,910 |
| Other | | | | | | |
| Total current assets | 756 | 13,417,935 | 8,522 | 3,851,349 | 785,087 | 535,929,806 |
| Property, plant, and equipment, net | | | | | | 39,779,924 |
| Goodwill | | | | | | - |
| Intangible, net | | | | | | - |
| Intercompany investments | | | | | | - |
| Long-term intercompany receivable | | | | 95,176,501 | | - |
| Other assets | | 13,594,722 | | | | 35,537 |
| Total assets | $ 756 | $ 27,012,657 | $ 8,522 | $ 99,027,850 | $ 785,087 | $ 575,745,557 |
| **Liabilities and Stockholders' Equity (Deficit)** | | | | | | |
| **Liabilities not subject to compromise:** | | | | | | |
| **Current liabilities:** | | | | | | |
| Debt Payable within One Year | $ | $ | $ | $ | $ | $ - |
| Accounts payable | | | | | (8,285) | 4,777,940 |
| Payroll liabilities | | | | | 272,599 | 2,121,969 |
| Accrued liabilities | | | | | | 342,979 |
| Intercompany payable | 935 | | | | | - |
| Total current liabilities | 935 | | | | 264,314 | 7,242,888 |
| Long-term debt | | | | | | - |
| Pension benefits | | | | | | - |
| Postretirement benefits other than pension | | | | | | - |
| Deferred tax liabilities | | | | | | - |
| Other long-term liabilities | | | | | | 69,817 |
| Liabilities subject to compromise | | | | | | 513,457 |
| Total liabilities | 935 | | | | 264,314 | 7,826,162 |
| Common stock | | | | | 100 | - |
| Intercompany common stock | | 10,000,000 | | | | - |
| Additional paid-in capital | | | | | | 18,356,000 |
| Intercompany paid-in capital | | 17,012,657 | 8,522 | 91,902,600 | 520,673 | 549,583,395 |
| Retained Earnings (Accumulated deficit) | (179) | | | 3,664,396 | | 567,010,395 |
| Accumulated other comprehensive income (loss) | | | | 3,460,854 | | |
| Total stockholders' equity (deficit) | (179) | 27,012,657 | 8,522 | 99,027,850 | 520,773 | 567,919,395 |
| Total liabilities and equity (deficit) | $ 756 | $ 27,012,657 | $ 8,522 | $ 99,027,850 | $ 785,087 | $ 575,745,557 |

In Re:  Cooper-Standard Holdings Inc., et al.
                 Debtor

Case No.  09-12743 (PJW)
Reporting Period:  1/1/10 - 1/31/10

### STATUS OF POSTPETITION TAXES

All postpetition taxes continue to be paid and are current.

### CONSOLIDATED SUMMARY OF UNPAID POSTPETITION DEBTS*

| | Current | 0-30 | 31-60 | 61-90 | Over 90*** | Total |
|---|---|---|---|---|---|---|
| Accounts Payable** | $ 11,401,494 | $ 689,227 | $ 575,117 | $ (531,594) | $ (5,841,626) | $ 6,292,618 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases - Building | - | - | - | - | - | - |
| Rent/Leases - Equipment | - | - | - | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| Total Postpetition Debts | $ 11,401,494 | $ 689,227 | $ 575,117 | $ (531,594) | $ (5,841,626) | $ 6,292,618 |

* This schedule is prepared for all debtors on a consolidated basis.

** Account payable includes Trade AP only.

*** Amount represents Cash-in-Advance/Deposit payments systematically aged immediately when paid. Invoices have not yet been applied against these payments in the accounts payable system.

| In Re: | Cooper-Standard Holdings Inc., et al. | Case No. | 09-12743 (PJW) |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/10 - 1/31/10 |

### Consolidated Accounts Receivable Reconciliation and Aging*

| Accounts Receivable Reconciliation ** | | |
|---|---|---|
| Total Accounts Receivable at beginning of the reporting period | $ | 126,066,995 |
| + Amounts billed during the period | | 73,543,584 |
| - Amounts collected during the period | | (75,983,819) |
| - Other Adjustments to Trade Accounts Receivable, including credit memos, discounts | | 1,954,266 |
| + Other adjustments to Non-Trade Accounts Receivable | | 3,608,699 |
| Total Accounts Receivable at ending of the reporting period | $ | 129,189,725 |

| Trade Accounts Receivable Aging *** | | |
|---|---|---|
| Current | $ | 91,246,163 |
| 0-30 days past due | | 5,794,441 |
| 31-60 days past due | | 1,199,073 |
| 61-90 days past due | | 529,703 |
| 91 + days past due | | 1,596,067 |
| Total Accounts Receivable | | 100,365,447 |
| Amounts considered uncollectible (Bad Debt) | | (2,440,057) |
| Accounts Receivable (Net) | $ | 97,925,390 |

* This schedule is prepared for all debtors on a consolidated basis.

** Gross Accounts Receivable - Trade and Other

*** Trade Accounts Receivable (exclusive of Other Accounts Receivable and Short-Term Receivable) net of corresponding Allowance for Long Term Agreement and Bad Debts of $2,440,057. Balance Sheet Gross Accounts Receivable also include other non-trade AR for the amount of $28,824,278. Total Balance Sheet Gross Accounts Receivable amount is $ 129,189,725, including trade and non-trade AR, net of Allowance for Bad Debt of $2,440,057. Balance Sheet Net Receivables amount is $126,749,669.

### Debtor Questionnaire

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X* | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

*The Debtors sold certain assets at the idle Archbold, Ohio plant pursuant to an Order of this Court.

MOR-5