## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| COOPER-STANDARD HOLDINGS INC., *et al.*,[1] | Case No. 09-12743 (PJW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 751, 752, 1054, 1055, 1109 & 1116 |

### NOTICE OF FILING (I) DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) FIRST AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that, on February 1, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the: (a) *Debtors' Joint Chapter 11 Plan* [Docket No. 751], and (b) *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 752] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on March 20, 2010, the Debtors filed the: (a) *Debtors' First Amended Joint Chapter 11 Plan* [Docket No. 1054] (the "First Amended Plan"), and (b) *Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1055] (the "Disclosure Statement for the First Amended Plan").

PLEASE TAKE FURTHER NOTICE that, on March 26, 2010, the Debtors filed the: (a) *Debtors' Second Amended Joint Chapter 11 Plan* [Docket No. 1109] (the "Second

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Cooper-Standard Holdings Inc. (5088); Cooper-Standard Automotive Inc. (9970); Cooper-Standard Automotive FHS Inc. (2953); Cooper-Standard Automotive Fluid Systems Mexico Holding LLC (0442); Cooper-Standard Automotive OH, LLC (2845); StanTech, Inc. (4014); Westborn Service Center, Inc. (7448); North American Rubber, Incorporated (9926); Sterling Investments Company (1393); Cooper-Standard Automotive NC LLC (2839); CS Automotive L.L.C. (4267); CSA Services, Inc. (9510) and NISCO Holding Company (1697). The corporate address of the Debtors is 39550 Orchard Hill Place Drive, Novi, Michigan 48375.

Amended Plan"), and (b) *First Amended Disclosure Statement for Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1116] (the "Disclosure Statement for the Second Amended Plan").

PLEASE TAKE FURTHER NOTICE that, for the convenience of parties in interest, the Debtors hereby file a blackline comparing the of the Second Amended Plan against the First Amended Plan (excluding exhibits thereto), a copy of which is attached hereto as Exhibit A. Also attached for the convenience of parties in interest as Exhibit B is a blackline of the Disclosure Statement for the Second Amended Plan against the Disclosure Statement for the First Amended Plan (excluding exhibits thereto).

Dated: March 26, 2010
       Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (Bar No. 2981)
Michael J. Merchant (Bar No. 3854)
Chun I. Jang (Bar No. 4790)
Drew G. Sloan (Bar No. 5069)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Gary L. Kaplan, Esq.
Richard Slivinski, Esq.
Peter B. Siroka, Esq.
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for Debtors and Debtors in Possession*